# Exhibit 9

## *Diaz v. Cook*
## 3:20-CV-653 (KAD)

Page 1

1                  UNITED STATES DISTRICT COURT
2                    DISTRICT OF CONNECTICUT
3

     _____
4    TRE MCPHERSON, et al.,          )CIVIL NO.
                                     )3:20-CV-534(JBA)
5                      Plaintiffs, )
                                     )
6    v.                              )
                                     )
7    NED LAMONT, et al.,             )
                                     )
8                      Defendants. )
                                     )
9    _____)
10
11          REMOTE VIDEOCONFERENCING DEPOSITION
12              OF BYRON S. KENNEDY, M.D.
13
14
15   DATE:              May 20, 2020
16   TIME:              10:00 a.m.
17   HELD AT:           Hartford, Connecticut
18
         By:          Sarah J. Miner, RPR, LSR #238
19
20
21
22
23
24
25

Page 2

```
 1    A P P E A R A N C E S:
 2    For the Plaintiffs:
 3    Will Sachse, Esq.
      Dechert LLP
 4    Cira Centre
      2929 Arch Street
 5    Philadelphia, Pennsylvania  19104-2808
      will.sachse@dechert.com
 6    and
      Jonathan S. Tam, Esq.
 7    Dechert LLP
      One Bush Street
 8    Suite 1600
      San Francisco, California  94104-4446
 9    jonathan.tam@dechert.com
10
      For the Defendants:
11
      Terrence M. O'Neill, Assistant Attorney General
12    James Belforti, Assistant Attorney General
      110 Sherman Street
13    Hartford, Connecticut  06105
      terrence.oneill@ct.gov
14    james.belforti@ct.gov
15    Also Present:
      Elana Bildner, ACLU
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                        STIPULATIONS

2

3          It is stipulated by counsel for the parties

4     that all objections are reserved until the time of

5     trial, except those objections as are directed to

6     the form of the question.

7          It is stipulated and agreed between counsel

8     for the parties that the proof of the authority of

9     the Commissioner before whom this deposition is

10    taken is waived.

11         It is further stipulated that any defects in

12    the notice are waived.

13         It is further stipulated that the reading and

14    signing of the deposition transcript were not

15    waived.

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1                    I N D E X
 2   WITNESS:                              Page
 3   BYRON S. KENNEDY, M.D.
 4   Direct Examination by Mr. Sachse         5
 5

                    E X H I B I T S
 6   State's
     Deposition
 7   Exhibits      Description           Premarked
 8   Exhibit 501   Curriculum Vitae          7
     Exhibit 502   Declaration              20
 9   Exhibit 506   COVID-19 Preparedness Log  138
10                 (The exhibits were included
11                 with the original transcript.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1            BYRON S. KENNEDY, M.D.,

2    having been duly sworn by a Notary Public in and

3    for the State of Connecticut, was examined and

4    testified as follows:

5                 DIRECT EXAMINATION

6    BY MR. SACHSE:

7        Q    Good morning, Dr. Kennedy.

8        A    Good morning.

9        Q    My name is Will Sachse.  I am an attorney

10   at Dechert in Philadelphia, and I represent the

11   plaintiffs in this case.

12           First of all, I want to say thank you for

13   taking the time to do this.  I know you are busy.

14   I know you are dealing with a lot of things right

15   now.  We really do appreciate it.  I will try to be

16   very brief and to the point.

17           Have you had your deposition taken before?

18       A    I have.

19       Q    So you probably know the rules.  But let

20   me just -- in this new world of Zoom, let me run

21   through them just to make sure we are on the same

22   page.

23           First of all, we may have some technical

24   problems with audio or video.  If for any reason we

25   have any kind of disruption, please let me know.

Page 6

```
 1    We will stop and we will try to fix it.  Similarly,
 2    if you can't hear me or understand a question,
 3    please let me know.  And if I can't hear you or
 4    understand your answer, I will do the same.
 5           Is that fair?
 6      A    Yes.
 7      Q    And if -- and, of course, you know to
 8    answer the questions verbally, yes, no, don't say
 9    uh-huh, huh-uh.  That will be harder to pick up
10    with a mask.
11           Do you understand that?
12      A    Yes.
13      Q    Okay.  Great.  If you don't understand any
14    question I ask, please let me know and I will do my
15    best to fix it and get you a question you can
16    answer.  Okay?
17      A    Okay.
18      Q    If I ask you a question and you answer it,
19    I will assume you understood it.
20           Is that fair?
21      A    Okay.
22      Q    Great.  So Dr. Kennedy, let's just talk
23    about you a little bit.  You -- well, why don't I
24    show you -- or let's talk about how you want to do
25    this.  I can either share exhibits on the screen or
```

Page 7

1    it looks like you have a binder there in front of
2    you.
3            Is that a binder that has your CV in it?
4        A    No, it doesn't.
5        Q    Okay.  Do you have your CV with you?
6        A    I do not.
7        Q    Okay.  Then I will share my screen.
8            And Dr. Kennedy, can you see your CV on
9    the screen?
10       A    Yes.
11       Q    And for the record, this has been
12   premarked as the State's Exhibit 501.
13               MR. SACHSE:  And I think, Terry, can
14           we just agree we will use that same
15           numbering for the exhibits in this
16           deposition?
17               MR. O'NEILL:  Yeah, that works, Will.
18           Thank you.
19   BY MR. SACHSE:
20       Q    Great.  So, Dr. Kennedy, showing you
21   Exhibit 501, what is this?
22       A    This is my CV.
23       Q    Okay.  Is this your current CV?
24       A    Yes.
25       Q    I am sorry.  Was that a yes?

Page 8

1        A    Yes.

2        Q    Thank you.  So what is your current

3    position?

4        A    I am the chief medical officer for the

5    Department of Corrections.

6        Q    When did you start in that position?

7        A    I started this summer, this past summer.

8        Q    So summer of 2019?

9        A    Yes.

10        Q    And you said you are the chief medical

11    officer.  What are your duties with the Connecticut

12    Department of Correction?

13        A    Broadly, oversight of the medical

14    treatment that is provided to the inmate population

15    in DOC.

16        Q    When you say "oversight," what do you mean

17    by that?

18        A    The clinical care that is provided, you

19    know, to the inmate patient population.

20        Q    So when you say "the clinical care that is

21    provided to the inmate patient population," do you

22    yourself treat any patients within that population?

23        A    Generally, no.  I oversight the clinical

24    team that does.

25        Q    And --

1              MR. O'NEILL:  I am sorry, Doctor.

2         Had you finished your answer?

3    BY MR. SACHSE:

4         Q    Please finish.

5         A    I oversight, you know, in conjunction with

6    different roles, including mental health and

7    addiction services that are handled by others.

8         Q    So you said that generally you do not

9    treat individual patients within any Department of

10   Correction's facility.

11        Has there been an instance since you

12   started in the position as chief medical officer

13   where you treated a patient in a correctional

14   facility?

15        A    With regards to providing specific

16   guidance to nursing because a provider wasn't

17   available, yes.

18        Q    Okay.  Can you tell me about that

19   instance?

20        A    I can't really remember the details.  It

21   probably was along the lines of a medication refill

22   or an order and they needed a provider who was not

23   available.

24        Q    When was this approximately, if you

25   recall?

Page 10

1        A    That was probably months ago.  I can't

2    recall exactly.

3        Q    Was it before or after the pandemic?

4        A    Before.

5        Q    Okay.  So you told us you were -- that you

6    began with the Connecticut Department of Correction

7    in the summer of 2019.  Before that, where were

8    you?

9        A    I worked for the City of New Haven.

10       Q    What was your position at the City of New

11   Haven?

12       A    I was the health director.

13       Q    And why did you leave that position to

14   join the Connecticut Department of Correction?

15       A    I wanted the opportunity to work at the

16   State on a vulnerable patient population and still

17   be able to do public health work.

18       Q    What do you mean by "vulnerable patient

19   population"?

20       A    Vulnerable patient population includes

21   those who are at higher risk for poor outcomes,

22   generally speaking.

23       Q    And, Doctor, is it your opinion that

24   patients who are -- people who are incarcerated are

25   at greater risk of poor outcomes?

Page 11

1      A    Yes.

2      Q    Doctor, do you know how many facilities

3   come within the umbrella of the Department of

4   Correction?

5      A    Yes.

6      Q    How many?

7      A    14.

8      Q    And I will do my best to not talk over

9   you.  This is a little bit artificial, and I

10  apologize.

11           Have you visited each of those 14

12  facilities since the time you started in your

13  current position?

14     A    No.

15     Q    Have you visited any of those

16  facilities --

17     A    Yes.

18     Q    -- in the time since you started?

19     A    Yes.

20     Q    Which facilities have you visited?

21     A    I can't recall specifically.

22     Q    When was the last time you visited a

23  Department of Correction's facility?

24     A    Last week.

25     Q    And which one -- which facility did you

```
                                           Page 12

 1   visit?

 2       A    Osborn.

 3       Q    What was the purpose of your visit to

 4   Osborn last week?

 5       A    Providing support and for the mass testing

 6   that we started at that facility.

 7       Q    So were you overseeing the mass testing or

 8   were you administering testing or both?

 9       A    Overseeing.

10       Q    Were you involved in the decision to mass

11   test incarcerated people at Osborn?

12              MR. O'NEILL:  Objection to the form.

13          Answer if you can.

14              THE WITNESS:  Could you repeat the

15          question?

16   BY MR. SACHSE:

17       Q    Sure.  Were you involved in the decision

18   to mass test incarcerated people at Osborn?

19              MR. O'NEILL:  Same objection.

20              You can answer if you can, Doctor.

21          You must answer.

22              THE WITNESS:  Yes.

23   BY MR. SACHSE:

24       Q    Can you tell me about your involvement in

25   that decision?
```

Page 13

1           MR. O'NEILL:  Same objection.

2    BY MR. SACHSE:

3           Q    You can answer.

4           A    Okay.  The decision -- my role was talking

5    or having discussions about a high-risk penal

6    facility with regards to COVID.

7           Q    And can you explain?  What do you mean

8    what do you mean by a high-risk facility with

9    regards to COVID?

10          A    To include folks where we already had

11   positive cases.  And also wanting to identify a

12   facility that was actually large in number as well.

13          Q    Were there any other factors that led you

14   to conclude that Osborn was a high-risk facility?

15          A    It also has an infirmary that treats a lot

16   of high levels of acuity.

17          Q    I didn't hear the tail end of that answer.

18   Could you repeat it?

19          A    It has a facility that has an infirmary

20   that provides care for high acuity patients.

21          Q    What you do you mean high acuity patients?

22          A    Folks who have chronic medical conditions.

23          Q    Thank you.  Is there something in

24   particular -- well, let me start again.

25               Is the Osborn infirmary better equipped

Page 14

1  than the infirmaries of other facilities to treat

2  high acuity patients?

3            MR. O'NEILL:  Objection to the form.

4       Answer if you can.

5            THE WITNESS:  I guess it is hard to

6       answer that question.  We have infirmaries

7       at different sites.  And those different

8       sites have, you know, care to provide

9       based upon the needs what is at that

10      facility.  I am not sure I understand.

11  BY MR. SACHSE:

12      Q   Let me see if I can help you.  What I am

13  getting at is, do you find that there are more high

14  acuity incarcerated people in Osborn because you

15  believe that Osborn has better capability to treat

16  those people in the event of a health problem?

17      A   I am not sure I still understand your

18  question.  Are you saying that they have or they go

19  there?  What do you mean?  Could you clarify it?

20      Q   Maybe the misunderstanding is on my end.

21  I thought that you said that one of the reasons you

22  went to Osborn to do the mass testing was because

23  there were more high acuity incarcerated people at

24  that facility.  Is that right?

25      A   They have high acuity individuals that are

Page 15

```
 1   there.  They also have folks that were positive for

 2   COVID and they are a large -- relatively large

 3   facility.  So those were some of the main reasons

 4   for wanting to use Osborn first.

 5       Q   So maybe I can get at it this way.  Do you

 6   or does the Department of Corrections have a policy

 7   or practice of sending high acuity incarcerated

 8   people to Osborn over another facility?

 9               MR. O'NEILL:  Objection to the form.

10          Answer, please, if you can.

11               THE WITNESS:  Yeah, we do.  I mean,

12          they have -- as an example, you know, they

13          provide like a hospice program for

14          chemotherapy patients that they are able

15          to provide that type of facility.  That is

16          an example of high level of acuity that

17          they are able to do.

18   BY MR. SACHSE:

19       Q   Okay.  So you mentioned you visited Osborn

20   last week.

21          Have you visited any other Department of

22   Correction facilities since the pandemic?

23       A   Yes.

24       Q   Which ones?

25       A   Osborn, Northern, MacDougall-Walker.
```

Page 16

```
 1        Q    When did you visit Northern?

 2        A    That was probably a couple of weeks ago.

 3        Q    And what was the purpose of your visit to

 4   Northern?

 5        A    To touch base with the staff and just to

 6   talk with them about how things were going, their

 7   management of COVID patients.

 8        Q    And you mentioned you also visited

 9   MacDougall-Walker.  Is that correct?

10        A    Yes.

11        Q    And that is M-A-C-D-O-U-G-A-L-L dash

12   W-A-L-K-E-R.  Is that right?

13        A    I think so, yes.

14        Q    When did you visit MacDougall-Walker?

15        A    That was probably a couple of weeks ago as

16   well, several weeks, two to three weeks ago.

17        Q    What was the purpose of your visit to

18   MacDougall-Walker?

19        A    That particular day, we were touring a

20   potential provider who was thinking about joining

21   DOC.  So at that time, you know, we were doing a

22   tour and also testing the staff while we were

23   there.

24        Q    Can you just explain that to me?  What do

25   you mean "touring a provider"?
```

Page 17

1        A    We actually have providers that are

2    interested in wanting to work for DOC and they are

3    going through the process.  It will get to a point

4    where they will want to see a facility, you know,

5    because that helps with their decision-making.

6        Q    I see.  So you mean that you were giving

7    a tour of the facility to a medical provider who

8    might be interested in joining your organization?

9        A    Yes.

10        Q    So other than your visit to Osborn, your

11    visit to Northern, and your visit to

12    MacDougall-Walker, have you visited any other

13    Department of Correction facilities since the

14    outbreak of COVID-19?

15        A    I don't remember the specific places.  It

16    has been pretty fluid and pretty busy, and my

17    schedule is changing on a daily basis so I can't

18    give you the specifics.

19        Q    But fair to say that sitting here right

20    now, you cannot remember any visits other than

21    apart from MacDougall-Walker, Northern and Osborn?

22                MR. O'NEILL:  Objection to the form.

23                Answer if you can.

24                THE WITNESS:  Those are the most

25                recent ones that I can remember.

Page 18

1    BY MR. SACHSE:

2        Q    Doctor, have you published any articles on

3    COVID-19?

4        A    No, I have not.

5        Q    Have you made any presentations about

6    COVID-19?

7        A    No, I have not.

8        Q    Do you consider yourself an expert on

9    viruses or virology?

10       A    No, I do not.

11       Q    Have you published in that area?

12       A    On viruses, no, I have not.

13       Q    How about epidemics, do you consider

14   yourself an expert on epidemics?

15       A    No, I would not.

16       Q    And have you published in the area of

17   epidemics?

18       A    I have.

19       Q    Can you tell me about that publication?

20       A    It was a publication that involves

21   bacterial infection that was transmitted.

22       Q    And when did you -- when did you publish

23   that article?

24       A    I don't recall exactly.  I can't see the

25   actual --

Page 19

1      Q    Would you like me to scroll down?

2      A    Sure.

3      Q    That might help.  Right?

4      A    Or you can just read it.  That is fine.

5      Q    Let me get to your -- do you see it there?

6      A    Yes.

7      Q    Is it the "Tattoo-associated

8   nontuberculosis Mycobacterial skin infections"?

9      A    Yes.

10     Q    Apart from that publication, have you

11  published anything on epidemics?

12     A    That particular outbreak involved a couple

13  of publications.  That is the main one.

14     Q    I don't remember if I asked you this.  The

15  CV we are looking at, this is current.  Is that

16  correct?

17     A    Yes.

18     Q    Okay.  Thank you.

19     A    The most current version I have.

20     Q    Thank you.  So, Doctor, I want to talk to

21  you now about your declaration in this case.

22          Do you have your declaration with you?

23     A    I do.

24          MR. SACHSE:  Terry, would you like me

25          to share that on the screen as well?

Page 20

1          MR. O'NEILL:  Please.

2          MR. SACHSE:  I am happy to.  Yes?

3          MR. O'NEILL:  Yes.

4     BY MR. SACHSE:

5          Q    Okay.  For the record, showing the witness

6     now what has been marked as Defendants' 502.

7          Dr. Kennedy, can you see on the screen

8     Exhibit 502?

9          A    Yes.

10         Q    And can you identify this, please?  Sorry.

11    Let me scroll down.  How about now?

12         A    Yes.

13         Q    So this is your declaration in this

14    matter.  Is that correct?

15         A    Yes.

16         Q    And when did you prepare Exhibit 502?

17         A    That week.

18         Q    When you say that week, I see a date on

19    here, May 8th, 2020.  So are you saying you

20    prepared this the week of May 8th?

21         A    Yeah, that week, thereabouts.

22         Q    Okay.  And so have you been to any

23    facility since you prepared this declaration?

24         A    Yes.

25         Q    And would that be Osborn?

Page 21

1     A   Yes.

2     Q   So you went to Northern after you executed

3   this declaration?

4     A   I believe so.  Again, I can't recall the

5   specific date I was there.

6     Q   Fair enough.  We are all kind of losing

7   track of days.  I won't hold you to it.

8         So let me ask you this way.  Have you

9   reviewed this declaration since you executed it on

10  or around May 8th, 2020?

11    A   Yes.

12    Q   When did you review it?

13    A   That day.

14    Q   Okay.  Have you reviewed the declaration

15  since May 8th?

16    A   Today.

17    Q   Was that to prepare for this deposition?

18    A   Yes.

19    Q   When reviewing your declaration today to

20  prepare for this deposition, did you have any

21  changes that you wanted to make to your opinions?

22    A   No.

23    Q   So fair to say that you stand by all of

24  the opinions that you have given in your

25  declaration dated May 8th, 2020?

Page 22

1           MR. O'NEILL:  Objection to the form.

2      You may answer.

3           THE WITNESS:  Yes.

4  BY MR. SACHSE:

5      Q   Okay.  I want to just -- before we get

6  into the substance here, I want to take a few

7  minutes to understand your process for how you

8  reached your opinions in this matter.

9           So first of all, what materials did you

10 rely on to form your opinions?

11          MR. O'NEILL:  Doctor, I will instruct

12      you, as you answer questions about the

13      drafting process, not to disclose any

14      conversations you had with myself or any

15      attorneys with the Attorney General's

16      office or any attorneys in the Legal

17      Affairs department at the Department of

18      Correction.  Those conversations are

19      privileged.

20          As you go through this series of

21      questions, if your answer would require

22      you to disclose the contents of such

23      conversation, I will instruct you not to

24      answer.  Okay?

25          THE WITNESS:  Okay.

Page 23

1            MR. O'NEILL:  I apologize for the

2            interruption, Counsel.

3    BY MR. SACHSE:

4        Q    That is all right.  That is a fair

5    instruction.

6            Just to make sure, Dr. Kennedy, I am not

7    asking you to tell me about anything that you said

8    to the State's lawyers or what they said to you.

9            What I really want to get at is, first of

10   all, what materials did you rely on before forming

11   your opinions in this case?

12       A    I guess could you just maybe clarify it

13   for me more along those lines what you mean by

14   that?

15       Q    Sure.  Did you look at anything before you

16   formed your opinions in this case?

17           MR. O'NEILL:  Objection to the form.

18           Answer, if you can.

19   BY MR. SACHSE:

20       Q    You can answer.

21       A    Yeah, so I reviewed the CDC guidance.

22       Q    Doctor, when you say the CDC guidance, are

23   you referring to the March 23rd interim CDC

24   guidelines that are attached as Exhibit A to your

25   declaration?

Page 24

1     A    Yes.

2     Q    Apart from the CDC guidelines, what else

3  did you review before submitting your declaration

4  in this case?

5     A    That was the primary document that I

6  reviewed.  I don't specifically recall others.

7     Q    Sitting here today, you don't have any

8  recollection of reviewing any documents other than

9  that CDC guidelines before forming your opinions

10  here.  Is that right?

11     A    That is the main document that I recall

12  reviewing in preparation for this.

13     Q    Okay.  And you do not recall any

14  additional documents other than the CDC guidelines.

15  Right?

16     A    Correct.

17     Q    So now let's talk about the declaration.

18  How long did it take you to put together this

19  declaration?

20     A    That was about a week.

21     Q    And, Doctor, I assume that you reviewed

22  the declaration and then made corrections, edits

23  before signing it.  Is that correct?

24     A    Correct.

25     Q    And you signed this -- I see right at the

Page 25

1   top it says that you declare under penalty of

2   perjury that the following is true and correct and

3   it is based upon my personal knowledge.  Is that

4   right?

5        A   Correct.

6        Q   Now, you mentioned that you reviewed this

7   again -- when I say "this," let me be more

8   specific.

9            You mentioned that you reviewed your May

10  8th declaration again to prepare for today's

11  deposition.

12           Did you do anything else to prepare for

13  this deposition?

14       A   No.  I have not had time.

15       Q   And you can do this however you want.  If

16  you want to follow along, I am going to scroll

17  through and ask you about some specific paragraphs

18  now.

19       A   Okay.

20       Q   Or you can just look at the copy you have

21  in front of you.  Let's start with paragraph 3.

22           Are you there?

23       A   Yes.

24       Q   Doctor, do you agree that COVID presents a

25  risk of infection in correctional facilities?

Page 26

1              MR. O'NEILL:  Objection to the form.

2              THE WITNESS:  Yes.

3   BY MR. SACHSE:

4      Q    Have you made any attempts to quantify the

5   degree of that risk?

6      A    I don't know what you mean by that.

7      Q    Well, let me get at it this way.  Do you

8   believe there is a greater risk of infection for

9   people who live in a congruent setting such as a

10  correctional facility?

11             MR. O'NEILL:  Objection to the form.

12         Answer if you can.

13             THE WITNESS:  Yes, I do.

14  BY MR. SACHSE:

15     Q    And so we see here that you say, in

16  paragraph 3, that DOC -- that stands for Department

17  of Correction.  Correct?

18     A    Yes.

19     Q    You say that "DOC is well aware of the

20  potential for infection within correctional

21  facilities and, therefore, has taken extraordinary

22  measures to prevent and reduce the spread of

23  COVID-19."

24         Did I read that correctly?

25     A    Yes.

Page 27

1          Q    Is it fair to say, Doctor, the reason you

2     say the DOC has taken extraordinary measures is

3     because you are aware of the greater risk of

4     COVID-19 to incarcerated people who live in this

5     congruent setting?

6          A    Yes.

7          Q    And is it also fair to say that the rest

8     of your declaration details the measures that the

9     Department has taken or had taken as of May 8th to

10    try to prevent and reduce the spread of COVID-19?

11              MR. O'NEILL:   Objection to the form.

12              THE WITNESS:   I don't know that I

13              would say all the details.  I put some

14              details, you know, in there.  But I refer

15              to others in DOC maybe for additional

16              details.

17    BY MR. SACHSE:

18         Q    Okay.  But you included in your

19    declaration the details -- let me start again.

20              You included in your declaration the

21    measures that DOC has taken that you thought were

22    most significant to report.  Is that fair?

23         A    Yes.

24         Q    Okay.  And are you aware of additional

25    measures that the Department has taken since May

Page 28

1    8th to reduce and prevent the spread of COVID-19?

2        A    I can't really answer that in any detail

3    because in this work that we are doing, you know,

4    things are changing constantly within our agency.

5    I think it is just the nature of trying to deal

6    with a new virus, new pandemic.  I won't speak for

7    other things going on.  I can speak about the

8    really busy stuff I have been involved in.

9        Q    How about we focus on the really busy

10   stuff you have been involved in.  I don't intend

11   you to be speaking on everything that has been

12   happening in every nook and cranny of the

13   Department.

14           Let's talk about your department in your

15   role as chief medical officer.  What additional

16   measures have you been involved in since May 8th to

17   prevent and reduce the spread of COVID-19 in

18   correctional facilities?

19       A    A big one has been the mass testing.

20       Q    Let's talk about that.  When you say "mass

21   testing," what do you mean?

22       A    Identifying folks who we have not tested

23   already and folks who may not necessarily have

24   symptoms and offering them the opportunity to get

25   tested.  And I mentioned that earlier when I talked

Page 29

1    about Osborn.  That was our first facility we have

2    been doing mass testing in.

3         Q    So you said offering the opportunity for

4    testing.  Are you requiring every inmate -- let's

5    stay with Osborn.  At Osborn, did you require every

6    inmate to get tested?

7         A    No.

8         Q    Were inmates free to refuse testing?

9         A    Yes.

10        Q    For any reason?

11        A    Yes.

12        Q    And do you recall how many inmates were

13   tested?

14        A    I don't recall the exact number.  It was

15   more than 600.

16        Q    And Osborn -- do you know off the top of

17   your head how many people are in Osborn?  Is it

18   roughly a thousand?

19        A    I think that sounds right.

20        Q    So when you tested the folks in Osborn,

21   did you -- let me start it this way.

22             So did you communicate to all of the

23   inmates in Osborn that they had the ability to get

24   testing if they wanted?

25        A    Yes.

Page 30

1      Q    And by your count, roughly 600 accepted

2   that offer?

3                  MR. O'NEILL:   Objection to the form.

4                  THE WITNESS:   Approximately, yes.

5   BY MR. SACHSE:

6      Q    For the 400 or so who did not get tested,

7   did you or anyone in your group make an effort to

8   persuade them to get tested?

9                  MR. O'NEILL:   Objection to the form.

10                  THE WITNESS:   Yes.

11   BY MR. SACHSE:

12      Q    What did you do?

13      A    We went back to them and tried to

14   encourage them to get tested and along those lines

15   of explaining how this was a benefit to them.

16   There were some folks who declined because they had

17   been tested before so they knew their status,

18   including some folks who were positive before who

19   had already recovered.   There were some folks who

20   simply didn't want to have a swab going in their

21   nose at all.   So there were a variety of reasons

22   that we were told.

23      Q    I am glad you just mention the swab.   When

24   we talk about testing in this context, we are

25   talking about viral testing.   Is that right?

Page 31

1      A    Correct.

2      Q    And by viral testing, you mentioned a

3  swab.  That's a nasopharyngeal swab.  Is that

4  right?

5      A    Correct.

6      Q    And can we agree unless I otherwise

7  specify for the rest of this deposition, when I say

8  testing I am talking about viral testing?

9      A    Okay.

10      Q    Okay.  Good.  It is just good to have some

11  precision and definitions here.  I know there is a

12  lots of different testing floating out there.

13          So when you tested the roughly 600 people

14  at Osborn, do you recall how many tested positive?

15      A    I think the positivity rate was about --

16  almost a quarter.

17      Q    Do you have all of the results of the

18  testing back at this point?

19      A    I believe so.

20      Q    Do you recall the specific day you tested

21  in Osborn?

22      A    It was the middle of the week.

23      Q    Okay.  When you say "the middle of the

24  week," you mean a week ago?

25      A    Yes.

Page 32

1      Q    Have you tested -- have you instituted a
2   similar mass testing plan at any other facility?
3      A    Yes.
4      Q    Which one?
5      A    This week, we are doing Corrigan-
6   Radgowski.
7      Q    And how did you come to pick Corrigan-
8   Radgowski as the second facility to test?
9      A    That is a facility that had some of our
10  earlier cases, and we have had a number of positive
11  cases identified there.  So multiple conversations
12  with some of the clinical staff, some of the folks
13  in custody, the consensus was that it made sense to
14  do those facilities.
15          With Corrigan-Radgowski, they are nearby.
16  It makes it a little bit easier to plan it
17  logistically.
18     Q    When you say Corrigan-Radgowski is nearby,
19  nearby what?
20     A    Those are two buildings, you know, two
21  correctional buildings.  When we talk about them,
22  we talk about them as one location.  But they are
23  physically different buildings.
24     Q    I see.
25     A    When I mentioned earlier -- when I

Page 33

1  mentioned MacDougall-Walker, those are two separate

2  buildings, but they are across from one another.

3      Q   Understood.  And so you mentioned that

4  Corrigan-Radgowski is, I guess, next up for this

5  mass testing plan.

6          Do you have plans to institute mass

7  testing in any other facilities?

8      A   Yes.  Our plan is to actually do mass

9  testing at all the facilities.

10     Q   And do you have a time table for doing

11 that?

12     A   As quickly as we can get through them.

13     Q   Why do you want to do it so quickly?

14     A   I guess to some extent, you know, part of

15 the Connecticut reopen initiative, which is a group

16 of individuals looking at, you know, high-risk

17 vulnerable patient populations, including DOC,

18 nursing homes, folks, you know, and catch an carry

19 at Federally Qualified Health Centers.

20         So that is like a broad effort involving

21 like a task force for the State.

22         And part of that goal is to test as many

23 folks in those high risk, you know, vulnerable

24 patient populations as possible, as quickly as

25 possible.

1        Q    You have said now a couple of times you

2    want to do the testing as quickly as possible.  But

3    have you -- do you have a calendar for what

4    facility is next, when it is going to happen, all

5    of that kind of mapped out?

6        A    No, we do not.  We don't.  We are doing

7    this, you know, kind of as we enter the process.

8    We are learning from what we have done at one

9    facility.  And to based upon that learning, we are

10   applying that when we move to the next one.  We are

11   having discussions as well, because as you can

12   imagine, there are a lot of operational plans we

13   have to do.  One of those is the kits themselves.

14   You know, we received, you know, the kits that we

15   did at Osborn.  And the ones we are doing this

16   week, those are part of this network from the

17   national stockpile provided to us in conjunction

18   with the Department of Public Health as well as the

19   Guard, the National Guard.

20            So it is a big collaboration with multiple

21   agencies about these different efforts that we are

22   doing.  As we do that, we are trying to work out

23   maybe a plan that is changing each day with the

24   goal of actually trying to do mass testing of

25   everyone, not just DOC, but also, for example, like

Page 35

1  the nursing homes in the state.

2      Q   For Osborn, do you plan to repeat the

3  testing for those who have tested positive?

4      A   Yes.

5      Q   And just explain that plan to us.

6      A   I am sorry.  When you said retest.  Would

7  you clarify what you meant by retest again?  You

8  said retest those.

9      Q   Who had tested positive.

10     A   Oh.  Well, when we did the Osborn sites,

11  we did not turn anybody away.  So we had some folks

12  who had tested that got tested again.  We also had

13  some folks, as I mentioned before, who had tested

14  positive already and did not want to be tested

15  again.  So we are not going to refuse folks with

16  the ability to be tested again.

17     Q   I guess I am asking a slightly different

18  question.  So now that you have tested some

19  significant percentage of the population at Osborn

20  and of that population there is a subset that has

21  tested positive.  For those inmates, are you going

22  to retest them to confirm whether or not they have

23  recovered from COVID?

24                MR. O'NEILL:  Objection to the form.

25                THE WITNESS:  That is not part of our

Page 36

1          current plan right now.  And, you know,

2          with the CDC guidance, you know, they say

3          you can do a retest of an individual in

4          order to clear them or you can use a

5          symptom-based one.  We are using the

6          symptom-based one at this time.

7   BY MR. SACHSE:

8       Q    Okay.  I think you told us earlier your

9   best recollection was that approximately 25 percent

10  or so of the people tested at Osborn returned a

11  positive.  Is that right?

12      A    Yes.

13      Q    Of those 25 percent positives, do you know

14  approximately how many of them were asymptomatic?

15      A    I think the overwhelming majority of those

16  folks were asymptomatic.

17      Q    When we say "asymptomatic," that means

18  that there is no indicia of contagion.  Correct?

19      A    I am sorry.  Could you clarify?

20      Q    Let me try it a different way.  That was

21  not a great question.

22           So when we say "asymptomatic," what does

23  that mean?

24      A    A person is not reporting any cough,

25  fever, shortness of breath or other symptoms.

Page 37

1      Q   Are you aware of any facilities within the

2   Department of Corrections that have a higher

3   positive infection rate than Osborn?

4                MR. O'NEILL:  Objection to the form.

5                THE WITNESS:  I don't know that we

6           can talk about infection rate maybe per se

7           because you sort of -- you know, a lot of

8           things come into that depending on what

9           your denominator is.

10               I think at this point Osborn is the

11          first place we have done mass testing so

12          we are able to have a better idea of what

13          it is for that facility.  We don't know

14          what that will show at Corrigan-Radgowski

15          this week.  It may be 20 percent, it may

16          be more than that.  I don't know.

17   BY MR. SACHSE:

18     Q   That is, I guess, what I am getting at is

19   that, so now you know, at least as of last week,

20   how many positive cases you had at Osborn.  But for

21   all of the other facilities in the Department of

22   Correction's network, you do not know how many

23   positive you have because you haven't done the

24   testing there yet.  Correct?

25               MR. O'NEILL:  Objection to the form.

Page 38

1           THE WITNESS:   We know the folks who

2           are laboratory confirmed.   There may be

3           other folks who have the virus that we

4           don't know about because they are not

5           expressing symptoms and they have not yet

6           been tested.

7  BY MR. SACHSE:

8      Q    Going back to your declaration in

9  paragraph 3 -- and I promise we are going to move a

10  little faster through this.   I know you are

11  thinking I have 30 more paragraphs to go.

12           So on paragraph 3, I see again here is a

13  reference to the CDC guidelines which we talked

14  about earlier.   Those are the March 23rd interim

15  guidelines.   Is that right?

16      A    Yes.

17      Q    So part of what you did or what the

18  Department did to prevent and reduce the spread of

19  COVID-19 was -- and I quote here, "Following the

20  CDC Guidelines for Management of Coronavirus

21  Disease in Correctional and Detention Facilities."

22           Did I read that correctly?

23      A    Yes.

24      Q    Did the DOC follow all of the CDC

25  guidelines for management of coronavirus disease?

Page 39

1              MR. O'NEILL:  Objection to form.

2              THE WITNESS:  I think we did.  The

3         guidelines themselves are clear.  They

4         have qualifiers in there about the ability

5         to implement different components of the

6         guidelines based upon resources, based

7         upon capacity, based upon, you know, like

8         local jurisdictional considerations.

9              So I think to that extent, you know,

10        we did everything to the best of our

11        powers to implement those according to

12        what was provided in the guidance.

13   BY MR. SACHSE:

14        Q    I think we have already touched on this --

15   the CDC guidelines were from March 23rd, and they

16   were interim.  Is that correct?

17        A    Yes.

18        Q    Are you aware whether the CDC has updated

19   its Guidelines for Management of Coronavirus

20   Disease in Correctional and Detention Facilities?

21        A    Yes.  They have made some updates to their

22   guidelines for the general population.  Some of

23   that maybe includes the amount of time that you

24   would use to clear somebody.  You know, they

25   initially said seven days, and more recently they

Page 40

1    extended that to 10.

2        Q    So when you mention that the CDC has

3    updated its guidelines for the general population,

4    are you referring to the general population in the

5    United States or the general population in

6    correctional facilities?

7        A    General population in the United States.

8        Q    So, Doctor, in addition to looking to the

9    CDC Guidelines for Management of Coronavirus

10   Disease in Correctional and Detention Facilities,

11   you also consider the more general CDC guidelines.

12   Is that fair?

13       A    We have.  You know, we have discussed that

14   in the context of -- you know, in our role in the

15   medical world, we are responsible for the inmate

16   patient population.  When we are talking about, you

17   know, some of -- like staff, you know what I'm

18   saying, and what that means for them in terms of

19   our guidance that we actually have from the State

20   of Connecticut, you have a lot of that overlapping.

21            That is not specific if you lean towards

22   the correctional inmate population we are taking

23   care of, but it still has relevance because we are

24   talking about staff that comes under other

25   guidance.  For example, you have the general

Page 41

1    population.  You also have guidance specific for

2    health care providers, et cetera.

3                MR. O'NEILL:  Have you finished your

4          answer, Doctor?

5                THE WITNESS:  Yes.

6    BY MR. SACHSE:

7        Q    Doctor, do you agree that our

8    understanding of the best preventive measures has

9    evolved over the last two months?

10       A    Yes.

11       Q    For example, I know in your state in

12   Connecticut masks are now required when outdoors, I

13   think beginning April 20th.  Is that correct?

14               MR. O'NEILL:  Objection to the form.

15               THE WITNESS:  I am sorry.  Would you

16         repeat that?

17   BY MR. SACHSE:

18       Q    Sure.  In Connecticut, your state requires

19   the wearing of masks, protective masks.  Correct?

20       A    Yes.

21       Q    So if we look down to the next paragraph,

22   paragraph 4, you write, "Additionally, the DOC

23   understands that the current COVID-19 pandemic is

24   fluid and requires routine review of procedures and

25   protocols."

Page 42

1          Did I read that correctly?

2      A    Yes.

3      Q    And that is sort of the point you are

4  making there in paragraph 4.  Right?

5      A    Yes.

6      Q    That you need to be fluid?  You need to

7  continue to consider evolving standards of care,

8  evolving best practices.  Right?

9      A    Yes.  And it is a lot.  It is constant,

10  you know, things that are going on.  So it is

11  really taxing.  Trying to go through and just

12  absorb that and also try and implement and you're

13  also trying to just handle the different

14  operational things at different facilities that

15  pops up every single day multiple times a day.  So

16  I think that has been challenging, you know, for

17  us, as it has been challenging for everybody.

18      Q    Understood.  Now moving down to paragraph

19  5.  You report here the total inmate population as

20  of May 7, 2020.  And you report that the population

21  has declined since March 1, 2020.  Is that right?

22      A    Yes.

23      Q    Is the decrease or the decline in the

24  prison population from March to May important to

25  your opinion?

Page 43

1      A    I don't understand the question.

2      Q    Well, I am just wondering why you included

3   that information in your opinion.

4      A    Just to provide, you know, factual

5   information, you know, about our baseline

6   population.

7      Q    Does the decrease in inmates in prison

8   population bear any relation to the risk of

9   transmission of COVID-19?

10               MR. O'NEILL:  Objection to the form.

11               THE WITNESS:  I am not sure I

12          understand.  Maybe you can just clarify

13          what you are asking.

14   BY MR. SACHSE:

15      Q    Sure.  Let me get at it this way.  We see

16   in paragraph 5 that you have reported the prison

17   population has decreased between March and May of

18   2020.  Is that right?

19      A    Yes.

20      Q    Do you know if any of those inmates who

21   were released between March and May of 2020 were

22   released due to the risk of COVID?

23               MR. O'NEILL:  Objection to the form.

24               THE WITNESS:  I don't recall

25          specifically.  I believe that that is -- I

Page 44

```
 1            think that is true, yes, but I don't know
 2            for sure.  I can't recall.
 3   BY MR. SACHSE:
 4       Q    Who would know?
 5       A    That would probably involve like our Board
 6   of Parole and Pardons.
 7       Q    So sitting here today, you don't know how
 8   many, if any, inmates were released due to COVID
 9   risk?
10            MR. O'NEILL:  Objection to the form.
11            THE WITNESS:  I know there have been
12            some.  I can't give you the numbers
13            because I don't remember specifically, you
14            know, different folks.  That represents
15            the total number of folks that have been
16            reduced, and there are some folks in that
17            number, you know, who had different
18            reasons.
19            Some of those may relate maybe to
20            their health status.  I know we certainly
21            reviewed some health status for some folks
22            when it was requested of us by the Board
23            of Parole and Pardons, and we did that.  I
24            just don't have the numbers so I can't
25            speak to that right now.
```

Page 45

```
 1   BY MR. SACHSE:
 2       Q    Do you know what criteria were used to
 3   evaluate cases for potential release, community
 4   release?
 5               MR. O'NEILL:   Objection to the form.
 6               THE WITNESS:   I can't speak to the
 7            criteria for why they were brought to us
 8            because there were different mechanisms
 9            for potential early release.  When the
10            cases that were brought to us, we were
11            mainly asked to determine whether or not a
12            person actually has certain chronic
13            medical conditions or not.  And we were
14            able to do that.
15   BY MR. SACHSE:
16       Q    Let's talk about that.  Do you have an
17   opinion as to whether there are certain people who
18   are at greater risk of complications if they
19   contract COVID-19?
20       A    There are certain folks, you know, who we
21   believe are at higher risk, and for the most part
22   that includes folks who have chronic medical
23   conditions, you know, such as diabetes, heart
24   disease, cancer, immune compromised status, et
25   cetera.
```

Page 46

1      Q    What about lung disease?  Does underlying

2   lung disease put someone at increased risk of

3   COVID-19 complications?

4      A    Yes, it does.

5      Q    How about chronic liver or kidney disease,

6   does that put someone at increased risk of COVID-19

7   complications?

8      A    Yes.

9      Q    How about epilepsy, does that put someone

10  at increased risk?

11     A    Yes.

12     Q    How about hypertension?

13     A    Yes.

14     Q    How about stroke?

15     A    I mean, basically, you know, a lot of

16  chronic conditions of many folks, not only with us

17  but also in the community, are at greater risk.

18     Q    Blood disorder, is that something that

19  puts someone at increased risk?

20     A    Yes.

21     Q    You mentioned diabetes.  What about an

22  inherited metabolic disorder, does that put someone

23  at increased risk?

24     A    That could.  I don't remember if that was

25  specific -- I don't specifically recall that

Page 47

1   particular scenario in some of the guidance.   I

2   just don't recall that off the top of my head.

3        Q    When you say "guidelines," are you talking

4   about CDC guidelines?

5        A    Yes.

6        Q    What about asthma, is asthma something

7   that puts some person at increased risk of COVID-19

8   complications?

9        A    It could.   It is a chronic lung condition.

10        Q    And developmental delay, is that something

11   that puts a person at increased risk of COVID-19

12   complications?

13                MR. O'NEILL:   Objection to the form.

14                THE WITNESS:   That one, I can't

15        specifically recall.

16   BY MR. SACHSE:

17        Q    Let's talk about age.   Do you have an

18   opinion about whether people who are over the age

19   of 50 are at increased risk of complications from

20   COVID-19?

21        A    I mean, you have had different experts who

22   have said different things.   Some folks have said

23   65.   Some folks have said 60.   Some have said even

24   50.   I think the general principle is the older you

25   are, you are at increased risk.

Page 48

1    Q   Really what I am getting at here, Doctor,

2   is your opinion.  I appreciate that, that there are

3   sort of different -- different ranges we are

4   talking about.  But do you have an opinion?

5    A   I will say that when we were asked to

6   review, you know, cases on behalf of the Board of

7   Parole and also Pardons, we used a lower age

8   threshold.

9    Q   Do you recall what age threshold you used?

10   A   I think we used age 50.

11   Q   Let's talk a little bit about this review

12   process because I guess I am -- let me just start

13   with this.

14       How did you first come to learn that you

15   would be -- or your group would be asked to review

16   cases for possible community release?

17            MR. O'NEILL:  Objection to the form.

18            THE WITNESS:  I think that -- yeah, I

19            don't remember exactly how we came to

20            know.  I remember there were a couple of

21            conversations with some folks who handled

22            that side.  And they asked if we would be

23            able to do such a review.  And we said

24            yes, we could.  And they sent us over the

25            cases, and we could go through those.

Page 49

1  BY MR. SACHSE:

2      Q    And do you remember approximately when you

3  were first approached to do these release reviews?

4      A    I honestly don't.

5      Q    Was it within the last month?

6      A    Certainly we have been doing it within the

7  last month, but I don't know if we were doing it

8  before then.  I can't recall.  We certainly have

9  been doing it during this COVID pandemic.  I can't

10  say necessarily when because there has been so much

11  going on.

12      Q    So when we look at paragraph 5 and you

13  report a reduction in prison population between

14  March and May, do you have any recollection whether

15  that reduction in prison population may have been

16  due in part to the review you did of inmates for

17  potential community release?  And did you have

18  written guidelines for the criteria you would apply

19  when reviewing cases?

20      A    The requests that came to us was just

21  wanting to know if individuals that were on a

22  particular list whether or not they had chronic

23  conditions that put them at risk for COVID.  That

24  was really the request.

25          And so with that, you know, we talked

Page 50

1   about the stuff I mentioned already.  You know, we

2   used, as I said, a lower age threshold.  We used

3   all the chronic conditions enumerated earlier.

4       Q   So have you looked across the Department

5   of Correction's population as a whole to identify

6   all inmates who fall into one or more of the

7   categories that you were asked to consider?

8               MR. O'NEILL:  Objection to the form.

9   BY MR. SACHSE:

10      Q   Let's fix that.

11          Did you or your group look across the

12  entire prison population in Connecticut to identify

13  inmates who might have one or more of the risk

14  factors for COVID-19 that you were asked to

15  consider in connection with this community release

16  plan?

17              MR. O'NEILL:  Objection to the form.

18              THE WITNESS:  Again, I will say that

19              we were given a list of folks that met

20              certain eligibility requirement already.

21              And the specific request we were given was

22              to see whether or not they had any medical

23              conditions that put them at risk.

24              So that initial list was populated

25              by, you know, somebody else through which

Page 51

```
1              it was brought to us to look at those
2              names and then to review.  And it was the
3              map, you know, going through all the
4              medical conditions that those individuals
5              had.
6    BY MR. SACHSE:
7         Q    I see.  So you were given a list of names
8    and then you went to see if any of those
9    individuals had the specific risk factors?
10        A    Correct.
11             MR. O'NEILL:  Objection to the form.
12   BY MR. SACHSE:
13        Q    And I think you said -- was it the BOPP,
14   is that the Board of Pardons and Parole or Parole
15   and Pardons?
16        A    Yes.
17        Q    That was the entity that made this request
18   of you?
19        A    Either somebody that worked with them or
20   liaised with them.  But somebody not in our medical
21   unit, you know, was part of that entity or liaised
22   with them and then they brought us the list.
23        Q    Was it Mr. Galligan (phonetic)?
24        A    I don't recall the specific name.
25        Q    Approximately how many cases has your
```

Page 52

1    group reviewed?

2        A    I don't know the exact number, but it has

3    at least been in the hundreds.

4        Q    Have you discussed whether to identify all

5    inmates within DOC custody who have one or more of

6    the risk factors for increased risk of COVID-19

7    infection?

8                    MR. O'NEILL:  Doctor, please be

9                mindful of my previous instructions

10               regarding the attorney-client privilege.

11               In other words, if you had such

12               conversations with any of my attorneys or

13               internal DOC attorneys, those

14               conversations are privileged.

15                    If you can answer counsel's question

16               without disclosing those conversations,

17               you should.

18                    THE WITNESS:  Okay.  I am sorry.  I

19               forgot.  Could you repeat your question?

20                    MR. SACHSE:  Sarah, could you

21               actually just read it back?

22                    (Requested portion of testimony

23               read.)

24                    THE WITNESS:  Yes, we have.

25    BY MR. SACHSE:

Page 53

1       Q    When was that discussion?

2                      MR. O'NEILL:  Objection to the form.

3                      THE WITNESS:  That has been within

4               the last, you know, couple of weeks.  You

5               know, as we are looking through the mass

6               testing, you know, some of the thinking

7               has been, well, we're -- as we were

8               thinking of the logistics of doing mass

9               testing on a large scale, in the context

10              of that we thought, you know, would it

11              make sense if we could focus on testing

12              those who had certain medical conditions

13              first, if it might be easier to reach

14              those folks rather than folks that don't

15              have it if you were thinking of a limited

16              number of test kits, and who you could do

17              faster and sooner to prioritize.  So it

18              has been in that context.

19     BY MR. SACHSE:

20       Q    Have you made a decision about whether to

21     identify all at-risk inmates within DOC custody?

22       A    No, we haven't.  And I think to some

23     extent, you know, the mass testing that we are

24     doing right now, if we can keep at the same pace

25     you get more efficient, get better, there may not

Page 54

1   necessarily be a need to do that triaging because

2   we will hopefully get the test results fairly

3   quickly.  If we do that, then we won't need that

4   pre-triage to determine who we should test first.

5        Q   How would you go about -- just

6   mechanically, how would you go about identifying

7   the inmates who are in this at-risk category?

8        A   That is the reason why we were just

9   talking about it because that is an onerous task to

10  do that, to identify folks.  Because you are

11  talking about having to go into the electronic

12  health record presumably of every individual.  And

13  so that would just be like labor intensive.  So we

14  don't really have like a really easy way to do that

15  quickly.

16            So that is why as we were talking about

17  that we were thinking, well, if we need to do that,

18  it would take some time to do that.  The time we

19  are going to spend trying to triage folks because

20  of the risk category, would we be better off if we

21  are just able to increase our speed of testing

22  everybody at a facility.

23       Q   Turning back, Doctor, to your declaration.

24  If you look at paragraphs 6 through 9.  You are

25  reporting statistics for positive tests and those

Page 55

1    who have been medically cleared.  Is that correct?

2         A    Yes.

3         Q    Then also tragically -- so paragraph 9,

4    you report the six inmate deaths as a result of

5    COVID-19 as of May 7th, 2020.  Is that right?

6         A    Yes.

7         Q    Those are numbers as of May 7th.  Do you

8    know sitting here today how many staff have been

9    infected with COVID?

10        A    I don't know the exact number.  I think

11   that is probably between 400 and 500, but I don't

12   know that exactly off the top of my head.

13        Q    Do you know how many of the infected staff

14   went to a health care facility for treatment?

15        A    Not off the top of my head right at this

16   moment, no.

17        Q    Is that information that you have

18   somewhere?

19        A    I would not have that, but HR would have

20   that.

21        Q    Do you know how many infected staff

22   members went into an ICU?

23        A    Based upon recollection, I think I

24   remember hearing from HR that I don't believe

25   anybody had gone to the ICU.

Page 56

1      Q    And similar, do you know whether any

2   infected staff needed ventilator treatment?

3      A    Based upon the same conversation, I think

4   I recall that they said that was not the case.

5      Q    Do you know the average length of stay for

6   any infected staff members who went to the

7   hospital?

8      A    I don't know.

9      Q    Am I correct there have been no deaths of

10  staff members due to COVID-19, to your knowledge?

11     A    I think that is correct.

12     Q    So I know we have talked a little bit

13  about this, but how many total prisoners in the DOC

14  custody are infected with COVID-19?

15                MR. O'NEILL:  Objection to the form.

16                THE WITNESS:  Yeah, I don't know that

17           we can -- yeah, we can answer that.  We

18           can talk about the folks that have been

19           confirmed.  But knowing who is infected,

20           that is a different question.

21  BY MR. SACHSE:

22     Q    And you cannot answer that question

23  because you haven't -- you have not done the

24  testing across all of the facilities yet.  Is that

25  right?

Page 57

1       A    Correct.

2       Q    Do you know how many inmates went to a

3    hospital as a result of COVID-19 infection?

4       A    I don't recall that number off the top of

5    my head right now.

6       Q    Do you know whether it was more than 10?

7       A    I believe so.

8       Q    Do you know whether it was more than 50?

9       A    That, I don't know.  I think we have

10   between maybe 10 and 20 folks, particularly in

11   earlier weeks that were at the hospital at any

12   given time.

13      Q    Do you know whether it was about 36 -- 35,

14   36?

15                 MR. O'NEILL:  Objection to the form.

16                 THE WITNESS:  Again, I don't know

17           exactly off the top of my head right now.

18   BY MR. SACHSE:

19      Q    Do you know how many inmates went to an

20   ICU?

21      A    You know, what I recall is that on any

22   given day we may have had, you know, anywhere from

23   maybe three to five, maybe six in the ICU at any

24   given moment.

25      Q    Do you know how many inmates are on

Page 58

1   ventilators?

2                    MR. O'NEILL:  Objection to the form.

3                    THE WITNESS:  No, I do not.

4   BY MR. SACHSE:

5        Q    Do you know how many -- what is the

6   average length of stay for an inmate who is in a

7   hospital?

8        A    I don't have that information right now.

9        Q    Am I correct you do not know the

10  percentage of the total population that is

11  positive?  We said that.  Right?

12       A    The percentage of the population that is

13  infected, we can talk about the number of folks

14  that were tested and that are positive.  That's

15  different.

16       Q    Fair enough.  That is a good point.

17  Actually, that is what I am getting at.

18            We talked about infection.  Now let's talk

19  about confirmed positive tests.  Sitting here right

20  now, do you know the number of confirmed positive

21  tests?

22       A    Upwards of 600 folks in our inmate patient

23  population.

24       Q    And how many inmates total in the patient

25  -- excuse me -- how many inmates total in the

Page 59

1   population?

2        A    It is about, you know, 10,000.

3        Q    So more than 5 percent are positive?

4        A    Thereabouts.

5        Q    Do you have an opinion as to whether that

6   5 percent positive is high, low or about what you

7   would expect?

8                    MR. O'NEILL:  Objection to form.

9                    THE WITNESS:  I can't answer that at

10             this point.  I would be able to have a

11             better understanding of that when we

12             complete the mass test.

13   BY MR. SACHSE:

14        Q    So until you have that information from

15   the mass testing, you don't have an opinion as to

16   whether 5 percent is a high number or a low number?

17                    MR. O'NEILL:  Objection to the form.

18                    THE WITNESS:  Yeah.  I mean, I don't

19             know what our numbers are going to be, you

20             know, until we test folks.

21   BY MR. SACHSE:

22        Q    And do you know what percentage of your

23   staff have tested positive?

24        A    No, I don't.

25        Q    You mentioned that Osborn, that is where

Page 60

1  you did the mass testing last week and you came

2  back with about a 25 percent positive.  Is that

3  right?

4       A    Yes.  Less than that, yes.

5       Q    And Osborn is in Somers.  Is that right?

6       A    Yes, I believe so.

7       Q    Are you aware of -- I am sorry?  I thought

8  somebody said something.

9            MR. O'NEILL:  There was some static

10           on the record, Counsel.  If I caused it, I

11           apologize.

12           MR. SACHSE:  That is okay.  I just

13           didn't want to cut anybody off.

14  BY MR. SACHSE:

15       Q    Are you aware that Somers is a hotspot for

16  COVID in Connecticut as of yesterday?

17       A    No, I was not.

18       Q    Do you know how much the Department has

19  spent on hospitalized -- on inmates who have been

20  hospitalized with COVID?

21       A    No, I do not.

22       Q    Is that -- sort of tracking of medical

23  expenses, is that something that is broadly within

24  your group's area of responsibility?

25       A    That is more directly under the COO.

Page 61

1     Q    So, Doctor, is it your opinion that the

2    Department should be testing every incarcerated

3    person for COVID-19?

4     A    I think we should test not only just folks

5    in inmate population but the general population as

6    well.  Yeah, I think to the extent folks are tested

7    and they know the status that can actually inform

8    other measures that need to happen.

9     Q    When did you form that opinion?

10     A    I am not sure I understand the question.

11     Q    Well, you said that you agree that the

12    Department should be testing every incarcerated

13    person for COVID-19.  When did you come to that

14    opinion?

15     A    I don't know that that was a feeling I

16    just came to at a single point in time.  Most of my

17    public health background, you know, if you have a

18    pandemic such as this, you have a test.  And you

19    know folks you want to test, you want to make that

20    available to them.

21          This is a new pandemic.  And with a new

22    pandemic, there is a lot that we don't know.  So to

23    that extent, if you are actually able to test folks

24    you can actually identify who is positive or not

25    and take the measures that are necessary under the

Page 62

1   circumstances.

2           As we said before, you know, going back to

3   Osborn, the majority of those folks we tested, they

4   had no symptoms.  You know, so because they didn't

5   actually have symptoms they wouldn't have come to

6   our attention to test them otherwise.  You know, so

7   the fact we are actually doing this I think is

8   helpful.

9           That is a more basic -- you know, just if

10  you're talking about public health measures when

11  you are talking about screening the patient

12  population.  So that's -- in my mind, that is the

13  context.

14      Q   How long had you been talking about mass

15  testing before you instituted it at Osborn?

16              MR. O'NEILL:  Objection to form.

17              THE WITNESS:  We weren't talking

18              about implementing any type of mass

19              testing because at the time we really only

20              had test kits and like everybody else.

21              And so again, based on CDC guidelines the

22              initial guidance was focus on those who

23              have symptoms with regards to the testing.

24              Certainly in our case, we would not have

25              been able to even start thinking about,

Page 63

```
 1              let alone implementing any mass testing
 2              unless we had the resources, meaning the
 3              kits, to actually do that.
 4                   So as part of this initiative with
 5              the Connecticut reopen that I referred to
 6              before, they are providing us with those
 7              test kits in order to make that happen.
 8              If we did not have those test kits, we
 9              would not be talking about mass testing in
10              terms of being able to realize that
11              because we did not have the kits to do it.
12              And if you only have a limited number,
13              then you are going to triage those.
14                   And again, according to the CDC
15              Guidelines, you are going to prioritize
16              folks that have symptoms.  So that's what
17              we did and that's what we did in the very
18              beginning.  And then certainly, when we
19              had the ability, meaning more test kits,
20              then we would certainly use those to test
21              our people.  But if we didn't have them,
22              then we would not be able to do that.
23    BY MR. SACHSE:
24         Q   Did you ask for more test kits in April?
25         A   We have been asking for test kits from the
```

Page 64

1  beginning of this pandemic, constantly.  And we

2  also have been working with our lab vendor to

3  request the maximum number of kits that they were

4  able to send us.  And, of course, you know, we are

5  a statewide system with 14 facilities.  We are not

6  their only customer.

7       And we have also asked multiple folks for

8  the STPs on these calls.  So the request for test

9  kits, that has been an ongoing thing that we've

10 been doing from the very beginning.  And what we

11 have heard about in the past from those discussions

12 is, look, we are all in the same boat.

13     Q   So when you were asking for test kits in

14 the beginning, was it because you wanted to test

15 everybody in custody?

16     A   We wanted -- well, again, at that point

17 with the CDC guidelines, we wanted to test all the

18 folks who had symptoms and all the folks that we

19 were more suspicious of.  So I think the idea of

20 doing mass testing of everybody when you don't have

21 kits, no, we weren't thinking along those lines,

22 nor was anybody else.  And again, that was contrary

23 to what the guidance was for the CDC at that time.

24     Q   Did you have enough test kits in April to

25 test everybody who you wanted to test?

Page 65

1        A    No.   We get a certain number of test kits

2   every week from our lab vendor.   And as soon as we

3   get those kits, we distribute them throughout our

4   facilities.   They use them.   And then we are

5   waiting for another supply.

6            In the meantime, you know, when we have

7   run out of kits we tell those facilities hold on

8   until we get the next shipment the following week.

9   That has been constant.

10       Q    At this point on May 20th with the

11  Department about to embark on a systemwide mass

12  testing plan, do you have sufficient tests to carry

13  out that plan?

14            MR. O'NEILL:   Objection to the form.

15            Answer, please.

16            THE WITNESS:   Presuming that we will

17            continue to get the kits, you know, from

18            the Guard, yo know.   So they, you know,

19            were gracious in providing us with the

20            kits that we used last week, as well as

21            the kits that we're using this week.   As

22            long as that continues, then we are able

23            to continue.

24  BY MR. SACHSE:

25       Q    I want to turn to paragraph 10.   This is

Page 66

1   where you are talking about Northern.  And I

2   believe you told us that you have been to the

3   Northern facility in the past few weeks.  Is that

4   correct?

5        A   Yes.

6        Q   Can you just explain for us what -- how

7   the Department is using Northern currently?

8                MR. O'NEILL:  Objection to the form.

9                THE WITNESS:  Fair enough.  Let me

10           ask a better question.

11  BY MR. SACHSE:

12       Q   Doctor, is the Department using Northern

13  to house COVID-19 positive inmates in medical

14  isolation?

15       A   Yes.

16       Q   Is every COVID-19 positive patient

17  currently housed in -- let me start again.

18           Is every COVID-19 positive inmate

19  currently housed in Northern?

20       A   No.

21       Q   How many COVID-19 positive inmates are

22  housed in other facilities?

23                MR. O'NEILL:  Objection to the form.

24                THE WITNESS:  I don't have, you know,

25           the -- I don't have the specific number

Page 67

1           for that right now.

2    BY MR. SACHSE:

3        Q    For the patients -- for the inmates who

4    tested positive at Osborn, am I right that your

5    plan is to keep those inmates at Osborn and not

6    move them to Northern?

7        A    Our plan for Northern is to have the

8    individuals, you know, who are -- if they are

9    symptomatic or they become symptomatic, have them

10   go to Northern.  We are going to do some laboratory

11   testing as well.  If they show that they are

12   potentially at a higher risk, then we will probably

13   have them go to Northern as well.

14           Northern, I guess our issue there is that

15   it only has a limited capacity.  So when we are

16   thinking about mass screening the entire state in

17   all our facilities, if we keep a 25 or 20 percent

18   rate, Northern will not be able to accommodate all

19   of those.

20           The other thing as we are going through is

21   like as we're going through the testing at

22   different locations.  They were not doing that

23   all --

24                THE COURT REPORTER:  I'm sorry.  I'm

25           sorry.  There's a lot of static.  Please

Page 68

```
1              stop for a minute.  I don't know what's

2              going on.  Do you hear that?

3                   MR. SACHSE:  I can.  It sounds like a

4              saw.

5                   MR. O'NEILL:  Counsel, would now be a

6              good time to take a little bit of a break?

7                   MR. SACHSE:  Yeah, that would be

8              fine.

9                   MR. O'NEILL:  Take about five minutes

10             or so.

11                  MR. SACHSE:  Yeah, that's great.

12                  (Recess taken from 11:27 a.m. to

13             11:34 a.m.)

14   BY MR. SACHSE:

15        Q    Let's go back on the record.  I just

16   remind you, you are still under the oath.

17             Before the break, we started talking about

18   Northern.  Let me share my screen again.  And you

19   were telling us about Northern.  So am I correct

20   that for the 200 or so inmates who tested positive

21   at Osborn, there is not enough room to move all of

22   them to Northern?  Is that right?

23        A    No, that is not necessarily what I meant.

24   What I am saying is that as we think about going

25   through the entire State of Connecticut and all our
```

Page 69

1   facilities, ultimately if we instantaneously tested

2   everybody, let's say today, across the 10,000 folks

3   in custody, we assume we are going to have this

4   massive number of folks that are positive.  We

5   would not be able to have all those individuals at

6   Northern at any given point in time.

7          I think to some extent, you know, that --

8   you know, the testing is staggered.  And we are

9   going from different regions and testing as many

10  people as we can at a given moment or any given

11  week.  Then I think that buys us maybe a little bit

12  of time because of staggering this.  But I think we

13  also have to operationally think about if we do see

14  that capacity, then what are our options.

15       Q   Have you thought about using Northern to

16  house at-risk inmates?

17               MR. O'NEILL:  Objection to the form.

18               THE WITNESS:  We would use Northern

19           right now because we have it staffed, you

20           know, with 24-hour -- or 24/7 nursing and

21           also providers.  As we mentioned in the

22           statement, the folks -- somebody who was

23           already in an infirmary bed and let's say

24           they were on chemotherapy and they

25           happened to be positive, that particular

Page 70

```
 1              individual probably would not go to

 2              Northern because beyond their COVID status

 3              we have to manage, you know, the other

 4              medical conditions like their

 5              chemotherapy.

 6                  Another example might be like an

 7              individual who is on hemodialysis, you

 8              know, for kidney failure.  Being able to

 9              manage that -- and their COVID would be

10              more challenging to do that in a place

11              like Northern.

12                  So for those two examples, we would

13              keep those folks in place where they were

14              in order to accommodate those other

15              medical conditions that we need to address

16              while we are still trying to maintain

17              medical isolation.

18                  Those are just two examples of why

19              because of the medical complexity they

20              would not go there.

21   BY MR. SACHSE:

22       Q    And just to respond to Terry's objection.

23   When I say "at risk," can we just agree that a

24   reference to an at-risk inmate is just shorthand

25   for somebody who has one or more of the underlying
```

Page 71

1    conditions that puts them at an increased risk of

2    complications from COVID-19?

3              MR. O'NEILL:  Objection to the form.

4    BY MR. SACHSE:

5        Q    You can answer.

6        A    I am sorry?

7              MR. O'NEILL:  If you can, you need to

8              answer.

9              THE WITNESS:  I'm sorry.  I thought

10             that was a statement.

11   BY MR. SACHSE:

12       Q    No, no, no.  Let me ask again.

13       Okay.  When I say "at-risk inmate," what I

14   mean is an inmate who has one or more of the

15   underlying conditions that puts him or her at an

16   increased risk of complications from COVID-19.  Is

17   that a definition or a shorthand that you will

18   accept?

19             MR. O'NEILL:  Objection to the form.

20             THE WITNESS:  That is fine.

21   BY MR. SACHSE:

22       Q    Okay.  Great.  Just to make this easier so

23   I don't have to keep saying all of that.

24       So have you thought more generally about

25   -- as the testing -- the mass testing progresses.

Page 72

1    Let me start again.

2              As you conduct testing at these

3    facilities, have you thought more generally about

4    what specific plans you will put in place to

5    protect the at-risk inmates?

6        A    Yes, we have.  I would say that the

7    details -- I mean the devil is in the details.  And

8    in some cases, some of those details that you

9    thought about in advance may not be feasible as you

10   think about a particular building or facility.  So

11   you have to be -- or we have to be fluid in that

12   regard.

13       Q    So have you considered moving at-risk

14   inmates to a facility that would be better able to

15   accommodate their medical needs in the event that

16   they need to be medically isolated?

17       A    Yes.

18       Q    And have you also considered moving

19   at-risk inmates who test negative away from inmates

20   who have tested positive?

21       A    Yes.

22       Q    And when I say "away," I mean to a

23   different facility.

24       A    I mean, when we are talking about the

25   medical isolation for folks that are positives and

Page 73

1    quarantine for those that are not, keeping them

2    separated.  And then whether that separation -- you

3    know, again the details of what that will look as

4    you think about the entire state system and as you

5    go to different facilities, that will be pretty

6    fluid.  You will be constrained in one facility.

7    You may have more housing units.  You may have

8    different tiers that allow you to better

9    accommodate that as opposed to some other ones.

10          You know, and I can't speak to all of

11   those variations at every facility.  I can't really

12   answer, you know, that in more detail.  But just

13   realizing what we are trying to accomplish that,

14   it's like, well, to the point that you said, you

15   want to keep medically isolated those who are

16   positive from those who are negative.  So we are

17   trying to keep to that path.

18       Q   So let's use the specific example of

19   Osborn.  Have you considered a plan to move at-risk

20   inmates who are negative out of Osborn to somewhere

21   else given the rate of positives that you now have

22   confirmed at Osborn?

23       A   We haven't really at this point had

24   discussions about moving the negatives out of

25   Osborn, in part because as we talked a little

Page 74

1   earlier that Osborn already is one of our

2   facilities that has a certain level of infirmity

3   capacity that was used to taking care of higher

4   acuity patients.

5          And so if they already had some type of

6   high risk because of their medical comorbidities

7   that were already being addressed at that capacity

8   and now they are negative, we don't necessarily

9   think that it would make sense to move those

10  individuals somewhere else that were negative if we

11  could accommodate still the separation from those

12  that are positive.

13         Then when we think about those that are

14  positive, that develop symptoms, you know, we don't

15  want to further separate them again.  Again, as I

16  mentioned before, they don't require infirmity

17  level bed, then we might consider moving such

18  individuals to Northern.  If we didn't have

19  capacity there, then we would have to think what

20  alternatives would be.

21         But I think moving folks that are negative

22  for the comorbidity -- we haven't talked about

23  that.  And I think some of the concern that we

24  would have is just the movement.

25     Q    When you say "movement," you mean movement

Page 75

1  between facilities.  Is that right?

2       A   Yes, sir.

3       Q   Does movement between facilities itself

4  increase the risk of COVID-19 transmission?

5       A   Yes.  I mean, there have been discussions

6  by others, you know, that -- and the CDC guidelines

7  as well that, where appropriate, you want to

8  restrict movement.  You are trying to balance that

9  as you also try to balance, you know, the needs of

10 medical isolation and quarantine.

11      Q   Just staying with Osborn for the moment.

12 How are you treating -- I think you said it was

13 approximately 400 or so who have declined testing?

14 Are you presuming they are positive?  Are you

15 quarantining them?  Are you doing something else?

16      A   So that is actually, if you will, like a

17 third bucket.  So we have a bucket of folks who are

18 positive, separated from those who are negative.

19 And then in this case, a third bucket of folks who

20 are refusing testing.

21      Q   And so the people who are refusing

22 testing, from a facility perspective, how are you

23 treating them?  Are they quarantined?

24      A   Yes.

25               MR. O'NEILL:  Objection to form.

Page 76

1              THE WITNESS:  Yes, they are.

2    BY MR. SACHSE:

3       Q    And are they told that if they take a test

4    and test negative, they can get out of quarantine?

5       A    If they take a test and they are negative,

6    you might still quarantine them as well because

7    they were exposed to somebody who was positive.  So

8    that is why in this case it is kind of unique

9    because you have three buckets.  You have those who

10   are your confirms that are positive.  You have

11   those that are negative that you don't want to

12   become positive, but you are going to monitor them.

13   Then you have others who are declining testing at

14   this point in time who themselves could develop

15   symptoms as well because they also were around

16   folks who were positive.  But you try to keep those

17   three, if you will, distinctions.

18      Q    And what are you doing to keep those three

19   cohorts of inmates segregated?

20      A    I don't know exactly how those was

21   operationalized at the moment.  I know a couple of

22   things we talked about -- excuse me.  We talked

23   with DPH about this as well as what some of their

24   thoughts were.  When you are trying to separate

25   them, they suggested to us we could either think

Page 77

1     about separating them on different tiers or on the

2     same tier but at, if you will, to some extent

3     further away from each other, like at opposite ends

4     of the tiers.

5            From their perspective, either of those

6     types of scenarios would be considered acceptable.

7        Q    So you could have, for example, on one end

8     of the tier the positives and then on the other end

9     of the tier the people who refused to test and are

10    in quarantine?

11       A    Correct.

12       Q    Is any of this written down?

13       A    To be honest, I don't know.  Because the

14    discussions have been so fluid, you are trying to

15    get through multiple conversations folks you are

16    talking to.  Of course, we start out to get the

17    medical side, you have the testing side and then

18    folks at the individual facilities themselves,

19    including the wardens and medical staff.  So you

20    know, trying to put all this stuff in writing while

21    you have all the work you actually have to do.  So

22    the time is challenging.

23       Q    So who are the various people who are

24    having those discussions at Osborn?  You mentioned

25    the warden, medical staff.  Who else is involved?

Page 78

1      A    The DAs, district administrators.  The

2   COO, the RCOO, the regional COOs, some of our other

3   clinical providers.  You know, and some of those I

4   mentioned before, folks at DPH just to get some

5   insights from them about what they would recommend.

6      Q    Are you involved in the discussions as

7   well?

8      A    Yes, at least those I am aware of that I

9   am present.  There are other discussions that folks

10  have that I am not part of.

11     Q    And about Commissioner Cook, do you know

12  whether he is involved in those discussions?

13     A    He has been involved in some discussions

14  where we have had broader calls.  And then he has a

15  whole other set maybe of conversations that he is

16  on, I believe on a daily basis.  So I am not

17  involved in those.

18     Q    Going back to the COVID, the at-risk

19  inmates who are negative for COVID-19.  Have you

20  given any consideration to looking at those people

21  for potential temporary community release to

22  protect them from infection?

23                MR. O'NEILL:  Objection to the form.

24                THE WITNESS:  I think that has and it

25            is being looked at.  And the only thing I

Page 79

1           can sort of say is when that is occurring

2           similar to what I mentioned before.  You

3           know, we may be given a list of folks  and

4           say can you look and see whether these

5           folks have medical conditions that put

6           them at risk.  And we will comply with

7           those requests.  I believe it has included

8           those examples you are suggesting right

9           now.

10  BY MR. SACHSE:

11      Q   It is an option possibly but you don't

12  know anything further?

13              MR. O'NEILL:  Objection to form.

14              THE WITNESS:  Sorry.  I didn't quite

15          hear that last part.

16  BY MR. SACHSE:

17      Q   That is fair.  Let me withdraw the

18  question and try again.

19          So community release is an option that you

20  believe may be considered for some of the at-risk

21  inmates, but you don't have any specifics.

22  Correct?

23      A   Correct.

24      Q   All right.  Let's talk a little bit more

25  about Northern.  Do you know how many medical staff

Page 80

1    are on duty for each shift at Northern?

2        A    I don't have the exact numbers on that.

3    You know, we do staff it with 24/7 nursing every

4    single shift.  And then during the first shift, we

5    have an on-site provider.  And then during the off

6    hours, we have remote and on-call providers

7    available.

8        Q    Do you have any infectious disease

9    specialists staffed to Northern?

10       A    We do.

11       Q    How many?

12       A    We have at least maybe one ID doc that

13   goes there.  We have three ID docs on staff at DOC.

14       Q    So there are three infectious -- when you

15   say "ID," you mean infectious disease.  Right?

16       A    Yes.

17       Q    So there are three infectious disease

18   doctors on staff throughout the Department of

19   Corrections?

20       A    Correct.

21       Q    And one who goes to Northern?

22       A    Yes.

23       Q    And is there an infectious disease

24   specialist at Northern 24/7?

25       A    No.

Page 81

1      Q    How about pulmonologists, are there any

2  pulmonologists on staff at Northern?

3      A    No.

4      Q    How about critical care specialists, any

5  critical care specialists on staff at Northern?

6      A    No.  We do have -- we have some providers

7  who have critical care experience, but that is not

8  necessarily their specialty.

9      Q    Okay.  Have you or has your group formed

10  any treatment protocols for how to triage COVID-19

11  positive cases at Northern?

12      A    Yes.

13      Q    And are those written protocols?

14      A    Yes.

15      Q    When did you put those into place?

16      A    We had one version early on, you know, and

17  that was in March.  And then we modified that

18  significantly, and maybe the latest version that

19  was last month.  With that -- that was in part

20  because at the federal level.  The FDA has done the

21  emergency authorization for use.  And several of

22  our providers had asked whether or not they would

23  be allowed to consider using on a case-by-case

24  basis.

25          And so I said before we would allow that

Page 82

1    to happen at DOC, we wanted to have a conversation

2    with DPH about that first before we move forward.

3    And then once we got the green light from them, we

4    would incorporate that into the protocol for use.

5    That includes a lot of indications,

6    contraindications for use and monitoring to do if

7    we were going to do that.

8          That particular guidance is not

9    necessarily reflected in the CDC guidance right

10   now.  So we are relying on a lot of expertise on

11   our ID docs who also had their own social networks

12   of professional organizations, including at

13   different hospitals.  So we were sort of able to

14   look at the guidance being used in some of our

15   Connecticut hospitals and institutions elsewhere

16   and put together a protocol for our infirmary at

17   Northern.

18      Q   So when putting together your COVID-19

19   medical response plan, are you consulting with

20   outside experts?

21      A   We are.  We are.  We have spoken to all

22   the major hospital systems to some extent.  It was

23   important to do that mutually because they wanted

24   to make sure everybody was on the same page.

25   Because from a hospital's perspective, their

Page 83

1   thinking is, well, we don't want patient

2   inappropriately being sent to us because we are so

3   busy taking care of very sick patients.  So to the

4   extent you guys have infirmaries, we are glad you

5   are infirmaries, you have nursing and then you have

6   monitoring including EKGs, you are able to hold

7   folks a little bit longer than some other community

8   sites.

9           At the same time from our perspective, we

10  want to make sure that we have guidance for our

11  on-site clinical staff so they feel that they are

12  empowered to send somebody out when they need to.

13  When that is going to occur, that there is

14  bilateral communication between the facility and

15  the receiving hospital just so make sure there are

16  no surprises.

17          As one example, if you have somebody

18  coming in and they want to be able to be sure they

19  have everything ready and anticipating that person

20  coming.  So I think that has actually helped.  And

21  while we have sent folks to GMH and Somers, we've

22  sent them to other hospitals as well.  So

23  consequently, we have had to have conversations

24  with all of those hospital systems.

25          We want to make sure we are using similar

Page 84

1    guidelines as an example when we are doing our

2    protocol, we wanted to know what were the hospital

3    admission criteria for COVID.  Because if those are

4    criteria within reason for admission, then we

5    similarly could use the same criteria in our

6    protocol for sending somebody out.  So if they say,

7    well, your oxygen saturation is some level

8    threshold.  We know if we send them at a higher

9    certain threshold, they will be bounced back to us.

10        You know, so to some extent we push back

11   and say, look, you guys are able to set certain

12   criteria about sending somebody back, but you are

13   also in an ED where you have more availability and

14   more tests.  In our case, we may send somebody to

15   you that doesn't quite meet your criteria because

16   we don't necessarily have those capabilities on our

17   site in the infirmary.

18        There has been give and take of the

19   discussions we have had with them.  So I think that

20   has actually worked reasonably well.  They

21   certainly have given us positive feedback so we can

22   triage patients appropriately to them.

23        Q    Thank you.  Going back to the Northern

24   situation, how much out of cell time does somebody

25   who's COVID-19 positive and at Northern get?

Page 85

1      A    I don't know the answer to that off the
2   top of my head.
3      Q    Are you aware of any inmates who were sent
4   to Northern since April 7th, 2020 who were not
5   COVID-19 positive?
6      A    I am not aware.  I mean, yeah, I am not
7   aware of that.
8      Q    Are you aware of whether any inmates were
9   sent to Northern after April 7th, 2020 for
10  disciplinary reasons?
11     A    Not to my knowledge.  You know, certainly
12  not in my purview as we're thinking about the
13  COVID.  Northern has, you know, a small -- some
14  number of inmates that were there before COVID
15  started, and that is separate and distinct from our
16  COVID efforts that we have been doing.
17     Q    And currently, are you sending inmates who
18  test positive to Northern or are you also sending
19  inmates who are symptomatic to Northern?
20     A    We are primarily sending folks who are
21  confirmed.  We had a couple of instances -- I think
22  I can remember maybe one or two.  These were
23  individuals, you know, that came -- they had
24  COVID-like symptoms.  They were around COVID
25  confirmed individuals and they themselves were

Page 86

1    refusing testing.  So in that instance because they

2    had COVID symptoms, they were around somebody who

3    was confirmed COVID and they were refusing testing,

4    I think we had one or two instances like that we

5    sent those folks to Northern.  But generally we

6    would only send folks who were confirmed.

7        Q    When you say "confirmed," you mean

8    confirmed by a viral test?

9        A    Yes.

10       Q    Looking at paragraph 11, you say that

11   Northern has a dedicated COVID-19 medical staff.

12   Is that what you were talking about before with --

13       A    Yes.

14       Q    -- the infectious disease specialist and

15   the nurse and the provider?

16       A    Yes.

17       Q    And that dedicated COVID-19 medical staff,

18   is that in addition to the regular medical staff at

19   Northern?

20       A    Some of it may include folks that were

21   working there already and some of that is also

22   additional staff that were deployed to Northern.

23       Q    And looking down at paragraph 12, you

24   offer opinions about why Northern was chosen as the

25   medical isolation facility "as it was the best to

Page 87

1    meet the CDC guidelines."  And then you go on to

2    talk about the solid walls and doors, the airflow,

3    and which reduces the risk of airborne spread.

4         Now, however, you are going to be housing

5    COVID-19 positive inmates in other facilities.  Is

6    that right?

7              MR. O'NEILL:  Objection to the form.

8              THE WITNESS:  Yeah, I mean, as I

9              mentioned earlier, for folks already in an

10             infirmary level bed, you know, because

11             they were on chemo or dialysis, we

12             wouldn't move those individuals.  So we

13             already had some folks for different

14             reasons that we wouldn't necessarily move

15             there.

16             And then we also had a couple of, you

17             know, instances where we figured, well, we

18             are going to see two more mass testing, we

19             will have a lot more people that are

20             identified.  So we were thinking about

21             exceeding that capacity, we obviously had

22             to think about contingency plans as we

23             move this further along.

24    BY MR. SACHSE:

25         Q    Are you considering turning any other

Page 88

1    facility into a dedicated medical isolation

2    facility in light of the increased mass testing?

3        A    I don't know.

4             MR. O'NEILL:  Objection to the form.

5             THE WITNESS:  I don't know.  We are

6         kind of in this together.  We are waiting

7         to see what happens based on the testing

8         results.  You know, if things get -- if we

9         identify a huge number of folks all at one

10        time, then we will have to think about

11        doing something alternative like that.

12             So I think we are just taking this

13        like each day at a time, each week at a

14        time, realizing that if it is coming in

15        certain spurts, we potentially could

16        handle that at Northern given that they

17        would be there up to 14 days since symptom

18        onset and then they would go back because

19        they would be cleared.  That would be

20        ideal.  We don't necessarily know that we

21        will be able to do that.

22   BY MR. SACHSE:

23        Q    Are you aware that some inmates refuse to

24   report symptoms because they don't want to get sent

25   to Northern?

Page 89

```
 1       A    We certainly -- that topic maybe came up
 2   in the case with one individual I told you who had
 3   COVID symptoms and they refused testing.  When that
 4   happened, you know, there was discussion.  We're
 5   talking, oh, well, you might have other folks
 6   throughout who simply want to hide their symptoms
 7   or don't want to report them.  To some extent, you
 8   rely on -- if somebody is coughing, we can hear
 9   that.  If somebody is looking pretty sick, then you
10   may be able to see that.  But to some extent in
11   order to make this work before we were doing the
12   mass testing, you sort of have to have the support
13   from your patient to sort of help you in the same
14   way that we tell staff, look, if you actually have
15   a fever, don't come to work, just stay home.
16            Same thing here.  You know, if they are
17   feeling sick they can reach out to us and we can go
18   from there.  Obviously, you know, people will have
19   -- some folks who may not do that.
20       Q    Looking at paragraph 14, you write here
21   that at least once per day nurses perform routine
22   blood pressure, temperature, pulse, respiration,
23   lung sound, pulse oximeter and pain scale checks.
24            Do you see that?
25       A    Yes.
```

Page 90

1       Q    Does that happen in every facility or just

2    at Northern?

3       A    They pretty much are doing that at every

4    facility when we are talking about this is more

5    specific for COVID.  Because of the close

6    monitoring that you actually want to do on an

7    individual, because you want to make sure you are

8    identifying symptoms.  If a person is on quarantine

9    or if a person is already confirmed positive, you

10   want to be able to monitor any worsening of their

11   systems whether that's listening to their lungs or

12   doing the pulse ox.  You notice that -- their

13   saturday has gone down.  Part of this too after

14   having some discussions with the nursing staff at

15   Northern, they gave some suggestions how we could

16   get you are improve.  We kind of agreed with them,

17   and so we had that advice.

18      Q    Okay.  How many nurses are in each

19   facility per shift?

20      A    I don't know the number of that off the

21   top of my head.  Sorry.

22      Q    That is okay.  So moving to paragraph 15.

23   Here, you set out the plan for returning a COVID-19

24   positive inmate to their original housing facility.

25   And you do not mention in here a requirement of a

Page 91

1   negative COVID-19 viral test as a prerequisite to

2   return.  Correct?

3                    MR. O'NEILL:  Objection to the form.

4                    THE WITNESS:  What is that?

5   BY MR. SACHSE:

6       Q   Let me ask it.  That was a little bit of a

7   complicated question.

8            I believe you testified earlier that you

9   do not require a COVID-19 negative viral test

10  before you allow a previously positive inmate to

11  return to their original housing facility.  Right?

12      A   Correct.

13      Q   And instead, you look for symptom

14  abatement?

15      A   Yes.

16      Q   And passage of time, 14 days?

17      A   Yes.

18      Q   Have you considered whether to also

19  require a COVID-19 negative test as a prerequisite

20  to return?

21      A   We have had discussions about that.  And I

22  mean, I think every institution, health care

23  organization has had discussions about that because

24  that was part of the original CDC guidance about

25  doing negative testing.  And then very quickly

Page 92

1    after that guidance was issued, they were given

2    feedback that that is not feasible at this point in

3    time because there is not a sufficient number of

4    testing capacities in the country, including health

5    care facilities in order to make that practical.

6            And so then they subsequently ended up

7    initially a system-based way of clearing folks.

8    And even under guidance at some point in time when

9    we have an abundance of testing, and that is pretty

10   easy to do, then you think about transitioning to

11   that.

12           I think -- that is also true

13   internationally, I understand.  I'm using a more

14   symptom base because the other thing, too, is, you

15   know, when you do the symptom based, you are able

16   to have that more consistent and you are not really

17   contingent upon what your supply is.

18       Q    Does the Department of Corrections have a

19   uniform pandemic plan or does it depend on the

20   facility?

21               MR. O'NEILL:  Objection to the form.

22               THE WITNESS:  They have a uniform

23           pandemic plan and then they have, you

24           know, like addendums that are facility

25           specific.  You think about going your

Page 93

1           overall plan says you should medical

2           isolation and quarantine.  You are not

3           going to put that in the overall plan in

4           terms of the where.  That would be more

5           specific at the facility level in terms of

6           what space they think is more appropriate

7           to accomplish that goal.

8   BY MR. SACHSE:

9       Q   So I have seen reference to the COVID-19

10  operational response plan.  That is something that

11  is a DOC wide plan.  Correct?

12      A   Yeah, you have kind of like an umbrella

13  overall plan and then you have more site specific

14  stuff because you can't think about like at Osborn

15  I am saying what specific place you would use for

16  like quarantine as opposed to a place like

17  MacDougall-Walker that would be different.  If you

18  had something that was there, it may differ because

19  you are on lockdown at a different facility.

20          So you need an alternative space or

21  something else happens.  So follow that level of

22  detail.  At the site level, they allow that in the

23  subsidiary or other secondary documents.

24      Q   Two questions.  One, it sounds like the

25  subsidiary plans -- the facility specific plans are

Page 94

1    written down in documents?

2         A    Yes.

3         Q    And who is involved in the decision-making

4    for a particular facility?

5         A    I don't know the exhaustive list of who,

6    but, generally speaking, when you are talking a

7    particular facility, I believe the main individual

8    is going to be the warden.

9         Q    Are you consulted?

10        A    For site specific plans in terms of the

11   -- where those are being put in, no.  When we are

12   talking about the overall plan, I guess, but

13   when --

14                 MR. O'NEILL:  Finish your answer,

15            Doctor.

16                 THE WITNESS:  When we are talking

17            about the overall plan.

18                 MR. O'NEILL:  Did you finish your

19            answer, Doctor?

20                 THE WITNESS:  Basically what I was

21            saying weigh in on the overall umbrella

22            plan.  But when you are talking about the

23            site specific one, no.  Because we are not

24            in a position in central office to sort of

25            know the specific room that they are

Page 95

1              actually going to use for quarantine

2              rather than from our perspective that you

3              need to have a quarantine area in place,

4              you know, for certain types of

5              individuals.

6    BY MR. SACHSE:

7        Q   So is it fair to say then that you are not

8    consulted about the implementation of the medical

9    plan to isolate or quarantine inmates at a

10   particular facility?

11       A   I wouldn't say that.  I would just say

12   when questions maybe come up then I or one of the

13   regional CMOs might be asked about a specific

14   component or they may ask certain questions that

15   are floated to us by the warden or by the district

16   administrators.  In terms of the process where

17   those -- something that's occurring at a site

18   specific level, if there is a question that is

19   brought to our attention, then we will respond.

20       Q   So you or the regional medical officers do

21   not have to approve the specific implementation of

22   a medical isolation or quarantine plan at a

23   specific facility?

24              MR. O'NEILL:  Objection to the form.

25              THE WITNESS:  I would say that the

Page 96

1          plan -- you have the overall plan and then

2          you actually have to say where specific

3          area that you must have.  But we are not

4          reviewing at every single facility all the

5          specific locations that are being used for

6          quarantine.

7              We know that they exist at every

8          facility and that even when they exist,

9          they may change because operationally

10         there might be things that happen such as

11         a lockdown, you know, for one reason or

12         another.  Then a decision about what is an

13         alternative site, you know, that will be

14         generally addressed under the leadership

15         of the warden.

16   BY MR. SACHSE:

17       Q    Moving to paragraph 18 and 19.  This part

18   of your declaration you are detailing the

19   temperature checks that staff members have to pass

20   to get access to the facility.  Is that right?

21       A    Yes.

22       Q    And these temperature checks for staff,

23   they apply to all staff.  Is that right?

24       A    Yes.

25       Q    And the temperature check occurs at the

Page 97

1   beginning of the shift each time the staff member

2   tries to enter?

3       A   Yes.

4       Q   And if a staff member has a temperature,

5   are they sent for COVID-19 testing?

6       A   Typically if a person has a temperature

7   then they will be referred to their primary care

8   provider for additional guidance from them.  And

9   some of that just reflects that, you know, early in

10  COVID when we are still in the flu season, people

11  still get strep throat, people have all different

12  reasons why they may have a temperature.  And so it

13  is not for us to say what that reason is.  That is

14  between that staff person and the primary care

15  provider.

16      Q   I should ask this at Osborn and the mass

17  testing.  Are you also offering that to the staff

18  at that facility?

19      A   That is actually taking place.  We are not

20  doing that.  There is an external entity doing that

21  in conjunction with DPH.  So we are not

22  specifically involved in that operationally.

23      Q   When you say DPH, you are referring to the

24  Department of Public Health?

25      A   Yeah, the Department of Public Health.  I

Page 98

1   believe Hartford Health System.  You know, I think

2   they are working jointly.  Again, part of their

3   role is not only to test all the inmates at DOC but

4   to test all the staff as well.  They want to

5   accomplish the same thing in the nursing homes.

6        Q   Okay.  I am sorry.  I didn't mean to

7   interrupt you.

8        A   They want to accomplish the same things

9   for the nursing homes.

10       Q   The mass testing you are administering in

11  DOC facilities is only as to inmates in those

12  facilities?

13       A   Correct.

14       Q   Got it.

15       A   For the inmate patient population.

16       Q   For the inmate patient population.

17           Paragraph 20, you talk about the other

18  efforts that the Department has taken to prevent or

19  further limit the spread of COVID-19 virus within

20  the facilities.  The first one is:  Why are we

21  distributing soap and other cleaning supplies among

22  the inmate population?

23           Do you agree with that?

24       A   Yes.

25       Q   Do you agree hygiene is an important tool

Page 99

1    to combat the spread of COVID-19?

2         A    Yes.

3         Q    How many bars of soap does each inmate get

4    per week?

5         A    I don't know the answer.

6         Q    Do you know if an inmate runs out of soap

7    that they can get more upon request?

8         A    I don't know the answer to that.

9         Q    Are inmates allowed daily showers?

10        A    Per our policy that we instituted, you

11   know, we basically put a moratorium on showers

12   during the 14 days.  And the reason why we went to

13   that, we had providers at our facility levels that

14   raised serious concerns about the potential of

15   transmitting COVID because of aerosols.

16             So then we talked about that in our

17   medical provider meetings.  And then also there was

18   some study, including one study in particular, that

19   actually shows when you take both hot and cold

20   showers, you can generate aerosols.

21             And the CDC guidance from the beginning

22   had indicated that aerosols, particularly when you

23   are doing an aerosol generating procedure could be

24   a high risk of transmission of COVID, particularly

25   for clinical staff.  There was a lot of concern

Page 100

1   made about that.

2           So we said, well, one way we can sort of

3   mitigate that if we allow folks to do an equivalent

4   of a sponge bath and put a moratorium up of 14

5   days.  Really with the goal of actually being more

6   protective in trying to reduce the transmission not

7   only for other inmates but also for clinical staff.

8       Q    Let me make sure I understand.  When you

9   talk about a 14-day moratorium on showers, are you

10  talking about for everybody in the facility or just

11  those who test positive?

12      A    Initially it was just for those that

13  tested positive.  But then we extended that to

14  include those -- to include others, mainly because

15  of the concern folks while they are under their

16  14-day quarantine, a lot of concern people may be

17  virally shedding.  If they virally shed and are

18  taking a shower, it would pose a risk because of

19  the aerosols you potentially have in that shower.

20          So initially the thing was it was those

21  who were positive, but then later it was extended

22  to include those who were under quarantine.

23      Q    So currently, are those under quarantine

24  prohibited from taking a shower for 14 days?

25      A    They are.  Although more recently in our

1    conversations we have been having since the end of

2    last week, we are going to revise that policy and

3    some of that reflects -- you know, again we had

4    reached out to the CDC and reached out to DPH to

5    ask them for guidance on that, because their

6    policies really don't specify or comment on

7    showers.

8         They comment on aerosol generating

9    procedures, but when -- I think they are also

10   focusing on health care settings.  I think the idea

11   is that in a health care setting you wouldn't

12   normally be taking a shower if you were in the

13   emergency department, if you were in the ICU or in

14   a doctor's office being evaluated for COVID.

15        When we have folks who are in a congruent

16   setting and live there, we deliver medical care

17   there, it is unique.  Having a conversation with

18   DPH on Friday, they said, well, some of the

19   guidance they have given to their nursing homes is

20   that -- and they looked at the one study that was

21   shared with us that they reviewed about the

22   showers, said, well, you may be better off just

23   cleaning down the shower after every use as well as

24   the floors.  We are going to institute that this

25   week.

Page 102

1     Q    But that is something you haven't been
2  doing previously.  Is that correct?
3     A    We had the moratorium on the showers, and
4  now this week we are going to reverse that and
5  allow based on the guidance from DPH.
6     Q    Let me ask the question again because I
7  think the record might not be completely clear.
8          So you are going to start an enhanced
9  cleaning procedures for the shower areas.  Is that
10 right?
11    A    I don't know if it would be enhanced
12 because they weren't using the showers.  But to the
13 extent they are going to use the showers, yes, we
14 have to make sure they are making sure that those
15 are again following that guidance we got from DPH,
16 which is cleaning it between uses.
17    Q    And the cleaning procedure of cleaning the
18 shower between uses, that is something that was not
19 happening before this week.  Is that correct?
20    A    No, I would not say that.  I think they
21 were cleaning them.  Our concern was that the
22 aerosol potential of the shower.  And according to
23 DPH, they -- based on guidance they had given to
24 the nursing homes, you know, they said there is no
25 evidence right now that suggests that transmission

Page 103

1  through aerosol is generated through a shower.  Not

2  that they might not get evidence later on, but at

3  this point in time we don't necessarily have

4  evidence of that.  Therefore, it was really just

5  providing more reassurance of being able to still

6  use the showers, just assuring that you are

7  cleaning between uses.

8      Q   Right.  And I guess my question is

9  focusing on the cleaning.  So my understanding is

10  now one of the protective measures you are taking

11  is to clean showers between each use.  Correct?

12      A   We are going to make sure that that's

13  occurring.  I am not saying they were not occurring

14  previously.  I just want to be clear about that.

15      Q   And that's -- finish, please.

16      A   I was not suggesting that showers were not

17  being cleaned in between.  I am saying our

18  moratorium we had on shower taking and now we are

19  going to allow showers to resume.  You know, just

20  as a reminder to folks that they need to make sure

21  that they are cleaning in between, not to say that

22  they weren't.

23      Q   So just to make sure I understand your

24  answer.  Do you know whether showers were cleaned

25  between each use before the moratorium?

Page 104

1       A    I do not know.

2       Q    Let's talk about laundering.  How often do

3   the inmates have access to laundering of their

4   linens and clothing?

5       A    I don't know.

6       Q    How about access to antiseptic cleaning

7   supplies?  Do you know whether inmates have access

8   to those?

9       A    I don't know how often they get access to

10  those or how often those are switched out.

11      Q    Do you know whether if an inmate requests

12  more antiseptic cleaning supplies, she or he is

13  able to get those supplies?

14      A    I don't know the answer to that.

15      Q    Looking down here at paragraph 20, it says

16  that the Department is also "thoroughly cleaning

17  common areas and frequent touch points."  Is that

18  right?

19      A    Yes.

20      Q    How often is each housing unit cleaned?

21      A    I don't know the frequency they actually

22  do that.  I do know that when we provided this

23  guidance, you know, we reviewed from the CDC for

24  correctional facilities what needed to happen in

25  terms of cleaning them and in terms of the

Page 105

1   frequency and the schedule they were on.  I don't

2   know that off the top of my head.

3       Q   So fair to say there are not -- to your

4   knowledge, there are no medical guidelines that you

5   or your group have put in place for enhanced

6   cleaning of housing units?

7       A   Not with regard to frequency or a

8   particular schedule.

9       Q   Has your unit put in place medical

10  guidelines with respect to any aspect of cleaning?

11      A   We provided folks with CDC guidance about

12  cleaning, general cleaning, whether we're talking

13  solid versus some porous surfaces.  So that has

14  been provided to our custody colleagues who are

15  responsible for those tasks.

16      Q   And do you know how often each common area

17  is cleaned in each facility?

18      A   No, I do not.

19      Q   Do you know where you would go to get that

20  information?  Is that documented somewhere?

21      A   I would defer it maybe to our custody site

22  because in terms of responsibility that is more

23  under their purview.  So I would probably converse

24  with them.

25      Q   You mentioned a few minutes ago the CDC

Page 106

1    guidelines.  So are you following the CDC

2    guidelines for more frequent cleaning of areas that

3    are touched more often?

4         A    I believe we are.  That was part of the

5    reason we gave them that guidance to begin with.  A

6    lot of times folks are focused on who is coughing

7    in front of them.  A lot of the transmission also

8    has to be kept in mind that our hands, the

9    surfaces.  So if you are covering your cough,

10   touching your face, and also cleaning surfaces,

11   that goes a long way toward prevention.

12             So we tried to reinforce that with folks

13   and also provided documents from CDC about that.

14        Q    What about phones, are you cleaning the

15   phones after each use?

16        A    When we have talked about general

17   cleaning, that was part of the general tasks that

18   you don't want to forget about.  Tabletops and such

19   that they frequently touch, such as phones or

20   keyboards.

21        Q    Do you know one way or another whether

22   phones are cleaned after each use?

23        A    That, I don't know.

24        Q    Where would you go to find out?

25        A    I would talk to our custody colleagues and

Page 107

1     at a site specific level, at the level of the

2     warden.

3         Q    Moving on down.  Paragraph 20, you say

4     that DOC is also instituting quarantines of units

5     when an inmate displays any symptoms of COVID-19.

6     Can you explain that?

7         A    So when we have an individual who develops

8     symptoms, typically that individual is pulled out,

9     put in isolation.  The folks that they were just

10    around are put in quarantine.  And then folks in

11    quarantine are going to be monitored.  If they

12    develop symptoms, they too will be pulled out as

13    well.  Any of the folks displaying symptoms, those

14    folks will be tested.  And if they get a positive

15    test, then we will think about where they'll go.

16    And again, we talked about earlier, that may

17    include going to Northern.

18        Q    When we are talking about quarantining

19    the people who are potentially exposed, you

20    quarantine them together.  Is that right?

21        A    Well, it sort of depends.  You know, it

22    depends upon the facility.  So if they are actually

23    in a dormitory style setting, the person that

24    develops symptoms will be pulled out of the

25    dormitory setting and then the other individuals

Page 108

```
 1   will -- are more or less in the same housing unit

 2   or dormitory style.  They will be quarantined in

 3   that location.  If anybody else develops symptoms,

 4   they will subsequently come out.

 5       Q   Okay.  I guess what I am getting at is

 6   when I look at your declaration and you talk about

 7   instituting quarantines of units when you have a

 8   situation where you are quarantining everybody in a

 9   particular housing dorm, that's what you are

10   talking about.  Right?

11       A   Yes.  If they were there.  In some cases

12   you might identify an individual who happened to be

13   -- who happened to be a cellmate of somebody else.

14   So in that instance, we are not necessarily talking

15   a dorm.  Again, it depends on what the

16   circumstances are within a facility.

17       Q   Would you consider that style of

18   quarantining to be cohorting?

19               MR. O'NEILL:  Objection to the form.

20               THE WITNESS:  That could be

21           considered a form of cohorting, yes.

22   BY MR. SACHSE:

23       Q   What is cohorting?

24       A   Cohorting is -- cohorting is basically

25   when you are actually having individuals who are in
```

1   the similar -- if you will, similar bucket.  So

2   when we are talking about the folks who have

3   symptoms and who are not confirmed, those folks who

4   weren't together they would be considered a type of

5   cohorting.

6           Separate from that, we may consider

7   cohorting like individuals who were exposed.  None

8   of them have symptoms, and those folks are

9   together.  That could be considered to be a form of

10  cohorting.  When we talked earlier about the

11  individuals at Osborn who said, oh, we don't want

12  to be tested.  Those folks together separate from

13  those who are positive, separate from those who are

14  negative, that would be a form of cohorting.

15      Q   Now, I know that your plans have changed

16  and now you are instituting the mass testing across

17  the Department.  Going forward.  Do you have an

18  intent to test anybody who is quarantined?

19      A   I guess to some extent when you are

20  talking about mass testing you tested those

21  individuals already, then you know that they are

22  negative and so you are still going to observe them

23  for a certain period of time 14 days right now to

24  see if they develop symptoms.  If they do, then you

25  will go from there.

Page 110

1       Q    Do you know what contact tracing is?

2       A    There are different contexts for context

3   tracing.  What do you mean?

4       Q    Have you heard of the idea of contact

5   tracing meaning that when you have a confirmed

6   positive COVID-19 person, you then sort of trace

7   all of the people who he or she may have come in

8   contact with.  That is what I mean by contact

9   tracing.

10          Are you familiar with that concept?

11      A    Yes.

12      Q    Has the DOC instituted any type of contact

13  tracing plan?

14      A    I would say yes, because when we are

15  talking about knowing the folks who are symptomatic

16  versus those who are not, we know the identities of

17  those individuals who are in a particular unit at a

18  given moment.  And then also based upon knowing who

19  had symptoms, so we are able to identify at least

20  in that housing unit the folks that they were

21  around and who they might have been exposed to or

22  exposed by.

23          So that is ultimately the goal of contact

24  tracing.  You are trying to identify individuals

25  who you might have been exposed to or you might

1  have exposed.  Most of the contact tracing formats,

2  a lot of times when you are asking, who is in your

3  household, once you identify folks in a household

4  you are not really going into a lot more detail

5  because you assume all those folks in the household

6  have an equivalent level of exposure.

7          So in our case at a correctional facility

8  with inmates, you know, they live there.  They are

9  in housing units.  And so from that perspective,

10  you already have the contact tracing knowing who is

11  in the household because you know where they are

12  housed.

13    Q   I know that again your plan is shifting

14  and you are moving to a mass testing plan, but

15  before the mass testing plan, were you testing any

16  inmate who came in contact with a positive inmate

17  or positive staff member?

18    A   We would quarantine folks.  There were

19  some instances we did test folks.  Now, those

20  mainly were cases where we had a cellmate and that

21  cellmate did not have symptoms, but because they

22  were in a cell with somebody who was symptomatic or

23  positive, then that person would be identified and

24  tested.  And then for folks that were otherwise

25  exposed from others to the extent that we knew

Page 112

1    that, then we would put them in quarantine.

2         Q    But the answer to the question is that,

3    no, you did not test every inmate who came in

4    contact with --

5         A    That is correct.

6         Q    -- a positive inmate or positive staff

7    member?

8         A    Yes, that is correct.  As I mentioned

9    before, we would, but we have limited number of

10   tests given on any given day or week.  We

11   prioritize those folks that have symptoms.

12        Q    Last piece of paragraph 20, social

13   distancing.  Let's talk about social distancing.

14   Do you agree it is important to maintain social

15   distance to try to prevent or limit the spread of

16   COVID-19?

17                   MR. O'NEILL:  Objection to the form.

18                   THE WITNESS:  Yes.

19   BY MR. SACHSE:

20        Q    And ideally, you would like to have six

21   feet of social distance.  Is that right?

22        A    Ideally, yes.

23        Q    So when we go to the grocery store we see

24   the little footprints and we know we are supposed

25   to stand six feet away from the person in front of

Page 113

1    us.  Right?

2         A    Yes.

3         Q    So some of the things that you have put

4    into place to try to -- well, let me ask it this

5    way.  Have you implemented any plans to enable

6    inmates to socially distance in the DOC facilities?

7         A    Yes, we have.

8         Q    What have you done?

9         A    We have, you know, canceled visitors.  We

10   have limited, you know, the contractors that are

11   coming on-site.  There has been cancellation of

12   group activities.  They have spaced out where

13   folks, where they eat, eating in the chow hall has

14   been restricted in their unit or in their cells.

15   We provided all inmate population with masks.

16           So those are probably some of the most

17   important things we have done, you know, again, you

18   know, in all of the guidelines to try to improve as

19   best you can in a correctional facility the social

20   distancing piece.

21        Q    Do you educate the inmates about social

22   distancing?

23        A    Yes, they were.

24        Q    What do you tell them?

25        A    We tell them it is important for them to

Page 114

1   social distance and it is also important for them

2   to follow more of the specific guidance that we

3   gave them, including -- and the rationale for why

4   they need to wear a mask.  The rationale for why

5   they are spaced out as far as eating in their cells

6   or eating in their unit in order to help accomplish

7   those goals.

8          We provide guidance saying we provide

9   information, you also have to repeat it.  And you

10  also have to give rationale for this activity or

11  you're simply responding to questions that are

12  raised when somebody asks.  And I've heard from my

13  clinical staff they have done that.  I have heard

14  on the custody side they have done the same.

15     Q   Do you discipline inmates who refuse to

16  wear masks?

17     A   Not that I am aware of.  In medical, it is

18  not our role to discipline anybody for anything, so

19  it is not a question for us.

20     Q   Okay.  Fair.  Do you know whether the

21  Department disciplines inmates for failing to wear

22  masks?

23     A   I am not aware.

24     Q   Has the Department instructed inmates to

25  sleep head-to-toe in dorms?

Page 115

1      A    Depending upon the housing unit, I know

2    they have different guidance.  I can't speak for

3    all of the different housing blocks at DOC, so I

4    can't really answer that.

5      Q    Do you know whether the Department has

6    changed sleeping arrangements to try to increase

7    the ability to socially distance?

8      A    I know it has been discussed in the

9    context of again at the facility level with the

10   warden thinking about other ways that they can

11   ensure social distancing, including when they

12   sleep.  But being able to speak to the detail of

13   what is going on at facilities, I can't do that.

14     Q    Do you know whether there has been

15   systemwide discussions about social distancing

16   measures that can be taken?

17     A    Yeah, so I mean along the lines that we

18   talked about before in terms of visitors, group

19   settings, wearing a mask, stay separated, et

20   cetera.  So those have all be discussed at

21   different discussions both on the medical side but

22   on the custody side as well.

23     Q    Let's talk about medical isolation

24   briefly.  What is medical isolation?

25     A    Medical isolation is basically getting

Page 116

1   folks who have symptoms separated from those who

2   don't.

3       Q    And for somebody -- first of all, when we

4   talk about medical isolation, are you cohorting

5   people who are in medical isolation?

6       A    Yes, there is a form of cohorting.  We are

7   pulling out somebody who develops symptoms who is

8   in quarantine or somebody who presented initially.

9   We are separating them out.  To the extent that we

10  are separating them out, that is a measure of

11  cohorting.  Then when we later identify that they

12  have a positive COVID test, they are further

13  separated.

14      Q    So for the inmates who have a positive

15  COVID test, are you cohorting them as well?

16      A    Yes.  So we try to keep -- if you think

17  about buckets, we try to keep people who have

18  symptoms from those who don't.  Among those who

19  have symptoms, we tried to separate those to

20  confirmed positives from those that are not but are

21  symptomatic.

22      Q    For example, Osborn, you have now done the

23  mass testing and for those inmates who are positive

24  they may remain in a housing situation with other

25  inmates who have tested positive.  Is that right?

Page 117

1     A    Who have tested positive who are also not

2  symptomatic.

3     Q    Positive and asymptomatic are cohorted

4  together.  Right?

5     A    Yes.

6     Q    And then how about positive and

7  symptomatic, are they also cohorted together?

8     A    Yes.

9     Q    And is any consideration given when you

10  are cohorting in this fashion to not including

11  at-risk inmates within those cohorts?

12     A    I am sorry.  I don't understand your

13  question.

14     Q    Yeah.  Sorry.  That was kind of

15  complicated.

16         When you are cohorting COVID positive

17  patients, do you give any special consideration to

18  excluding at-risk COVID positive patients from

19  those cohorts?

20              MR. O'NEILL:  Objection to the form.

21              THE WITNESS:  I guess that is

22          still --

23  BY MR. SACHSE:

24     Q    Take three.

25         Are you cohorting at-risk COVID positive

Page 118

1    patients with other COVID positive inmates?

2                    MR. O'NEILL:  Objection to the form.

3                    MR. SACHSE:  What is the objection?

4                    MR. O'NEILL:  I don't understand what

5            you mean by COVID positive patients and

6            COVID positive inmates.  I don't

7            understand how you are mixing or whether

8            you are intentionally mixing individuals

9            that have a confirmed COVID positive

10           diagnosis with individuals who have signs

11           and symptoms of being positive for COVID

12           without testing.  I don't understand where

13           you are drawing that line, Counsel.  I'm

14           trying, but I don't understand where

15           you're going.

16   BY MR. SACHSE:

17       Q    Let me be incredibly clear.  I want to

18   make sure that we are all, you know, singing from

19   the same page here.

20       A    Appreciate that.

21       Q    When we are talking about COVID positive,

22   Doctor, I think we agreed that we meaning somebody

23   who has a confirmed viral test.  Correct?

24       A    Yes.

25       Q    And so -- and if the confusion is I think

1   the last iteration I said COVID positive patients

2   and then I said COVID positive inmates.  I am

3   talking about the same thing.

4          So my question is really:  Are you

5   cohorting at-risk COVID positive inmates with other

6   COVID positive inmates?

7      A   I think what I am -- I think what you are

8   asking is are we further stratifying.

9      Q   Exactly.

10     A   Are we further stratifying folks by risk

11  category once we know they are positive?  Yes, we

12  are.  That risk stratification that we are doing,

13  some of that includes laboratory work.  So we are

14  doing -- part of our protocol is to do laboratory

15  work in cases because those laboratory values give

16  you an indication about whether or not somebody

17  will worsen and have complications.

18         So to that extent, if we get information

19  let's say from their labs that they are at a high

20  risk of a bad outcome, then we want to know that

21  information.  And along those lines, we might think

22  such individual is going to Northern because of the

23  capacity that we developed there in order for them

24  to get the care that they need because of that

25  higher risk that they present.

Page 120

1      Q    Okay.  Going back to the medical isolation

2    in paragraph 22, you talk about the various steps

3    that you take to test these people.  So how many

4    times a day do you take the temperature of somebody

5    in medical isolation?

6      A    They are at least getting that temperature

7    at least once a day.  And then for a person who is

8    in medical isolation, they are going to have

9    basically two sets of vitals, so they are getting

10   their temperature.  If they have symptoms, then

11   they will have it a third time.

12     Q    And how many times a day are you checking

13   the respiratory rate of inmates in medical

14   isolation?

15     A    Same things.  So when we are talking

16   about looking at the respiratory rate, checking

17   their temperature, checking pulse ox, listening to

18   lung sounds and pulse oximetry, those are more the

19   core component of the assessment that we want done

20   to make sure that we are able to catch everybody

21   that is worsening.

22     Q    Same question for heart rate.  How often

23   are you monitoring the heart rate of those who are

24   in medical isolation?

25     A    Same thing.  Heart rate and pulse ox, they

Page 121

1  come on the same device.

2      Q   Okay.  And the pulse oximeter, that

3  monitors blood oxygen saturation levels?

4      A   Correct.  And it gives you the heart rate

5  as well.

6      Q   What else do you do to ensure the

7  stability of those who are in medical isolation?

8      A   What do you mean?

9      Q   Well, I mean -- fair.

10         Do you take any other steps to make sure

11 that inmates who are in medical isolation remain

12 medically stable?

13     A   The tests that we mention here, that is a

14 baseline.  And then, you know, they are evaluated

15 more frequently as needed.  So if I actually have a

16 person who is having symptoms, they will have a

17 closer check on them as opposed to somebody who is

18 not.

19     Q   Just going back for a minute to

20 quarantine.  Are you quarantining all new arrivals?

21     A   Well, new arrivals, when they come in from

22 the community to the intake facilities.

23     Q   That is what I mean.  Thanks for that

24 clarification.

25     A   Yes.

Page 122

1      Q    Let me ask again just so the record is

2  clear.  Are you quarantining all new arrivals

3  coming in from the community into a facility?

4      A    As far as I know, yes.

5      Q    And is that quarantine period for 14 days?

6      A    Yes.

7      Q    And during the 14 days, are you monitoring

8  those quarantined inmates for symptoms?

9      A    Yes.

10      Q    And are the quarantines of the new

11  arrivals in isolation or cohorted?

12      A    Could you repeat that?

13      Q    Sure.

14      A    I am not sure I understand that.

15      Q    Is the quarantine of new arrivals

16  happening in an isolated fashion or a cohorted

17  fashion?

18      A    It depends on the facility.  There are

19  some facilities where they are placed in a cell.

20  There are others where they might be in a dorm

21  setting.

22      Q    Now, you have in your declaration,

23  paragraph 25, the example of an employee who passes

24  the temperature screening on the way in but then

25  starts feeling sick during the shift.  And you

Page 123

1    isolate them and send them home.  Right?

2         A    Yes.

3         Q    Do you also test that employee for COVID?

4         A    No, we do not.

5         Q    Do you instruct them to go to their

6    medical provider to get tested?

7         A    We instruct them to go to their medical

8    provider in general maybe to follow up.

9         Q    And then do you take any steps to try to

10   contact trace and determine other inmates or staff

11   who may have come into contact with that sick

12   employee?

13        A    That is handled, although that is handled

14   by others.  But, yes, there is contact tracing that

15   occurs for staff.

16        Q    For staff but not for inmates?

17                  MR. O'NEILL:  Objection to the form.

18                  THE WITNESS:  I think you were asking

19             about the staff that comes up symptomatic.

20             We were thinking about the contact tracing

21             who they have been around, that will

22             include what inmates they were around or

23             what dormitories they might have been

24             assigned to.

25                  So from that perspective, we will

Page 124

1    know what inmates they were around.
2  BY MR. SACHSE:
3    Q    Okay.  I think we are saying the same
4  thing, that you make an effort to trace who the
5  sick employee may have been in contact with,
6  whether it was another staff member or whether it
7  was an inmate?
8    A    Correct.
9    Q    Got it.  When making those -- when doing
10 that contact tracing, do you isolate -- sorry -- do
11 you quarantine the inmates who came in contact with
12 that sick staff member?
13   A    If they are not already on some type of
14 quarantine.  And again, when we are talking about
15 new exposure, it is not just having contact.  It is
16 like have you had close contact, have you had
17 prolonged.  So again, if they meet those criteria,
18 the answer is yes.
19   Q    You mentioned masks earlier.  I want to
20 talk about masks and other PPE.  First off, when I
21 say PPE I am referring to personal protective
22 equipment.
23       Are you familiar with that term?
24   A    Yes.
25   Q    So would you agree, Doctor, that the rules

Page 125

1   that the Department has used with respect to masks

2   have evolved over the course of this pandemic?

3       A   Oh, absolutely.

4       Q   Currently do you require all employees to

5   wear masks while in the facility?

6       A   If they cannot otherwise social distance.

7   So as an example, if a person was in their own

8   office by themselves, they would not have to have

9   had a mask.

10      Q   But anytime -- I am sorry.  Were you

11  finished?

12      A   If they came out interacting with others,

13  then yes.

14      Q   So anytime a staff member is in a place

15  where she or he can not socially distance mask on,

16  but if they are alone mask is off, or mask can be

17  off.  Is that right?

18      A   Correct.

19      Q   So in those instances that you have your

20  employees putting on and taking off masks, perhaps

21  several times a day?

22      A   It depends on -- it depends.  For some of

23  the clinical staff, oftentimes -- I can only speak

24  to them.  They will continue to wear them on that

25  unit just because of the frequent nature of going

Page 126

1    in to see patients that may not necessarily be the

2    case for other staff such as the custody side.

3        Q    Do your employees -- do the Department's

4    employees get new masks for each shift?

5        A    They get -- I don't know that it is every

6    shift.  I don't know the answer to that.

7        Q    Okay.  Do you know how often staff are

8    given new masks?

9        A    They are given masks at least every week.

10   And if something happens or they think that they

11   need changed because it's became soiled or

12   something, then it is changed out more frequently.

13       Q    How about inmates?  You mentioned that

14   inmates now have to wear masks.  How long has that

15   been the policy?

16       A    I don't remember off the top of my head.

17   In our first policy, it was just providing them

18   with the masks but they did not have to wear them.

19   Later, we modified the policy in alignment with the

20   government's order people wearing masks if they are

21   outside of their homes.  So around the time when

22   that occurred from the governor's office, that is

23   when we modified our policy to include not only

24   staff but also inmates if they are not -- if they

25   are outside of their cell, if they're in the common

Page 127

1    area, if they're around others.

2         Q    So that was around April 20th?

3         A    I don't know.  Shortly about the time when

4    the governor's order came out.

5         Q    So how many masks do inmates get per week?

6         A    I don't know the answer to that.

7         Q    Do you know if that is documented

8    anywhere?

9         A    I don't know the answer to that.

10        Q    Have you been involved in any contingency

11   planning for shortages of PPE?

12        A    We talked about contingency plans and then

13   to some extent looking at some of the guidance from

14   the CDC envisioning different scenarios, like if

15   you don't have any masks whatsoever versus if it is

16   more limited.  So we have had those discussions

17   because even now, like PPE isn't in an abundant

18   supply, just like test kits.

19             I think we certainly had more than one

20   discussion along those lines on that, including

21   going from the very beginning when I think it was

22   probably most acute because it was so new to all of

23   us at DOC, but also in the country and realizing

24   our supply chain, a lot of that coming from China,

25   not necessarily given that supply.  That has been a

Page 128

1   constant on your mind think about how can we
2   address that issue.
3          Along the lines we have looked to other
4   partners including, like I mentioned before, the
5   National Guard and looking at, you know, producing
6   on some of those in-house, looking at -- seeing
7   some more vendors that provide us with supplies for
8   others things.  They will then say, oh, well, we
9   know, we provided you with these types of supplies,
10  but we just found out we do provide you with some
11  of this PPE if you want it.  And it is not a normal
12  supply that we give you.  Are you interested?  In
13  all of those instances, we say yes, yes, yes.  So
14  we can keep a steady flow of stuff.
15      Q   Is there a written contingency plan for
16  PPE?
17      A   The only guidance we have been given has
18  been the written guidance from the CDC to sort of
19  think about the context.  We look at their guidance
20  and share that with staff.
21      Q   How about a contingency plan for hygiene
22  product shortages.  Do you have one of those?
23      A   Not to any knowledge.  I don't think we
24  talked about -- I don't remember any specific
25  conversations along those lines.

Page 129

1      Q    Do you have an opinion as to whether

2  at-risk inmates should be cohorted with -- let me

3  start again.

4           Do you have an opinion whether an at-risk

5  COVID positive inmate should be cohorted with

6  another COVID positive inmate?

7                    MR. O'NEILL:  Objection to the form.

8                    THE WITNESS:  I am not sure what you

9           mean.

10 BY MR. SACHSE:

11     Q    So earlier I think you told me that COVID

12 -- at-risk COVID positive inmates are, in fact,

13 being cohorted with other COVID positive in mace.

14 Is that correct?

15     A    Yes.

16                   MR. O'NEILL:  Objection to form.

17 BY MR. SACHSE:

18     Q    So now my question is:  Do you have an

19 opinion as to whether at-risk COVID positive

20 inmates should be with other COVID positive

21 inmates?

22                   MR. O'NEILL:  Same objection.

23 BY MR. SACHSE:

24     Q    You can answer.

25     A    My opinion is mainly if you have folks who

Page 130

1   are high risk exclusively maybe by themselves,

2   maybe that you are managing in some cases we sort

3   of have that you may end up in some cases like

4   having the driest firewood if you have that in one

5   isolated area by itself, you know, there are some

6   risks associated with that.  One of the risks you

7   can set a fire pretty quickly.  Yeah, I think there

8   are pros and cons.  I guess to cohorting them

9   together with other COVID or keeping them

10  separated.

11          I think you can make an argument for

12  either of those approaches I think it is made to

13  identify the resources you have depending on other

14  operational situations.  I think there are pros and

15  cons to that.

16      Q    Have you discussed with anybody in the

17  Department of Corrections the pros and cons of

18  cohorting at risk positive inmates with other

19  positive inmates?

20              MR. O'NEILL:  Objection to the form.

21              THE WITNESS:  Not specifically on

22              those lines.  I think from our perspective

23              when we are talking about risk strategy,

24              think that is the piece you are getting

25              to.

1          For me as a physician and as a CMO,

2      when I want to risk stratify I am thinking

3      more along the lines of clinical

4      information including clinical information

5      that predicts outcome.  And to some

6      extent, that reflects some of those lab

7      values.

8          You can have somebody who is high

9      risk because of their medical conditions

10      and if you are checking their lab values

11      it usually tracks something with -- with

12      somebody having coagulopathy.  If that is

13      really elevated and it is worsening, I am

14      going to be more concerned about that

15      individual than I am about somebody who

16      might have multiple comorbidities and meet

17      all the medical parameters and they're

18      okay their suggest they are all right now.

19          Being able to look at the laboratory

20      stuff, that is a nice objective measure

21      that we have seen in other studies that

22      have been published and the experience we

23      are collectively getting including New

24      York about who is more likely to turn a

25      worse corner.

1        So the lab values have been -- I

2    think are very helpful along those lines

3    helping us to delineate that.  Along those

4    lines, I think it makes sense, although

5    you sort of have to go through the work of

6    getting the labs and tracking them and

7    following them.  Certainly, we have used

8    that information when we are trying to

9    have discussions with our hospital

10    colleagues.

11        We have had instances where, for

12    example, we have somebody we want to send

13    to the hospital.  And the hospital says,

14    well, this person isn't sick enough for

15    them to be admitted.  Despite the fact

16    they may have a higher age.  Despite the

17    fact they may have comorbid conditions and

18    we are really concerned about them.  What

19    we are able to do is look at this person's

20    lab are not only elevated but they have

21    worsened.

22        In those situations, the attending

23    will say you have convinced us to admit

24    this person.  And they may all have had

25    good outcomes, but otherwise might have

Page 133

1        been questionable because that did not

2        occur.   Like I tell our providers, if you

3        have worsening symptoms and/or worsening

4        labs that is going to make your case

5        talking about the attendings.

6              Because all the hospitals are so busy

7        right now with COVID, it is difficult to

8        get folks admitted or evaluated because

9        everybody has so much stuff going on.   So

10       being able to talk about the parameters,

11       including the labs, makes a stronger case.

12       I think our staff has done an amazing job

13       being able to do that, both our nursing

14       and our providers, because we got

15       push-back we were able to see getting

16       these patients admitted.   And then when

17       they were admitted they realized, oh, my

18       God, this person has clots on both sides

19       of their lungs, very serious.   And if we

20       didn't do life-saving interventions, this

21       would have been a very bad outcome.   So

22       they have given us positive feedback that,

23       wow, you guys have been doing an amazing

24       job at triaging your patients because

25       elsewhere in the community they may get

Page 134

1        those sent to them where that has not

2        occurred.

3              So I think I agree that we should

4        triage and risk stratify, but I think at

5        this point with COVID, it is not just

6        about the tradition that you have.  I

7        think when we're talking about who is

8        going to turn the corner the worst based

9        on the evidence we have right now, I think

10       a lot of that is going to give you a clue

11       based on those facts.

12             We are trying to use those and make

13       that available.  And I think to that

14       extent, many folks that might need a

15       nursing home or folks that are living in

16       the community, they may not necessarily

17       have that available to them in terms of

18       being able to get the EKG, transmitting

19       it, being able to get the labs.  Just

20       being able to be watched or observed or

21       assessed or evaluated by a nurse.  So I

22       think that is actually helping us, you

23       know, to deliver great care in the system,

24       which you know I am proud of that work and

25       proud of them.

Page 135

1   BY MR. SACHSE:

2       Q    Thank you.  So a couple of concepts in

3   that answer that I just want to explore real

4   quickly here.

5            First of all, you are talking about

6   stratification and I think what I heard you say is

7   that one consideration when you are stratifying is

8   whether the underlying condition puts a patient at

9   risk for complications is controlled or not.  Is

10  that right?

11      A    That is right.

12      Q    So, Doctor, is it your opinion that

13  somebody who has an underlying condition that is

14  well controlled is not at any increased risk of

15  complications from COVID?

16              MR. O'NEILL:  Objection to the form.

17              THE WITNESS:  No, I would not say

18          that.  I would just say that they are

19          probably at a less risk as opposed to

20          someone who is uncontrolled.

21  BY MR. SACHSE:

22      Q    But you would agree still that the

23  underlying condition, whether well controlled or

24  not, puts that patient at an increased risk of

25  complications from COVID?

Page 136

1          MR. O'NEILL:  Objection.

2          THE WITNESS:  Yes.

3    BY MR. SACHSE:

4       Q    The other question kind of related.  I

5    think what I heard you say is that when you are

6    making this determination of stratification of

7    risk, really the thing you want to look at most

8    closely is those lab values, not necessarily just

9    what the condition is.  Is that fair?

10      A    I wouldn't say to the exclusion not at

11   all.  I would say when you are looking at the

12   overall picture of the patient, you are weighing

13   not just the age and chronic conditions which you

14   know about already when you are seeing a patient,

15   but the more dynamic piece of that are the labs.

16   And it is that dynamic piece of the labs that give

17   you more realtime information about what is going

18   in addition to the person's clinical status.

19          So if I have a person who is becoming very

20   labored breathing and their oxygen saturation is

21   going down that person is more worrisome regardless

22   of what their baseline comorbidities might be.  And

23   yet, you might have it in the back of your mind

24   because they have these preconditions how they are

25   worsening clinically right now, I am going to weigh

Page 137

1  that.  But if they were sitting there perfectly

2  comfortable and not actually displaying any

3  symptoms at all, while I may be concerned about

4  them, I may be more attentive to the person who is

5  clinically worsening.

6       Q    Okay.

7       A    By contrast, I may also be more attentive

8  to the person who has no symptoms, they are sitting

9  their comfortably.  But when I get their most

10 recent lab values back, I see that they are twice

11 the upper limit of normal, example, to the D-dimer.

12 That is going to grab my attention a lot more.

13      Q    Okay.  Thank you for that clarification.

14 One last question about Osborn, I think.

15           How many of the positive Osborn -- sorry.

16 Let me start again.

17           How many of the inmates who have tested

18 positive for COVID at Osborn are in this category

19 of at-risk of serious complications from COVID?

20      A    I don't know the answer to that right now.

21      Q    If you will just bear with me.  We are

22 done with your declaration, but there is one

23 additional document I wanted to show you.  I don't

24 know if you have seen it before.  I just wanted to

25 get your -- see if you know anything about it.  And

Page 138

1  then I had a couple of questions.  Let me put that

2  up.

3          And for the record, I have now put up

4  document 506 -- that is the State's Exhibit 506.

5          Doctor, do you see that see that document

6  on the screen?  It's entitled "COVID-19 Coronavirus

7  Preparedness Log."

8              MR. O'NEILL:  Counsel, we still have

9              502 on the screen.  That is all we can

10             see.

11  BY MR. SACHSE:

12     Q    Hold on.  Then I did something wrong.

13          We're not going to go through this whole

14  document.  I just have a few questions.

15          My first question is:  Document 506, the

16  "COVID-19 Coronavirus Preparedness Log," have you

17  seen this document before, Dr. Kennedy?

18     A    I don't remember seeing it, but I

19  remember, you know, discussions about it being --

20  you know, being prepared and being constructed.

21     Q    Do you remember who those discussions were

22  with?

23     A    I think that would have been Karen

24  Martucci, the PIO.

25              THE COURT REPORTER:  Can you spell

Page 139

1        the last name?

2                THE WITNESS:  M-A-R-T-U-C-I (sic).

3                THE COURT REPORTER:  Thank you.

4                MR. O'NEILL:  Two C's, Sarah.

5    BY MR. SACHSE:

6        Q    So just drawing your attention down to

7    there is an entry March 4, 2020 that says, "All

8    facility pandemic plans under review.  Health

9    services pandemic plan under review."

10               Do you see that?

11       A    Which --

12               MR. O'NEILL:  March 4th.  Right above

13               the hand.

14               THE WITNESS:  Yes.

15   BY MR. SACHSE:

16       Q    What are the pandemic -- that you know,

17   what are the pandemic plans that are referenced in

18   this entry?

19       A    Those pandemic plans include, for example,

20   like for influenza, the influenza pandemic plan,

21   you know, that we have as a big umbrella.  And we

22   also have like a site specific, you know, secondary

23   setup we talked about before.  I think that is also

24   kind of the CDC guidance.  You know, they had

25   stated that everybody should start with their

Page 140

1    pandemic flu plans first and looking at those and

2    looking at how those need to be reviewed and

3    modified for COVID.

4        Q    Were you personally involved in that

5    pandemic plan review?

6        A    I had certain components I had reviewed

7    under the influenza.  We have looked at those.  And

8    this was in the very beginning.  And we made some

9    modifications to it.  And then later on, we

10   recognized that as we gain better understanding or

11   more understanding of COVID, we realized that we

12   needed to have additional things that that pandemic

13   plan did not necessarily give specificity for.

14            On the medical side, that included, you

15   know, some of the, you know, protocols and guidance

16   we gave out, and also included us sending to all

17   staff -- all the clinical staff anyway some of the

18   documents, you know, from the CDC as it related to

19   more clinically specific type of content.

20       Q    Moving along.  If you see at the top of

21   this page "3/10/2020, confirmation of test kits

22   shipment, ETA 3/12/2020.  Distribution plan in

23   place to get testing kits to every facility."

24            Do you see that?

25       A    Yes.

Page 141

1     Q    Do you know whether you, in fact, got

2  those testing kits?

3     A    I presume we did.  In this -- you know,

4  when we set up requests with our vendor, our lab

5  vendor, the whole idea was getting specific on

6  COVID test kits so that we could deploy.  And then

7  after negotiating with them the maximum that they

8  would give us, the idea was all right, so what is

9  the plan for replacement.  And then we started

10  working through what that would look like.

11          To your question, yes, I believe we got

12  those.  And that has been ongoing.

13     Q    And do you know how many test kits you got

14  on roughly the 12th?

15     A    Assuming that that is the first entry in

16  the first shipment that came in, I -- it was at

17  least several hundred that we got.

18     Q    Moving on to the next day.  Again, the

19  first entry on this page dated 3/11/2020, it says,

20  "DOC clinical guidance algorithm for suspected

21  COVID-19 patients distributed by DOC chief medical

22  officer to all agency providers."

23          Did I read that correctly?

24     A    Yes.

25     Q    Tell us what this document is, the DOC

Page 142

```
 1   clinical guidance algorithm for suspected COVID-19
 2   patients.
 3        A   So with --
 4                MR. O'NEILL:   Objection to the form.
 5                THE WITNESS:   So with that guidance
 6            after reviewing like the pandemic,
 7            reviewing the flu, reviewing some of the
 8            CDC guidance, we put in place, if you
 9            will, kind of guidance for our providers.
10            And essentially what we said at that point
11            in time was, all right, you should do  the
12            screening questions for folks, you know,
13            whether they have cough, fever, et cetera.
14                If they respond yes to the symptoms
15            and they also respond yes to an exposure
16            question, and the exposure question
17            meaning that, you know, someone we have
18            reason to believe went to a particular
19            area that was considered a hotspot or they
20            were around somebody that was confirmed of
21            COVID or were under investigation for
22            COVID, and that they said yes to both
23            types of questions, the centerpiece and
24            exposure piece, then our next plan in that
25            algorithm was to first test them for flu.
```

Page 143

1          Because at that point in time, we
2     were still pretty hot and heavy in the flu
3     season.  So we wanted to make sure that if
4     there was another reason to explain
5     somebody's flu-like symptoms and then we
6     had a confirmatory test result for flu,
7     then we could treat it according to like
8     flu.
9          If on the other hand the flu test
10    came back negative, then that is what we
11    were telling folks, okay, so now you need
12    to think about ordering the COVID test.
13    At that point in time, we wanted them to
14    do the flu test first.  And then if the
15    flu test was positive, treat accordingly
16    and then just go from there.
17          If the test was negative, then do
18    COVID.  That was the official guidance we
19    were giving them based upon that.
20 BY MR. SACHSE:
21    Q    Thank you.  Moving to the last entry for
22 3/13/2020 at the bottom of the screen.  It reads,
23 "Data request sent to the Community Release Unit
24 (CRU) with an emphasis on creating a query to
25 review all overall risk level 1 offenders.

Page 144

1    Reviewing elements of each individual case to

2    determine high risk offenders based on age and

3    medical score."

4              Do you see that?

5        A    Yes.

6        Q    Did I read that right?

7        A    Yes.

8        Q    So this entry, does this reflect that

9    review -- that medical review that you were --

10       A    Yes, that we were being asked to do.

11       Q    Okay.

12       A    Yeah.

13       Q    And there's a reference here to

14   determining high risk offenders based on age and

15   medical score.  Am I correct that high risk in this

16   context means offenders who are at a high risk of

17   complications?

18       A    Yes.

19       Q    And just explain to me the medical score

20   component of this.  How did you score these cases?

21       A    I think in this particular case we weren't

22   assigning a score.  We were doing a review.  So I

23   don't know why that is there.  You know, we dealt

24   -- when everybody comes into DOC, folks are given

25   scores when they come independent of COVID.

Page 145

1        People particularly get a medical score, a

2    mental health score and a security score.  And then

3    based upon their scores, that has an implication on

4    where they can be housed.  Basically, somebody --

5    scores in each category go from 1 to 5, 5 being the

6    higher level, 1 being the minimum, being the

7    lowest.

8        Q   So in the context of medical score, if you

9    have a 5, it means somebody who has got serious

10   health issues?

11       A   Correct, correct.

12       Q   And so I just want to make sure I

13   understand this process.  You reviewed the data or

14   the individuals that were sent to you, and then did

15   you assign a medical score that was incorporated

16   into this overall score?

17       A   No, we did not.  So we didn't assign a

18   score.  We just basically identified whether such

19   individuals had, you know, certain chronic

20   conditions, as we talked earlier about.

21       Q   Okay.  So essentially, you -- you or your

22   team reviewed the medical records and said, yes,

23   John Smith has diabetes.  No, Jane Smith is not

24   asthmatic.

25       A   Yes.

Page 146

1        Q    Okay.  But you and your team offered no

2   recommendations about the medical score for whether

3   a particular patient was at a greater or lesser

4   risk of complications from COVID as a result of

5   this review.  Is that right?

6        A    Not individually.  Our role was to

7   determine whether they were higher risk because

8   they had one of the following conditions.

9        Q    Understood.  So if we look at the second

10  entry on this page dated 3/30/2020, it says, "First

11  offender tested positive at Corrigan-Radgowski

12  (Radgowski building) announced."

13            Do you see that?

14        A    Yes.

15        Q    At that time, did you or did the

16  Department lock down the entire or quarantine the

17  entire Corrigan-Radgowski facility?

18                 MR. O'NEILL:  Objection.  Form.

19  BY MR. SACHSE:

20        Q    Fair enough.

21            On March 30th, 2020, did the Department of

22  Corrections quarantine everybody in the Corrigan-

23  Radgowski facility?

24                 MR. O'NEILL:  Objection.  Form.

25                 THE WITNESS:  I can't remember --

Page 147

1            honestly, I can't remember specifically

2            what -- I can't remember specifically, you

3            know, on how the housing piece, you know,

4            was done at that point in time.

5                 I know that there was some

6            quarantining that was done.  Exactly the

7            specifics of that, you know, I can't

8            recall those.

9     BY MR. SACHSE:

10        Q    And do you recall whether there was any

11   discussion on March 30th about implementing a mass

12   testing program at Corrigan-Radgowski?

13        A    I don't recall that, no.

14        Q    Do you know whether there was a discussion

15   on March 30th about implementing a mass testing

16   plan more broadly?

17        A    No, I don't recall that.

18        Q    And then just looking at the next page,

19   the second entry on the page.  April 1, 2020, "Five

20   offenders tested positive at Willard-Cybulski

21   Correction Institution.  Isolated in the Cybulski

22   building."

23            Do you see that entry?

24        A    Yes.

25        Q    Do you recall whether at that time the

Page 148

1    Department considered testing everybody at

2    Willard-Cybulski?

3        A    I don't recall that.

4        Q    Same question.  Do you recall whether on

5    April 1st the Department considered more broadly

6    testing everybody in all Department of Corrections

7    facilities?

8        A    I don't recall that.

9        Q    And, in fact -- sorry.  Let me go to a

10   couple more entries and we will be done.

11            Moving to April 13th, 2020.  And you see

12   the entry -- I will sort of position it so it is at

13   the bottom of the screen.

14            Do you see the entry two from the bottom,

15   4/13/2020, "First offender COVID-19 death.

16   Internal and external communication in progress.

17   Inmate originally from Osborn (passed at UCONN)."

18            Do you see that?

19       A    Yes, I do.

20       Q    So first question:  When it says "passed

21   at UCONN," does that mean that this inmate was at

22   the UCONN Health facility?

23       A    Yes.

24       Q    Then I see immediately below that it says

25   4/13/2020, "Osborn Correctional Institution moves

Page 149

1    to phase 3 operational plan."  Is that correct?

2         A    Yes.

3         Q    And what is a phase 3 operational plan?

4         A    Yeah, I am going -- you know, I'm going to

5    defer, I mean, in terms of the details of that

6    definition.

7         Q    Fair.  So let me ask you the same

8    questions I've been asking about the other

9    instances we highlighted.

10             Do you recall whether there was any

11   discussion or consideration about testing all

12   inmates housed at Osborn on April 13th, 2020?

13        A    I don't recall.

14        Q    And do you know whether at that time there

15   was any consideration given to testing inmates at

16   all Department of Corrections facilities for COVID?

17        A    I don't recall.  Although at some point in

18   April, you know, when we were talking about, you

19   know, as I mentioned before, just getting more test

20   kits.  You know, we have been trying to -- we've

21   been asking everybody on the planet if they would

22   give us more test kits so we could have more

23   testing.  So we were constantly asking for that.

24             So I think around that time -- maybe too,

25   this may have been around the time when the task

Page 150

1   force was set up by the governor about Connecticut

2   in order to prioritize testing the broader

3   community based upon what was going on in New York.

4   So there might have been some of that stuff going

5   on around that general time period.

6       Q    So just to make sure we are clear here.

7   Is it your testimony that the Department would have

8   tested everybody at Osborn around April 13th had

9   the Department had sufficient tests, or is it your

10  testimony that you don't know whether the

11  Department considered testing everyone at Osborn or

12  not?

13      A    I think if you were -- if you had a lot of

14  test kits that you had a number of folks at other

15  facilities who had symptomatic and you did not have

16  test kits for them, I would say again our first

17  priority would be to test folks who had symptoms.

18  And then once we had everybody who had systems who

19  were tested, then if we needed to do more broader

20  testing at hotspots, such at this facility or the

21  other one, then yes.

22          But I think for us, we have always been

23  chasing, you know, trying to get enough kits around

24  the entire State system to test the folks who had

25  symptoms.  So that's been our priority until more

Page 151

1    recently we have been given the supplies to test

2    more people from the Guard.

3        Q    Just to make sure I understand.  As of

4    April 13th, it was not the Department's intention

5    to test everyone at Osborn.  Is that right?

6        A    Yeah, I don't recall having specific

7    discussions at that time.

8        Q    And it took a month for the Department to

9    decide that it would test everybody at Osborn, a

10   month after the first inmate death, which was of an

11   inmate who was housed at Osborn.  Is that right?

12       A    No, I wouldn't say that.  Again, I think

13   the important thing was to say that if you have an

14   abundant supply of test kits, that you are able to

15   test more people.  But even with an abundant supply

16   of test kits, you are going to make sure you are

17   testing folks that have symptoms first.

18            And again, that is this guidance from the

19   CDC about prioritizing folks that have symptoms.

20   So that is what we would do at that point in time.

21   That is what we would do now.  We happen to have

22   maybe additional test kits in order to test folks

23   who do not have symptoms.  So that is the reason

24   why, you know, we don't have to pull -- don't have

25   to take from Paul to go to Peter, because we are

Page 152

1  still able to test for our folks who have symptoms

2  right now.  But with the additional kits we're

3  getting, we can test the folks who don't have

4  symptoms.  We did not have the capability to do

5  that.  So I would not agree with that

6  characterization.

7      Q   The mass testing, though, it began on May

8  12th.  Correct?

9      A   Yeah, middle of last week.

10     Q   And it will continue in the future at

11  other facilities.  Correct?

12     A   Correct.

13              MR. SACHSE:  Thank you.  I have

14          nothing further.

15              MR. O'NEILL:  I have no questions.

16              MR. SACHSE:  We can go off the

17          record.

18              (Whereupon, the deposition adjourned

19          at 1:30 p.m.)

20

21

22

23

24

25

Page 153

1                        J-U-R-A-T

2          I, BYRON S. KENNEDY, M.D., do hereby

3     certify that the foregoing testimony taken on May

4     20th, 2020, is true and accurate, including any

5     corrections noted on the corrections page, to the

6     best of my knowledge and belief.

7

8

9

10                      BYRON S. KENNEDY, M.D.

11

12

13

14       At            in said county of        , this

15    day of        , 2020,     , personally appeared , and

16    he made oath to the truth of the foregoing

17    corrections by him subscribed.

18

19    Before me,             , Notary Public

20    My commission expires:

21

22

23

24

25

Page 154

1                    TRANSCRIPT CORRECTIONS

2        REPORTER:  Sarah J. Miner

3

4

         CASE STYLE: TRE MCPHERSON, et al., v. NED LAMONT,

5        et al.

6

7        DEPONENT:  BYRON S. KENNEDY, M.D.

8

9

10

11       PAGE   LINE   CORRECTION   REASON FOR CHANGE

12

13

14

15

16

17

18

19

20

21

22                               NAME:

23

24

25

Page 155

1              C E R T I F I C A T E

2          I hereby certify that I am a Notary Public, in

3      and for the State of Connecticut, duly commissioned

4      and qualified to administer oaths.

5          I further certify that the deponent named in

6      the  foregoing deposition was by me duly sworn and

7      thereupon testified as appears in the foregoing

8      deposition; that said deposition was taken by me

9      stenographically in the presence of counsel and

10     reduced to typewriting under my direction, and the

11     foregoing is a true and accurate transcript of the

12     testimony.

13         I further certify that I am neither of counsel

14     nor related to either of the parties to said suit,

15     nor of either counsel in said suit, nor am I

16     interested in the outcome of said cause.

17         Witness my hand and seal as Notary Public the

18     21st day of May, 2020.

19

20     _Sarah J Muncy_

21

       _____

22     Notary Public

23     My Commission Expires:

24     November 30, 2022

25

**[06105 - access]**                                              Page 1

| 0 |
|---|
| **06105**  2:13 |

| 1 |
|---|

**1**  42:21 143:25
  145:5,6 147:19
**10**  40:1 57:6,10
  65:25
**10,000**  59:2 69:2
**10:00**  1:16
**11**  86:10
**110**  2:12
**11:27**  68:12
**11:34**  68:13
**12**  86:23
**12th**  141:14 152:8
**138**  4:9
**13th**  148:11
  149:12 150:8
  151:4
**14**  11:7,11 64:5
  88:17 89:20 91:16
  99:12 100:4,9,16
  100:24 109:23
  122:5,7
**15**  90:22
**1600**  2:8
**18**  96:17
**18978**  155:21
**19**  4:9 17:14 18:3
  18:6 26:23 27:4
  27:10 28:1,17
  38:19 41:23 43:9
  45:19 46:3,6 47:7
  47:11,20 50:14
  52:6 55:5 56:10
  56:14 57:3 61:3
  61:13 66:13,16,18
  66:21 71:2,16
  75:4 78:19 81:10
  82:18 84:25 85:5

86:11,17 87:5
90:23 91:1,9,19
93:9 96:17 97:5
98:19 99:1 107:5
110:6 112:16
138:6,16 141:21
142:1 148:15
**19104-2808**  2:5
**1:30**  152:19
**1st**  148:5

| 2 |
|---|

**20**  1:15 4:8 37:15
  57:10 67:17 98:17
  104:15 107:3
  112:12
**200**  68:20
**2019**  8:8 10:7
**2020**  1:15 20:19
  21:10,25 42:20,21
  43:18,21 55:5
  85:4,9 139:7
  146:21 147:19
  148:11 149:12
  153:4,15 155:18
**2022**  155:24
**20th**  41:13 65:10
  127:2 153:4
**21st**  155:18
**22**  120:2
**238**  1:18
**23rd**  23:23 38:14
  39:15
**24**  69:20
**24/7**  69:20 80:3,24
**25**  36:9,13 60:2
  67:17 122:23
**2929**  2:4

| 3 |
|---|

**3**  25:21 26:16 38:9
  38:12 149:1,3

**3/10/2020**  140:21
**3/11/2020**  141:19
**3/12/2020**  140:22
**3/13/2020**  143:22
**3/30/2020**  146:10
**30**  38:11 155:24
**30th**  146:21
  147:11,15
**35**  57:13
**36**  57:13,14
**3:20**  1:4

| 4 |
|---|

**4**  41:22 42:4 139:7
**4/13/2020**  148:15
  148:25
**400**  30:6 55:11
  75:13
**4th**  139:12

| 5 |
|---|

**5**  4:4 42:19 43:16
  49:12 59:3,6,16
  145:5,5,9
**50**  47:19,24 48:10
  57:8
**500**  55:11
**501**  4:8 7:12,21
**502**  4:8 20:6,8,16
  138:9
**506**  4:9 138:4,4,15
**534**  1:4

| 6 |
|---|

**6**  54:24
**60**  47:23
**600**  29:15 30:1
  31:13 58:22
**65**  47:23

| 7 |
|---|

**7**  4:8 42:20

**7th**  55:5,7 85:4,9

| 8 |
|---|

**8th**  20:19,20 21:10
  21:15,25 25:10
  27:9 28:1,16

| 9 |
|---|

**9**  54:24 55:3
**94104-4446**  2:8

| a |
|---|

**a.m.**  1:16 68:12,13
**abatement**  91:14
**ability**  29:23 35:16
  39:4 63:19 115:7
**able**  10:17 15:14
  15:17 37:12 45:14
  48:23 54:21 59:10
  61:23 62:25 63:10
  63:22 64:4 65:22
  67:18 69:5 70:8
  72:14 82:13 83:6
  83:18 84:11 88:21
  89:10 90:10 92:15
  103:5 104:13
  110:19 115:12
  120:20 131:19
  132:19 133:10,13
  133:15 134:18,19
  134:20 151:14
  152:1
**absolutely**  125:3
**absorb**  42:12
**abundance**  92:9
**abundant**  127:17
  151:14,15
**accept**  71:18
**acceptable**  77:6
**accepted**  30:1
**access**  96:20 104:3
  104:6,7,9

accommodate
67:18 70:14 72:15
73:9 74:11
accomplish 73:13
93:7 98:5,8 114:6
accurate 153:4
155:11
aclu 2:15
activities 113:12
activity 114:10
actual 18:25
acuity 13:16,20,21
14:2,14,23,25 15:7
15:16 74:4
acute 127:22
addendums 92:24
addiction 9:7
addition 40:8
86:18 136:18
additional 24:14
27:15,24 28:15
86:22 97:8 137:23
140:12 151:22
152:2
additionally 41:22
address 70:15
128:2
addressed 74:7
96:14
adjourned 152:18
administer 155:4
administering
12:8 98:10
administrators
78:1 95:16
admission 84:3,4
admit 132:23
admitted 132:15
133:8,16,17
advance 72:9

advice 90:17
aerosol 99:23
101:8 102:22
103:1
aerosols 99:15,20
99:22 100:19
affairs 22:17
age 47:17,18 48:7
48:9,10 50:2
132:16 136:13
144:2,14
agencies 34:21
agency 28:4
141:22
ago 10:1 16:2,15
16:16 31:24
105:25
agree 7:14 25:24
31:6 41:7 61:11
70:23 98:23,25
112:14 124:25
134:3 135:22
152:5
agreed 3:7 90:16
118:22
airborne 87:3
airflow 87:2
al 1:4,7 154:4,5
algorithm 141:20
142:1,25
alignment 126:19
allow 73:8 81:25
91:10 93:22 100:3
102:5 103:19
allowed 81:23
99:9
alternative 88:11
93:20 96:13
alternatives 74:20
amazing 133:12
133:23

amount 39:23
announced 146:12
answer 6:4,8,16
6:18 9:2 12:13,20
12:21 13:3,17
14:4,6 15:10
17:23 22:2,12,21
22:24 23:18,20
26:12 28:2 41:4
52:15 56:17,22
59:9 65:15 71:5,8
73:12 85:1 94:14
94:19 99:5,8
103:24 104:14
112:2 115:4
124:18 126:6
127:6,9 129:24
135:3 137:20
anticipating 83:19
antiseptic 104:6
104:12
anybody 35:11
55:25 60:13 64:22
108:3 109:18
114:18 130:16
anytime 125:10,14
anyway 140:17
apart 17:21 19:10
24:2
apologize 11:10
23:1 60:11
appeared 153:15
appears 155:7
apply 49:18 96:23
applying 34:10
appreciate 5:15
48:2 118:20
approached 49:3
approaches
130:12

appropriate 75:7
93:6
appropriately
84:22
approve 95:21
approximately
9:24 30:4 36:9,14
49:2 51:25 75:13
april 41:13 63:24
64:24 85:4,9
127:2 147:19
148:5,11 149:12
149:18 150:8
151:4
arch 2:4
area 18:11,16
60:24 95:3 96:3
105:16 127:1
130:5 142:19
areas 102:9
104:17 106:2
argument 130:11
arrangements
115:6
arrivals 121:20,21
122:2,11,15
article 18:23
articles 18:2
artificial 11:9
asked 19:14 45:11
48:5,15,22 50:7,14
64:7 81:22 95:13
144:10
asking 23:7 35:17
43:13 63:25 64:13
111:2 119:8
123:18 149:8,21
149:23
asks 114:12
aspect 105:10

assessed   134:21
assessment   120:19
assign   145:15,17
assigned   123:24
assigning   144:22
assistant   2:11,12
associated   19:7
    130:6
assume   6:19 24:21
    69:3 111:5
assuming   141:15
assuring   103:6
asthma   47:6,6
asthmatic   145:24
asymptomatic
    36:14,16,17,22
    117:3
attached   23:24
attempts   26:4
attending   132:22
attendings   133:5
attention   62:6
    95:19 137:12
    139:6
attentive   137:4,7
attorney   2:11,12
    5:9 22:15 52:10
attorneys   22:15,16
    52:12,13
audio   5:24
authority   3:8
authorization
    81:21
availability   84:13
available   9:17,23
    61:20 80:7 134:13
    134:17
average   56:5 58:6
aware   26:19 27:3
    27:24 37:1 39:18
    60:7,15 78:8 85:3

85:6,7,8 88:23
    114:17,23

**b**

b   4:5
back   30:13 31:18
    38:8 52:21 54:23
    60:2 62:2 68:15
    78:18 84:9,10,12
    84:23 88:18 120:1
    121:19 133:15
    136:23 137:10
    143:10
background   61:17
bacterial   18:21
bad   119:20 133:21
balance   75:8,9
bars   99:3
base   16:5 92:14
based   14:9 25:3
    34:9 36:5,6 39:6,6
    39:7 55:23 56:3
    62:21 88:7 92:7
    92:15 102:5,23
    110:18 134:8,11
    143:19 144:2,14
    145:3 150:3
baseline   43:5
    121:14 136:22
basic   62:9
basically   46:15
    94:20 99:11
    108:24 115:25
    120:9 145:4,18
basis   17:17 78:16
    81:24
bath   100:4
bear   43:8 137:21
becoming   136:19
bed   69:23 74:17
    87:10

began   10:6 152:7
beginning   41:13
    63:18 64:1,10,14
    97:1 99:21 127:21
    140:8
behalf   48:6
belforti   2:12
belief   153:6
believe   14:15 21:4
    26:8 31:19 43:25
    45:21 55:24 57:7
    60:6 66:2 78:16
    79:7,20 91:8 94:7
    98:1 106:4 141:11
    142:18
benefit   30:15
best   6:15 11:8 36:9
    39:10 41:8 42:8
    86:25 113:19
    153:6
better   13:25 14:15
    37:12 53:25 54:20
    59:11 66:10 72:14
    73:8 101:22
    140:10
beyond   70:2
big   28:19 34:20
    139:21
bilateral   83:14
bildner   2:15
binder   7:1,3
bit   6:23 11:9 32:16
    48:11 56:12 68:6
    69:11 79:24 83:7
    91:6
blocks   115:3
blood   46:18 89:22
    121:3
board   44:5,22
    48:6 51:14

boat   64:12
bopp   51:13
bottom   143:22
    148:13,14
bounced   84:9
break   68:6,17
breath   36:25
breathing   136:20
brief   5:16
briefly   115:24
broad   33:20
broader   78:14
    150:2,19
broadly   8:13
    60:23 147:16
    148:5
brought   45:7,10
    51:1,22 95:19
bucket   75:17,17
    75:19 109:1
buckets   76:9
    116:17
building   72:10
    146:12 147:22
buildings   32:20,21
    32:23 33:2
bush   2:7
busy   5:13 17:16
    28:8,9 83:3 133:6
buys   69:11
byron   1:12 4:3 5:1
    153:2,10 154:7

**c**

c   2:1 16:11 139:2
    155:1,1
c's   139:4
calendar   34:3
california   2:8
call   80:6
calls   64:8 78:14

canceled  113:9
cancellation
  113:11
cancer  45:24
capabilities  84:16
capability  14:15
  152:4
capacities  92:4
capacity  39:7
  67:15 69:14 74:3
  74:7,19 87:21
  119:23
care  8:18,20 13:20
  14:8 40:23 41:2
  42:7 55:14 74:3
  81:4,5,7 83:3
  91:22 92:5 97:7
  97:14 101:10,11
  101:16 119:24
  134:23
carry  33:18 65:12
case  5:11 19:21
  23:11,16 24:4
  56:4 62:24 75:19
  76:8 81:23,23
  84:14 89:2 111:7
  126:2 133:4,11
  144:1,21 154:4
cases  13:11 32:10
  32:11 37:20 45:3
  45:10 48:6,16,25
  49:19 51:25 72:8
  81:11 108:11
  111:20 119:15
  130:2,3 144:20
catch  33:18
  120:20
categories  50:7
category  54:7,20
  119:11 137:18
  145:5

cause  155:16
caused  60:10
cdc  23:21,22,23
  24:2,9,14 36:2
  38:13,20,24 39:15
  39:18 40:2,9,11
  47:4 62:21 63:14
  64:17,23 75:6
  82:9 87:1 91:24
  99:21 101:4
  104:23 105:11,25
  106:1,13 127:14
  128:18 139:24
  140:18 142:8
  151:19
cell  84:24 111:22
  122:19 126:25
cellmate  108:13
  111:20,21
cells  113:14 114:5
centerpiece
  142:23
centers  33:19
central  94:24
centre  2:4
certain  45:12,17
  45:20 50:20 53:12
  65:1 74:2 84:9,11
  88:15 95:4,14
  109:23 140:6
  145:19
certainly  44:20
  49:6,8 62:24
  63:18,20 84:21
  85:11 89:1 127:19
  132:7
certify  153:3
  155:2,5,13
cetera  41:2 45:25
  115:20 142:13

chain  127:24
challenging  42:16
  42:17 70:10 77:22
change  96:9
  154:11
changed  109:15
  115:6 126:11,12
changes  21:21
changing  17:17
  28:4 34:23
characterization
  152:6
chasing  150:23
check  96:25
  121:17
checking  120:12
  120:16,17 131:10
checks  89:23
  96:19,22
chemo  87:11
chemotherapy
  15:14 69:24 70:5
chief  8:4,10 9:12
  28:15 141:21
china  127:24
chosen  86:24
chow  113:13
chronic  13:22
  45:12,22 46:5,16
  47:9 49:22 50:3
  136:13 145:19
cira  2:4
circumstances
  62:1 108:16
city  10:9,10
civil  1:4
clarification
  121:24 137:13
clarify  14:19
  23:12 35:7 36:19
  43:12

clean  103:11
cleaned  103:17,24
  104:20 105:17
  106:22
cleaning  98:21
  101:23 102:9,16
  102:17,17,21
  103:7,9,21 104:6
  104:12,16,25
  105:6,10,12,12
  106:2,10,14,17
clear  36:4 39:3,24
  102:7 103:14
  118:17 122:2
  150:6
cleared  55:1 88:19
clearing  92:7
client  52:10
clinical  8:18,20,23
  32:12 78:3 83:11
  99:25 100:7
  114:13 125:23
  131:3,4 136:18
  140:17 141:20
  142:1
clinically  136:25
  137:5 140:19
close  90:5 124:16
closely  136:8
closer  121:17
clothing  104:4
clots  133:18
clue  134:10
cmo  131:1
cmos  95:13
coagulopathy
  131:12
cohorted  117:3,7
  122:11,16 129:2,5
  129:13

**cohorting** 108:18
108:21,23,24,24
109:5,7,10,14
116:4,6,11,15
117:10,16,25
119:5 130:8,18
**cohorts** 76:19
117:11,19
**cold** 99:19
**collaboration**
34:20
**colleagues** 105:14
106:25 132:10
**collectively** 131:23
**combat** 99:1
**come** 11:3 32:7
37:8 48:14 61:13
62:5 89:15 95:12
108:4 110:7 121:1
121:21 123:11
144:25
**comes** 40:24
123:19 144:24
**comfortable** 137:2
**comfortably** 137:9
**coming** 83:18,20
88:14 113:11
122:3 127:24
**comment** 101:6,8
**commission**
153:20 155:23
**commissioned**
155:3
**commissioner** 3:9
78:11
**common** 104:17
105:16 126:25
**communicate**
29:22
**communication**
83:14 148:16

**community** 45:3
46:17 48:16 49:17
50:15 78:21 79:19
83:7 121:22 122:3
133:25 134:16
143:23 150:3
**comorbid** 132:17
**comorbidities**
74:6 131:16
136:22
**comorbidity** 74:22
**complete** 59:12
**completely** 102:7
**complexity** 70:19
**complicated** 91:7
117:15
**complications**
45:18 46:3,7 47:8
47:12,19 71:2,16
119:17 135:9,15
135:25 137:19
144:17 146:4
**comply** 79:6
**component** 95:14
120:19 144:20
**components** 39:5
140:6
**compromised**
45:24
**concept** 110:10
**concepts** 135:2
**concern** 74:23
99:25 100:15,16
102:21
**concerned** 131:14
132:18 137:3
**concerns** 99:14
**conclude** 13:14
**condition** 47:9
135:8,13,23 136:9

**conditions** 13:22
45:13,23 46:16
49:23 50:3,23
51:4 53:12 70:4
70:15 71:1,15
79:5 131:9 132:17
136:13 145:20
146:8
**conduct** 72:2
**confirm** 35:22
**confirmation**
140:21
**confirmatory**
143:6
**confirmed** 38:2
56:19 58:19,20
73:22 85:21,25
86:3,6,7,8 90:9
109:3 110:5
116:20 118:9,23
142:20
**confirms** 76:10
**confusion** 118:25
**congruent** 26:9
27:5 101:15
**conjunction** 9:5
34:17 97:21
**connecticut** 1:2,17
2:13 5:3 8:11 10:6
10:14 33:15 40:20
41:12,18 50:12
60:16 63:5 68:25
82:15 150:1 155:3
**connection** 50:15
**cons** 130:8,15,17
**consensus** 32:13
**consequently**
83:23
**consider** 18:8,13
40:11 42:7 50:7
50:15 74:17 81:23

108:17 109:6
**consideration**
78:20 117:9,17
135:7 149:11,15
**considerations**
39:8
**considered** 72:13
72:18 73:19 77:6
79:20 91:18
108:21 109:4,9
142:19 148:1,5
150:11
**considering** 87:25
**consistent** 92:16
**constant** 42:9 65:9
128:1
**constantly** 28:4
64:1 149:23
**constrained** 73:6
**constructed**
138:20
**consulted** 94:9
95:8
**consulting** 82:19
**contact** 110:1,4,8
110:8,12,23 111:1
111:10,16 112:4
123:10,11,14,20
124:5,10,11,15,16
**contagion** 36:18
**content** 140:19
**contents** 22:22
**context** 30:24
40:14 53:9,18
62:13 110:2 115:9
128:19 144:16
145:8
**contexts** 110:2
**contingency** 87:22
127:10,12 128:15
128:21

contingent 92:17
continue 42:7
    65:17,23 125:24
    152:10
continues 65:22
contract 45:19
contractors
    113:10
contraindications
    82:6
contrary 64:22
contrast 137:7
controlled 135:9
    135:14,23
conversation
    22:23 56:3 82:1
    101:17
conversations
    22:14,18 32:11
    48:21 52:12,14,16
    77:15 78:15 83:23
    101:1 128:25
converse 105:23
convinced 132:23
coo 60:25 78:2
cook 78:11
coos 78:2
copy 25:20
core 120:19
corner 131:25
    134:8
coronavirus 38:20
    38:25 39:19 40:9
    138:6,16
correct 16:9 19:16
    20:14 24:16,23,24
    25:2,5 26:17 31:1
    31:5 36:18 37:24
    39:16 41:13,19
    51:10 55:1 56:9
    56:11 57:1 58:9

66:4 68:19 77:11
79:22,23 80:20
91:2,12 93:11
98:13 102:2,19
103:11 112:5,8
118:23 121:4
124:8 125:18
129:14 144:15
145:11,11 149:1
152:8,11,12
correction 8:12
    10:6,14 11:4
    15:22 17:13 22:18
    26:17 147:21
    154:11
correction's 9:10
    11:23 37:22 50:5
correctional 9:13
    25:25 26:10,20
    28:18 32:21 38:21
    39:20 40:6,10,22
    104:24 111:7
    113:19 148:25
corrections 8:5
    15:6 24:22 37:2
    80:19 92:18
    130:17 146:22
    148:6 149:16
    153:5,5,17 154:1
correctly 26:24
    38:22 42:1 141:23
corrigan 32:5,7,15
    32:18 33:4 37:14
    146:11,17,22
    147:12
cough 36:24 106:9
    142:13
coughing 89:8
    106:6
counsel 3:3,7 23:2
    60:10 68:5 118:13

138:8 155:9,13,15
counsel's 52:15
count 30:1
country 92:4
    127:23
county 153:14
couple 16:2,15
    19:12 34:1 48:20
    53:4 76:21 85:21
    87:16 135:2 138:1
    148:10
course 6:7 64:4
    77:16 125:2
court 1:1 67:24
    138:25 139:3
covering 106:9
covid 4:9 13:6,9
    15:2 16:7 17:14
    18:3,6 25:24
    26:23 27:4,10
    28:1,17 35:23
    38:19 41:23 43:9
    43:22 44:8 45:19
    46:3,6 47:7,11,20
    49:9,23 50:14
    52:6 55:5,9 56:10
    56:14 57:3 60:16
    60:20 61:3,13
    66:13,16,18,21
    70:2,9 71:2,16
    75:4 78:18,19
    81:10 82:18 84:3
    84:25 85:5,13,14
    85:16,24,24 86:2,3
    86:11,17 87:5
    89:3 90:5,23 91:1
    91:9,19 93:9 97:5
    97:10 98:19 99:1
    99:15,24 101:14
    107:5 110:6
    112:16 116:12,15

117:16,18,25
118:1,5,6,9,11,21
119:1,2,5,6 123:3
129:5,6,11,12,13
129:19,20 130:9
133:7 134:5
135:15,25 137:18
137:19 138:6,16
140:3,11 141:6,21
142:1,21,22
143:12,18 144:25
146:4 148:15
149:16
cranny 28:12
creating 143:24
criteria 45:2,7
    49:18 84:3,4,5,12
    84:15 124:17
critical 81:4,5,7
cru 143:24
ct.gov 2:13,14
current 7:23 8:2
    11:13 19:15,19
    36:1 41:23
currently 66:7,17
    66:19 85:17
    100:23 125:4
curriculum 4:8
custody 32:13
    52:5 53:21 56:14
    64:15 69:3 105:14
    105:21 106:25
    114:14 115:22
    126:2
customer 64:6
cut 60:13
cv 1:4 7:3,5,8,22
    7:23 19:15
cybulski 147:20
    147:21 148:2

| d | | | |
|---|---|---|---|
| **d** 4:1 16:11 137:11 | 54:23 96:18 108:6 | 150:7,9,11 151:8 | **developed** 119:23 |
| **daily** 17:17 78:16 | 122:22 137:22 | **department's** | **developmental** |
| 99:9 | **declare** 25:1 | 126:3 151:4 | 47:10 |
| **das** 78:1 | **decline** 42:23 | **depend** 92:19 | **develops** 107:7,24 |
| **dash** 16:11 | **declined** 30:16 | **depending** 37:8 | 108:3 116:7 |
| **data** 143:23 | 42:21 75:13 | 115:1 130:13 | **device** 121:1 |
| 145:13 | **declining** 76:13 | **depends** 107:21,22 | **devil** 72:7 |
| **date** 1:15 20:18 | **decrease** 42:23 | 108:15 122:18 | **diabetes** 45:23 |
| 21:5 | 43:7 | 125:22,22 | 46:21 145:23 |
| **dated** 21:25 | **decreased** 43:17 | **deploy** 141:6 | **diagnosis** 118:10 |
| 141:19 146:10 | **dedicated** 86:11 | **deployed** 86:22 | **dialysis** 87:11 |
| **day** 16:19 21:13 | 86:17 88:1 | **deponent** 154:7 | **differ** 93:18 |
| 31:20 34:23 42:15 | **defects** 3:11 | 155:5 | **different** 9:6 14:7 |
| 42:15 57:22 88:13 | **defendants** 1:8 | **deposition** 1:11 | 14:7 31:12 32:23 |
| 89:21 100:9,16 | 2:10 20:6 | 3:9,14 4:6 5:17 | 34:21 35:17 36:20 |
| 112:10 120:4,7,12 | **defer** 105:21 149:5 | 7:16 21:17,20 | 39:5 42:13,14 |
| 125:21 141:18 | **definition** 71:17 | 25:11,13 31:7 | 44:14,17 45:8 |
| 153:15 155:18 | 149:6 | 152:18 155:6,8,8 | 47:21,22 48:3,3 |
| **days** 21:7 39:25 | **definitions** 31:11 | **description** 4:7 | 56:20 58:15 67:22 |
| 88:17 91:16 99:12 | **degree** 26:5 | **despite** 132:15,16 | 69:9 72:23 73:5,8 |
| 100:5,24 109:23 | **delay** 47:10 | **detail** 28:2 73:12 | 77:1 82:13 87:13 |
| 122:5,7 | **delineate** 132:3 | 93:22 111:4 | 93:17,19 97:11 |
| **deal** 28:5 | **deliver** 101:16 | 115:12 | 110:2 115:2,3,21 |
| **dealing** 5:14 | 134:23 | **detailing** 96:18 | 127:14 |
| **dealt** 144:23 | **denominator** 37:9 | **details** 9:20 27:8 | **difficult** 133:7 |
| **death** 148:15 | **department** 8:5,12 | 27:13,14,16,19 | **dimer** 137:11 |
| 151:10 | 9:9 10:6,14 11:3 | 72:7,7,8 73:3 | **direct** 4:4 5:5 |
| **deaths** 55:4 56:9 | 11:23 15:6,21 | 149:5 | **directed** 3:5 |
| **dechert** 2:3,7 5:10 | 17:13 22:17,17 | **detention** 38:21 | **direction** 155:10 |
| **dechert.com** 2:5,9 | 26:16 27:9,25 | 39:20 40:10 | **directly** 60:25 |
| **decide** 151:9 | 28:13,14 34:18 | **determination** | **director** 10:12 |
| **decision** 12:10,17 | 37:2,21 38:18 | 136:6 | **disciplinary** 85:10 |
| 12:25 13:4 17:5 | 50:4 60:18 61:2 | **determine** 45:11 | **discipline** 114:15 |
| 53:20 94:3 96:12 | 61:12 65:11 66:7 | 54:4 123:10 144:2 | 114:18 |
| **declaration** 4:8 | 66:12 80:18 92:18 | 146:7 | **disciplines** 114:21 |
| 19:21,22 20:13,23 | 97:24,25 98:18 | **determining** | **disclose** 22:13,22 |
| 21:3,9,14,19,25 | 101:13 104:16 | 144:14 | **disclosing** 52:16 |
| 23:25 24:3,17,19 | 109:17 114:21,24 | **develop** 74:14 | **discussed** 40:13 |
| 24:22 25:10 27:8 | 115:5 125:1 | 76:14 107:12 | 52:4 115:8,20 |
| 27:19,20 38:8 | 130:17 146:16,21 | 109:24 | 130:16 |
| | 148:1,5,6 149:16 | | |

discussion  53:1
  89:4 127:20
  147:11,14 149:11
discussions  13:5
  34:11 64:11 73:24
  75:5 77:14,24
  78:6,9,12,13 84:19
  90:14 91:21,23
  115:15,21 127:16
  132:9 138:19,21
  151:7
disease  38:21,25
  39:20 40:10 45:24
  46:1,2,5 80:8,15
  80:17,23 86:14
disorder  46:18,22
displaying  107:13
  137:2
displays  107:5
disruption  5:25
distance  112:15,21
  113:6 114:1 115:7
  125:6,15
distancing  112:13
  112:13 113:20,22
  115:11,15
distinct  85:15
distinctions  76:17
distribute  65:3
distributed  141:21
distributing  98:21
distribution
  140:22
district  1:1,2 78:1
  95:15
doc  8:15 16:21
  17:2 26:16,19
  27:2,15,21 33:17
  34:25 38:24 41:22
  52:5,13 53:21
  56:13 80:12,13

82:1 93:11 98:3
  98:11 107:4
  110:12 113:6
  115:3 127:23
  141:20,21,25
  144:24
docs  80:13 82:11
doctor  9:1 10:23
  11:2 12:20 18:2
  19:20 22:11 23:22
  24:21 25:24 27:1
  40:8 41:4,7 48:1
  52:8 54:23 61:1
  66:12 94:15,19
  118:22 124:25
  135:12 138:5
doctor's  101:14
doctors  80:18
document  24:5,11
  137:23 138:4,5,14
  138:15,17 141:25
documented
  105:20 127:7
documents  24:8
  24:14 93:23 94:1
  106:13 140:18
doing  16:21 28:3
  29:2 32:5 33:10
  34:6,15,22 49:6,7
  49:9 53:8,24 62:7
  64:10,20 67:22
  75:15 76:18 84:1
  85:16 88:11 89:11
  90:3,12 91:25
  97:20,20 99:23
  102:2 119:12,14
  124:9 133:23
  144:22
doors  87:2
dorm  108:9,15
  122:20

dormitories
  123:23
dormitory  107:23
  107:25 108:2
dorms  114:25
dph  76:23 78:4
  82:2 97:21,23
  101:4,18 102:5,15
  102:23
dr  5:7 6:22 7:8,20
  20:7 23:6 138:17
drafting  22:13
drawing  118:13
  139:6
driest  130:4
due  43:22 44:8
  49:16 56:10
duly  5:2 155:3,6
duties  8:11
duty  80:1
dynamic  136:15
  136:16

| e |
|---|

e  2:1,1 4:1,5 16:12
  155:1,1
earlier  28:25
  32:10,25 36:8
  38:14 50:3 57:11
  74:1 87:9 91:8
  107:16 109:10
  124:19 129:11
  145:20
early  45:9 81:16
  97:9
easier  32:16 53:13
  71:22
easy  54:14 92:10
eat  113:13
eating  113:13
  114:5,6

ed  84:13
edits  24:22
educate  113:21
efficient  53:25
effort  30:7 33:20
  124:4
efforts  34:21
  85:16 98:18
either  6:25 51:19
  76:25 77:5 130:12
  155:14,15
ekg  134:18
ekgs  83:6
elana  2:15
electronic  54:11
elements  144:1
elevated  131:13
  132:20
eligibility  50:20
embark  65:11
emergency  81:21
  101:13
emphasis  143:24
employee  122:23
  123:3,12 124:5
employees  125:4
  125:20 126:3,4
empowered  83:12
enable  113:5
encourage  30:14
ended  92:6
ends  77:3
enhanced  102:8
  102:11 105:5
ensure  115:11
  121:6
enter  34:7 97:2
entire  50:12 67:16
  68:25 73:4 146:16
  146:17 150:24

entitled 138:6
entity 51:17,21
  97:20
entries 148:10
entry 139:7,18
  141:15,19 143:21
  144:8 146:10
  147:19,23 148:12
  148:14
enumerated 50:3
envisioning
  127:14
epidemics 18:13
  18:14,17 19:11
epilepsy 46:9
equipment 124:22
equipped 13:25
equivalent 100:3
  111:6
esq 2:3,6
essentially 142:10
  145:21
et 1:4,7 41:2 45:24
  115:19 142:13
  154:4,5
eta 140:22
evaluate 45:3
evaluated 101:14
  121:14 133:8
  134:21
event 14:16 72:15
everybody 42:17
  54:22 62:20 64:15
  64:20,25 69:2
  82:24 100:10
  108:8 120:20
  133:9 139:25
  144:24 146:22
  148:1,6 149:21
  150:8,18 151:9

evidence 102:25
  103:2,4 134:9
evolved 41:9 125:2
evolving 42:7,8
exact 29:14 52:2
  55:10 80:2
exactly 10:2 18:24
  48:19 55:12 57:17
  76:20 119:9 147:6
examination 4:4
  5:5
examined 5:3
example 15:12,16
  34:25 40:25 41:11
  70:6 73:18 77:7
  83:17 84:1 116:22
  122:23 125:7
  132:12 137:11
  139:19
examples 70:12,18
  79:8
exceeding 87:21
excluding 117:18
exclusion 136:10
exclusively 130:1
excuse 58:25
  76:22
executed 21:2,9
exhaustive 94:5
exhibit 4:8,8,9
  7:12,21 20:8,16
  23:24 138:4
exhibits 4:7,10
  6:25 7:15
exist 96:7,8
expect 59:7
expenses 60:23
experience 81:7
  131:22
expert 18:8,14

expertise 82:10
experts 47:21
  82:20
expires 153:20
  155:23
explain 13:7 16:24
  35:5 66:6 107:6
  143:4 144:19
explaining 30:15
explore 135:3
exposed 76:7
  107:19 109:7
  110:21,22,25
  111:1,25
exposure 111:6
  124:15 142:15,16
  142:24
expressing 38:5
extended 40:1
  100:13,21
extent 33:14 39:9
  53:23 61:6,23
  69:7 77:2 82:22
  83:4 84:10 89:7
  89:10 102:13
  109:19 111:25
  116:9 119:18
  127:13 131:6
  134:14
external 97:20
  148:16
extraordinary
  26:21 27:2

f

f 155:1
face 106:10
facilities 11:2,12
  11:16,20 14:1
  15:22 17:13 25:25
  26:21 28:18 32:14
  33:7,9 37:1,21

38:21 39:20 40:6
  40:10 42:14 56:24
  64:5 65:4,7 66:22
  67:17 69:1 72:3
  73:5 74:2 75:1,3
  77:18 87:5 92:5
  98:11,12,20
  104:24 113:6
  115:13 121:22
  122:19 148:7
  149:16 150:15
  152:11
facility 9:10,14
  11:23,25 12:6
  13:6,8,12,14,19
  14:10,24 15:3,8,15
  17:4,7 20:23
  26:10 29:1 32:2,8
  32:9 34:4,9 37:13
  54:22 55:14 66:3
  72:10,14,23 73:6
  73:11 75:22 83:14
  86:25 88:1,2 90:1
  90:4,19,24 91:11
  92:20,24 93:5,19
  93:25 94:4,7
  95:10,23 96:4,8,20
  97:18 99:13
  100:10 105:17
  107:22 108:16
  111:7 113:19
  115:9 122:3,18
  125:5 139:8
  140:23 146:17,23
  148:22 150:20
fact 62:7 129:12
  132:15,17 141:1
  148:9
factors 13:13
  50:14 51:9 52:6

[facts - further]                                                      Page 10

| | | | |
|---|---|---|---|
| facts  134:11 | firewood  130:4 | 56:18 57:10 58:13 | 26:1,11 27:11 |
| factual  43:4 | first  5:12,23 15:4 | 58:22 59:20 61:4 | 30:3,9 35:24 37:4 |
| failing  114:21 | 22:9 23:9 29:1 | 61:6,19,23 62:3 | 37:25 39:1 41:14 |
| failure  70:8 | 37:11 48:14 49:3 | 63:16 64:7,18,18 | 43:10,23 44:10 |
| fair  6:5,20 17:19 | 53:13 54:4 80:4 | 69:2,4,22 70:13 | 45:5 47:13 48:17 |
| 21:6,23 23:4 27:1 | 82:2 98:20 116:3 | 72:25 74:21 75:17 | 50:8,17 51:11 |
| 27:7,22 40:12 | 124:20 126:17 | 75:19 76:16 77:15 | 53:2 56:15 57:15 |
| 58:16 66:9 79:17 | 135:5 138:15 | 77:18 78:4,9 79:3 | 58:2 59:8,17 61:9 |
| 95:7 105:3 114:20 | 140:1 141:15,16 | 79:5 83:7,21 | 62:16 65:14 66:8 |
| 121:9 136:9 | 141:19 142:25 | 85:20 86:5,6,20 | 66:23 69:17 71:3 |
| 146:20 149:7 | 143:14 146:10 | 87:9,13 88:9 89:5 | 71:19 75:25 78:23 |
| fairly  54:2 | 148:15,20 150:16 | 89:19 92:7 100:3 | 79:13 87:7 88:4 |
| fall  50:6 | 151:10,17 | 100:15 101:15 | 91:3 92:21 95:24 |
| familiar  110:10 | five  57:23 68:9 | 103:20 105:11 | 108:19,21 109:9 |
| 124:23 | 147:19 | 106:6,12 107:9,10 | 109:14 112:17 |
| far  114:5 122:4 | fix  6:1,15 50:10 | 107:13,14 109:2,3 | 116:6 117:20 |
| fashion  117:10 | floated  95:15 | 109:8,12 110:15 | 118:2 123:17 |
| 122:16,17 | floating  31:12 | 110:20 111:3,5,18 | 129:7,16 130:20 |
| faster  38:10 53:17 | floors  101:24 | 111:19,24 112:11 | 135:16 142:4 |
| fda  81:20 | flow  128:14 | 113:13 116:1 | 146:18,24 |
| feasible  72:9 92:2 | flu  97:10 140:1 | 119:10 129:25 | formats  111:1 |
| federal  81:20 | 142:7,25 143:2,5,6 | 133:8 134:14,15 | formed  23:16 81:9 |
| federally  33:19 | 143:8,9,14,15 | 142:12 143:11 | forming  23:10 |
| feedback  84:21 | fluid  17:16 41:24 | 144:24 150:14,17 | 24:9 |
| 92:2 133:22 | 42:6 72:11 73:6 | 150:24 151:17,19 | forward  82:2 |
| feel  83:11 | 77:14 | 151:22 152:1,3 | 109:17 |
| feeling  61:15 | focus  28:9 53:11 | follow  25:16 38:24 | found  128:10 |
| 89:17 122:25 | 62:22 | 93:21 114:2 123:8 | francisco  2:8 |
| feet  112:21,25 | focused  106:6 | following  25:2 | free  29:8 |
| fever  36:25 89:15 | focusing  101:10 | 38:19 65:8 102:15 | frequency  104:21 |
| 142:13 | 103:9 | 106:1 132:7 146:8 | 105:1,7 |
| figured  87:17 | folks  13:10,22 | follows  5:4 | frequent  104:17 |
| find  14:13 106:24 | 15:1 28:22,23 | footprints  112:24 | 106:2 125:25 |
| fine  19:4 68:8 | 29:20 30:16,18,19 | force  33:21 150:1 | frequently  106:19 |
| 71:20 | 32:12 33:18,23 | foregoing  153:3 | 121:15 126:12 |
| finish  9:4 94:14,18 | 35:11,13,15 36:16 | 153:16 155:6,7,11 | friday  101:18 |
| 103:15 | 38:1,3 44:14,15,16 | forget  106:18 | front  7:1 25:21 |
| finished  9:2 41:3 | 44:21 45:20,22 | forgot  52:19 | 106:7 112:25 |
| 125:11 | 46:16 47:22,23 | form  3:6 12:12 | further  3:11,13 |
| fire  130:7 | 48:21 50:19 53:14 | 14:3 15:9 17:22 | 74:15 77:3 79:12 |
| | 53:14 54:10,19 | 22:1,10 23:17 | 87:23 98:19 |

116:12 119:8,10
152:14 155:5,13
**future** 152:10

**g**

g 16:11
**gain** 140:10
**galligan** 51:23
**general** 2:11,12
39:22 40:3,4,5,7
40:11,25 47:24
61:5 105:12
106:16,17 123:8
150:5
**general's** 22:15
**generally** 8:23 9:8
10:22 71:24 72:3
86:5 94:6 96:14
**generate** 99:20
**generated** 103:1
**generating** 99:23
101:8
**getting** 14:13
37:18 48:1 58:17
108:5 115:25
120:6,9 130:24
131:23 132:6
133:15 141:5
149:19 152:3
**give** 17:18 44:12
84:18 114:10
117:17 119:15
128:12 134:10
136:16 140:13
141:8 149:22
**given** 21:24 50:19
50:21 51:7 57:12
57:22,24 69:6,10
69:10 73:21 78:20
79:3 84:21 88:16
92:1 101:19
102:23 110:18

112:10,10 117:9
126:8,9 127:25
128:17 133:22
144:24 149:15
151:1
**gives** 121:4
**giving** 17:6 143:19
**glad** 30:23 83:4
**gmh** 83:21
**go** 14:18 22:20
38:11 42:11 48:25
54:5,6,11 67:10,13
68:15 70:1,20
73:5 87:1 88:18
89:17 105:19
106:24 107:15
109:25 112:23
123:5,7 132:5
138:13 143:16
145:5 148:9
151:25 152:16
**goal** 33:22 34:24
93:7 100:5 110:23
**goals** 114:7
**god** 133:18
**goes** 80:13,21
106:11
**going** 16:6 17:3
25:16 28:7 30:20
34:4 35:15,21
38:8,9 42:10
49:11 51:3 54:19
59:19 62:2 63:13
63:15 67:10,20,21
68:2,24 69:3,9
76:12 78:18 82:7
83:13 84:23 87:4
87:18 92:25 93:3
94:8 95:1 101:2
101:24 102:4,8,13
103:12,19 107:11

107:17 109:17,22
111:4 115:13
118:15 119:22
120:1,8 121:19
125:25 127:21
131:14 133:4,9
134:8,10 136:17
136:21,25 137:12
138:13 149:4,4
150:3,4 151:16
**good** 5:7,8 31:10
31:10 58:16 68:6
132:25
**government's**
126:20
**governor** 150:1
**governor's** 126:22
127:4
**grab** 137:12
**gracious** 65:19
**great** 6:13,22 7:20
36:21 68:11 71:22
134:23
**greater** 10:25 26:8
27:3 45:18 46:17
146:3
**green** 82:3
**grocery** 112:23
**group** 30:7 33:15
48:15 50:11 52:1
81:9 105:5 113:12
115:18
**group's** 60:24
**guard** 34:19,19
65:18 128:5 151:2
**guess** 14:5 23:12
33:4,14 35:17
37:18 48:12 67:14
94:12 103:8 108:5
109:19 117:21
130:8

**guidance** 9:16
23:21,22 36:2
39:12 40:19,25
41:1 47:1 62:22
64:23 82:8,9,14
83:10 91:24 92:1
92:8 97:8 99:21
101:5,19 102:5,15
102:23 104:23
105:11 106:5
114:2,8 115:2
127:13 128:17,18
128:19 139:24
140:15 141:20
142:1,5,8,9 143:18
151:18
**guidelines** 23:24
24:2,9,14 38:13,15
38:20,25 39:3,6,15
39:19,22 40:3,9,11
47:3,4 49:18
62:21 63:15 64:17
75:6 84:1 87:1
105:4,10 106:1,2
113:18
**guys** 83:4 84:11
133:23

**h**

h 4:5
**hall** 113:13
**hand** 139:13 143:9
155:17
**handle** 42:13
88:16
**handled** 9:7 48:21
123:13,13
**hands** 106:8
**happen** 34:4 61:8
63:7 82:1 90:1
96:10 104:24
151:21

**happened** 69:25
  89:4 108:12,13
**happening** 28:12
  102:19 122:16
**happens** 88:7
  93:21 126:10
**happy** 20:2
**hard** 14:5
**harder** 6:9
**hartford** 1:17 2:13
  98:1
**haven** 10:9,11
**head** 29:17 47:2
  55:12,15 57:5,17
  85:2 90:21 105:2
  114:25 126:16
**health** 9:6 10:12
  10:17 14:16 33:19
  34:18 41:2 44:20
  44:21 54:12 55:14
  61:17 62:10 91:22
  92:4 97:24,25
  98:1 101:10,11
  139:8 145:2,10
  148:22
**hear** 6:2,3 13:17
  68:2 79:15 89:8
**heard** 64:11 110:4
  114:12,13 135:6
  136:5
**hearing** 55:24
**heart** 45:23
  120:22,23,25
  121:4
**heavy** 143:2
**held** 1:17
**help** 14:12 19:3
  89:13 114:6
**helped** 83:20
**helpful** 62:8 132:2

**helping** 132:3
  134:22
**helps** 17:5
**hemodialysis** 70:7
**hide** 89:6
**high** 13:5,8,14,16
  13:20,21 14:2,13
  14:23,25 15:7,16
  33:16,23 59:6,16
  74:6 99:24 119:19
  130:1 131:8 144:2
  144:14,15,16
**higher** 10:21 37:2
  45:21 67:12 74:3
  84:8 119:25
  132:16 145:6
  146:7
**highlighted** 149:9
**hold** 21:7 65:7
  83:6 138:12
**home** 89:15 123:1
  134:15
**homes** 33:18 35:1
  98:5,9 101:19
  102:24 126:21
**honest** 77:13
**honestly** 49:4
  147:1
**hopefully** 54:2
**hospice** 15:13
**hospital** 56:7 57:3
  57:11 58:7 82:22
  83:15,24 84:2
  132:9,13,13
**hospital's** 82:25
**hospitalized** 60:19
  60:20
**hospitals** 82:13,15
  83:22 133:6
**hot** 99:19 143:2

**hotspot** 60:15
  142:19
**hotspots** 150:20
**hour** 69:20
**hours** 80:6
**house** 66:13 69:16
  128:6
**housed** 66:17,19
  66:22 111:12
  145:4 149:12
  151:11
**household** 111:3,3
  111:5,11
**housing** 73:7 87:4
  90:24 91:11
  104:20 105:6
  108:1,9 110:20
  111:9 115:1,3
  116:24 147:3
**hr** 55:19,24
**huge** 88:9
**huh** 6:9,9
**hundred** 141:17
**hundreds** 52:3
**hygiene** 98:25
  128:21
**hypertension**
  46:12

**i**

**icu** 55:22,25 57:20
  57:23 101:13
**idea** 37:12 64:19
  101:10 110:4
  141:5,8
**ideal** 88:20
**ideally** 112:20,22
**identified** 32:11
  87:20 111:23
  145:18
**identify** 13:11
  20:10 50:5,12

52:4 53:21 54:10
  61:24 88:9 108:12
  110:19,24 111:3
  116:11 130:13
**identifying** 28:22
  54:6 90:8
**identities** 110:16
**imagine** 34:12
**immediately**
  148:24
**immune** 45:24
**implement** 39:5
  39:11 42:12
**implementation**
  95:8,21
**implemented**
  113:5
**implementing**
  62:18 63:1 147:11
  147:15
**implication** 145:3
**important** 42:24
  82:23 98:25
  112:14 113:17,25
  114:1 151:13
**improve** 90:16
  113:18
**inappropriately**
  83:2
**incarcerated**
  10:24 12:11,18
  14:14,23 15:7
  27:4 61:2,12
**include** 13:10
  86:20 100:14,14
  100:22 107:17
  123:22 126:23
  139:19
**included** 4:10
  27:18,20 43:2
  79:7 140:14,16

**includes**   10:20
  39:23 45:22 82:5
  119:13
**including**   9:6
  30:18 33:17 77:19
  82:12 83:6 92:4
  99:18 114:3
  115:11 117:10
  127:20 128:4
  131:4,23 133:11
  153:4
**incorporate**   82:4
**incorporated**
  145:15
**increase**   54:21
  75:4 115:6
**increased**   46:2,6
  46:10,19,23 47:7
  47:11,19,25 52:6
  71:1,16 88:2
  135:14,24
**incredibly**   118:17
**independent**
  144:25
**indicated**   99:22
**indication**   119:16
**indications**   82:5
**indicia**   36:18
**individual**   9:9
  36:3 54:12 70:1,7
  77:18 89:2 90:7
  94:7 107:7,8
  108:12 119:22
  131:15 144:1
**individually**   146:6
**individuals**   14:25
  33:16 49:21 51:4
  51:9 67:8 69:5
  74:10,18 85:23,25
  87:12 95:5 107:25
  108:25 109:7,11

**infected**   55:9,13
  55:21 56:2,6,14,19
  58:13
**infection**   18:21
  25:25 26:8,20
  37:3,6 52:7 57:3
  58:18 78:22
**infections**   19:8
**infectious**   80:8,14
  80:15,17,23 86:14
**infirmaries**   14:1,6
  83:4,5
**infirmary**   13:15
  13:19,25 69:23
  82:16 84:17 87:10
**infirmity**   74:2,16
**influenza**   139:20
  139:20 140:7
**inform**   61:7
**information**   43:3
  43:5 55:17 58:8
  59:14 105:20
  114:9 119:18,21
  131:4,4 132:8
  136:17
**inherited**   46:22
**initial**   50:24 62:22
**initially**   39:25
  92:7 100:12,20
  116:8
**initiative**   33:15
  63:4
**inmate**   8:14,19,21
  29:4,6 40:15,22
  42:19 55:4 58:6
  58:22 61:5 66:18
  70:24 71:13,14
  90:24 91:10 98:15

109:21 110:17,24
  118:8,10 145:14
  145:19

**infected**

**98:16,22 99:3,6
  104:11 107:5
  111:16,16 112:3,6
  113:15 124:7
  129:5,6 148:17,21
  151:10,11
**inmates**   29:8,12
  29:23 35:21 43:7
  43:20 44:8 49:16
  50:6,13 52:5
  53:21 54:7 57:2
  57:19,25 58:24,25
  60:19 66:13,21
  67:3,5 68:20
  69:16 72:5,14,19
  72:19 73:20 76:19
  78:19 79:21 85:3
  85:8,14,17,19 87:5
  88:23 95:9 98:3
  98:11 99:9 100:7
  104:3,7 111:8
  113:6,21 114:15
  114:21,24 116:14
  116:23,25 117:11
  118:1,6 119:2,5,6
  120:13 121:11
  122:8 123:10,16
  123:22 124:1,11
  126:13,14,24
  127:5 129:2,12,20
  129:21 130:18,19
  137:17 149:12,15
**insights**   78:5
**instance**   9:11,19
  86:1 108:14
**instances**   85:21
  86:4 87:17 111:19
  125:19 128:13
  132:11 149:9
**instantaneously**
  69:1

**institute**   33:6
  101:24
**instituted**   32:1
  62:15 99:10
  110:12
**instituting**   107:4
  108:7 109:16
**institution**   91:22
  147:21 148:25
**institutions**   82:15
**instruct**   22:11,23
  123:5,7
**instructed**   114:24
**instruction**   23:5
**instructions**   52:9
**intake**   121:22
**intend**   28:10
**intensive**   54:13
**intent**   109:18
**intention**   151:4
**intentionally**
  118:8
**interacting**   125:12
**interested**   17:2,8
  128:12 155:16
**interim**   23:23
  38:14 39:16
**internal**   52:13
  148:16
**internationally**
  92:13
**interrupt**   98:7
**interruption**   23:2
**interventions**
  133:20
**investigation**
  142:21
**involve**   44:5
**involved**   12:10,17
  19:12 28:8,10,16
  77:25 78:6,12,13

78:17 94:3 97:22
127:10 140:4
**involvement** 12:24
**involves** 18:20
**involving** 33:20
**isolate** 95:9 123:1
124:10
**isolated** 72:16
73:15 122:16
130:5 147:21
**isolation** 66:14
70:17 72:25 75:10
86:25 88:1 93:2
95:22 107:9
115:23,24,25
116:4,5 120:1,5,8
120:14,24 121:7
121:11 122:11
**issue** 67:14 128:2
**issued** 92:1
**issues** 145:10
**iteration** 119:1

**j**

**j** 1:18 153:1 154:2
**james** 2:12
**james.belforti**
2:14
**jane** 145:23
**jba** 1:4
**job** 133:12,24
**john** 145:23
**join** 10:14
**joining** 16:20 17:8
**jointly** 98:2
**jonathan** 2:6
**jonathan.tam** 2:9
**jurisdictional** 39:8

**k**

**k** 16:12

**karen** 138:23
**keep** 53:24 67:5,17
70:13 71:23 73:15
73:17 76:16,18
116:16,17 128:14
**keeping** 73:1
130:9
**kennedy** 1:12 4:3
5:1,7 6:22 7:8,20
20:7 23:6 138:17
153:2,10 154:7
**kept** 106:8
**keyboards** 106:20
**kidney** 46:5 70:8
**kind** 5:25 21:6
34:5,7 76:8 88:6
90:16 93:12
117:14 136:4
139:24 142:9
**kits** 34:13,14
53:16 62:20 63:3
63:7,8,11,19,24,25
64:3,9,13,21,24
65:1,3,7,17,20,21
127:18 140:21,23
141:2,6,13 149:20
149:22 150:14,16
150:23 151:14,16
151:22 152:2
**knew** 30:17
111:25
**know** 5:13,14,19
5:25 6:3,7,14 8:19
9:5 11:2 14:8
15:12 16:21 17:4
26:6 27:12,14
28:3 29:16 31:11
32:20 33:14,16,18
33:23 34:7,14,14
36:1,2,13 37:5,7
37:13,16,19,22

38:1,4,10 39:7,9
39:24 40:13,14,17
40:17 41:11 42:10
42:16 43:4,5,20
44:1,4,7,11,14,17
44:20 45:2,20,23
46:15 48:6,20
49:7,21,25 50:1,25
51:3,21 52:2 53:4
53:5,6,10,23 55:8
55:10,12,13,21
56:1,5,8,12,16
57:2,6,8,9,13,16
57:19,21,22,25
58:5,9,20 59:2,19
59:20,22 60:18
61:7,15,17,19,22
62:2,4,6,9 64:4
65:6,17,18,18
66:24 67:8 68:1
69:7,8,20 70:3,8
73:3,10,12 74:14
75:6,9 76:20,21
77:13,20 78:3,11
79:3,12,25 80:3
81:16 84:2,8,10
85:1,11,13,23
87:10,17 88:3,5,8
88:20 89:4,16,18
90:20 92:15,24
94:5,25 95:4 96:7
96:11,13 97:9
98:1 99:5,6,8,11
101:3 102:11,24
103:19,24 104:1,5
104:7,9,11,14,21
104:22,23 105:2
105:16,19 106:21
106:23 107:21
109:15,21 110:1
110:16 111:8,11

111:13 112:24
113:9,10,17,18
114:20 115:1,5,8
115:14 118:18
119:11,20 121:14
122:4 124:1 126:5
126:6,7 127:3,6,7
127:9 128:5,9
130:5 134:23,24
136:14 137:20,24
137:25 138:19,20
139:16,21,22,24
140:15,15,18
141:1,3,13 142:12
142:17 144:23,23
145:19 147:3,3,5,7
147:14 149:4,14
149:18,19,20
150:10,23 151:24
**knowing** 56:19
110:15,18 111:10
**knowledge** 25:3
56:10 85:11 105:4
128:23 153:6

**l**

**l** 16:11,11,12
**lab** 64:2 65:2
131:6,10 132:1,20
136:8 137:10
141:4
**labor** 54:13
**laboratory** 38:2
67:10 119:13,14
119:15 131:19
**labored** 136:20
**labs** 119:19 132:6
133:4,11 134:19
136:15,16
**lamont** 1:7 154:4
**large** 13:12 15:2,2
53:9

**latest** 81:18
**laundering** 104:2
  104:3
**lawyers** 23:8
**leadership** 96:14
**lean** 40:21
**learn** 48:14
**learning** 34:8,9
**leave** 10:13
**led** 13:13
**legal** 22:16
**length** 56:5 58:6
**lesser** 146:3
**level** 15:16 74:2,17
  81:20 84:7 87:10
  93:5,21,22 95:18
  107:1,1 111:6
  115:9 143:25
  145:6
**levels** 13:16 99:13
  121:3
**liaised** 51:20,21
**life** 133:20
**light** 82:3 88:2
**limit** 98:19 112:15
  137:11
**limited** 53:15
  63:12 67:15 112:9
  113:10 127:16
**line** 118:13 154:11
**linens** 104:4
**lines** 9:21 23:13
  30:14 64:21
  115:17 119:21
  127:20 128:3,25
  130:22 131:3
  132:2,4
**list** 49:22 50:19,24
  51:7,22 79:3 94:5
**listening** 90:11
  120:17

**little** 6:23 11:9
  32:16 38:10 48:11
  56:12 68:6 69:11
  73:25 79:24 83:7
  91:6 112:24
**live** 26:9 27:4
  101:16 111:8
**liver** 46:5
**living** 134:15
**llp** 2:3,7
**local** 39:8
**location** 32:22
  108:3
**locations** 67:22
  96:5
**lock** 146:16
**lockdown** 93:19
  96:11
**log** 4:9 138:7,16
**logistically** 32:17
**logistics** 53:8
**long** 24:18 62:14
  65:22 106:11
  126:14
**longer** 83:7
**look** 23:15 25:20
  41:21 49:12 50:11
  51:1 54:24 64:12
  73:3 79:4 82:14
  84:11 89:14 91:13
  108:6 128:19
  131:19 132:19
  136:7 141:10
  146:9
**looked** 50:4 78:25
  101:20 128:3
  140:7
**looking** 19:15
  33:16 40:8 53:5
  78:20 86:10,23
  89:9,20 104:15

  120:16 127:13
  128:5,6 136:11
  140:1,2 147:18
**looks** 7:1
**losing** 21:6
**lot** 5:14 13:15
  34:12 37:7 40:20
  42:9 46:15 61:22
  67:25 82:5,10
  87:19 99:25
  100:16 106:6,7
  111:2,4 127:24
  134:10 137:12
  150:13
**lots** 31:12
**low** 59:6,16
**lower** 48:7 50:2
**lowest** 145:7
**lsr** 1:18
**lung** 46:1,2 47:9
  89:23 120:18
**lungs** 90:11
  133:19

**m**

**m** 2:11 16:11
  139:2
**m.d.** 1:12 4:3 5:1
  153:2,10 154:7
**macdougall** 15:25
  16:9,14,18 17:12
  17:21 33:1 93:17
**mace** 129:13
**main** 15:3 19:13
  24:11 94:7
**maintain** 70:16
  112:14
**major** 82:22
**majority** 36:15
  62:3
**making** 17:5 42:4
  94:3 102:14 124:9

  136:6
**manage** 70:3,9
**management** 16:7
  38:20,25 39:19
  40:9
**managing** 130:2
**map** 51:3
**mapped** 34:5
**march** 23:23
  38:14 39:15 42:21
  42:24 43:17,21
  49:14 81:17 139:7
  139:12 146:21
  147:11,15
**marked** 20:6
**martucci** 138:24
**mask** 6:10 114:4
  115:19 125:9,15
  125:16,16
**masks** 41:12,19,19
  113:15 114:16,22
  124:19,20 125:1,5
  125:20 126:4,8,9
  126:14,18,20
  127:5,15
**mass** 12:5,7,10,18
  14:22 28:19,20
  29:2 32:2 33:5,6,8
  34:24 37:11 53:5
  53:8,23 59:12,15
  60:1 62:14,18
  63:1,9 64:20
  65:11 67:16 71:25
  87:18 88:2 89:12
  97:16 98:10
  109:16,20 111:14
  111:15 116:23
  147:11,15 152:7
**massive** 69:4
**materials** 22:9
  23:10

matter 20:14 22:8
maximum 64:3
  141:7
mcpherson 1:4
  154:4
mean 8:16 10:18
  13:7,8,21 14:19
  15:11 16:25 17:6
  23:13 26:6 28:21
  31:24 36:23 46:15
  47:21 59:18 71:14
  72:7,22,24 74:25
  75:5 80:15 85:6
  86:7 87:8 91:22
  98:6 110:3,8
  115:17 118:5
  121:8,9,23 129:9
  148:21 149:5
meaning 63:2,19
  110:5 118:22
  142:17
means 36:17 40:18
  144:16 145:9
meant 35:7 68:23
measure 116:10
  131:20
measures 26:22
  27:2,8,21,25 28:16
  41:8 61:8,25
  62:10 103:10
  115:16
mechanically 54:6
mechanisms 45:8
medical 8:4,10,13
  9:12 13:22 17:7
  28:15 40:15 45:13
  45:22 50:22 51:4
  51:20 53:12 60:22
  66:13 70:4,15,17
  70:19 72:15,25
  74:6 75:10 77:17

77:19,25 79:5,25
  82:19 86:11,17,18
  86:25 88:1 93:1
  95:8,20,22 99:17
  101:16 105:4,9
  114:17 115:21,23
  115:24,25 116:4,5
  120:1,5,8,13,24
  121:7,11 123:6,7
  131:9,17 140:14
  141:21 144:3,9,15
  144:19 145:1,8,15
  145:22 146:2
medically 55:1
  72:16 73:15
  121:12
medication 9:21
meet 84:15 87:1
  124:17 131:16
meetings 99:17
member 97:1,4
  111:17 112:7
  124:6,12 125:14
members 55:22
  56:6,10 96:19
mental 9:6 145:2
mention 30:23
  40:2 90:25 121:13
mentioned 15:19
  16:8 25:6,9 28:25
  31:2 32:25 33:1,3
  35:13 46:21 50:1
  59:25 69:21 74:16
  77:24 78:4 79:2
  87:9 105:25 112:8
  124:19 126:13
  128:4 149:19
met 50:19
metabolic 46:22
middle 31:22,23
  152:9

mind 62:12 106:8
  128:1 136:23
mindful 52:9
miner 1:18 154:2
minimum 145:6
minute 68:1
  121:19
minutes 22:7 68:9
  105:25
misunderstanding
  14:20
mitigate 100:3
mixing 118:7,8
modifications
  140:9
modified 81:17
  126:19,23 140:3
moment 55:16
  57:24 69:10 75:11
  76:21 110:18
monitor 76:12
  90:10
monitored 107:11
monitoring 82:6
  83:6 90:6 120:23
  122:7
monitors 121:3
month 49:5,7
  81:19 151:8,10
months 10:1 41:9
moratorium 99:11
  100:4,9 102:3
  103:18,25
morning 5:7,8
move 34:10 38:9
  67:6 68:21 73:19
  74:9 82:2 87:12
  87:14,23
movement 74:24
  74:25,25 75:3,8

moves 148:25
moving 42:18
  72:13,18 73:24
  74:17,21 90:22
  96:17 107:3
  111:14 140:20
  141:18 143:21
  148:11
multiple 32:11
  34:20 42:15 64:7
  77:15 131:16
mutually 82:23
mycobacterial
  19:8

| n |
| --- |

n 2:1 4:1
name 5:9 51:24
  139:1 154:22
named 155:5
names 51:2,7
nasopharyngeal
  31:3
national 34:17,19
  128:5
nature 28:5
  125:25
nearby 32:15,18
  32:19
necessarily 28:23
  49:10 54:1 68:23
  74:8 81:8 82:9
  84:16 87:14 88:20
  103:3 108:14
  126:1 127:25
  134:16 136:8
  140:13
necessary 61:25
ned 1:7 154:4
need 42:6,6 54:1,3
  54:17 61:8 70:15
  71:7 72:16 83:12

93:20 95:3 103:20
114:4 119:24
126:11 134:14
140:2 143:11
**needed**   9:22 56:2
104:24 121:15
140:12 150:19
**needs**   14:9 72:15
75:9
**negative**   72:19
73:16,20 74:8,10
74:21 75:18 76:4
76:5,11 78:19
91:1,9,19,25
109:14,22 143:10
143:17
**negatives**   73:24
**negotiating**   141:7
**neither**   155:13
**network**   34:16
37:22
**networks**   82:11
**new**   5:20 10:9,10
28:6,6 61:21,21
121:20,21 122:2
122:10,15 124:15
126:4,8 127:22
131:23 150:3
**nice**   131:20
**nontuberculosis**
19:8
**nook**   28:12
**normal**   128:11
137:11
**normally**   101:12
**northern**   15:25
16:1,4 17:11,21
21:2 66:1,3,7,12
66:19 67:6,7,10,13
67:14,18 68:18,19
68:22 69:6,15,18

70:2,11 74:18
79:25 80:1,9,21,24
81:2,5,11 82:17
84:23,25 85:4,9,13
85:18,19 86:5,11
86:19,22,24 88:16
88:25 90:2,15
107:17 119:22
**nose**   30:21
**notary**   5:2 153:19
155:2,17,22
**noted**   153:5
**notice**   3:12 90:12
**november**   155:24
**number**   13:12
29:14 32:10 44:15
44:17 52:2 53:16
55:10 57:4 58:13
58:20 59:16,16
63:12 64:3 65:1
66:25 69:4 85:14
88:9 90:20 92:3
112:9 150:14
**numbering**   7:15
**numbers**   44:12,24
55:7 59:19 80:2
**nurse**   86:15
134:21
**nurses**   89:21
90:18
**nursing**   9:16
33:18 35:1 69:20
80:3 83:5 90:14
98:5,9 101:19
102:24 133:13
134:15

---

**o**

---

**o**   16:11
**o'neill**   2:11 7:17
9:1 12:12,19 13:1
14:3 15:9 17:22

20:1,3 22:1,11
23:1,17 26:1,11
27:11 30:3,9
35:24 37:4,25
39:1 41:3,14
43:10,23 44:10
45:5 47:13 48:17
50:8,17 51:11
52:8 53:2 56:15
57:15 58:2 59:8
59:17 60:9 62:16
65:14 66:8,23
68:5,9 69:17 71:3
71:7,19 75:25
78:23 79:13 87:7
88:4 91:3 92:21
94:14,18 95:24
108:19 112:17
117:20 118:2,4
123:17 129:7,16
129:22 130:20
135:16 136:1
138:8 139:4,12
142:4 146:18,24
152:15
**oath**   68:16 153:16
**oaths**   155:4
**objection**   12:12,19
13:1 14:3 15:9
17:22 22:1 23:17
26:1,11 27:11
30:3,9 35:24 37:4
37:25 39:1 41:14
43:10,23 44:10
45:5 47:13 48:17
50:8,17 51:11
53:2 56:15 57:15
58:2 59:8,17
62:16 65:14 66:8
66:23 69:17 70:22
71:3,19 75:25

78:23 79:13 87:7
88:4 91:3 92:21
95:24 108:19
112:17 117:20
118:2,3 123:17
129:7,16,22
130:20 135:16
136:1 142:4
146:18,24
**objections**   3:4,5
**objective**   131:20
**observe**   109:22
**observed**   134:20
**obviously**   87:21
89:18
**occur**   83:13 133:2
**occurred**   126:22
134:2
**occurring**   79:1
95:17 103:13,13
**occurs**   96:25
123:15
**offender**   146:11
148:15
**offenders**   143:25
144:2,14,16
147:20
**offer**   30:2 86:24
**offered**   146:1
**offering**   28:24
29:3 97:17
**office**   22:16 94:24
101:14 125:8
126:22
**officer**   8:4,11 9:12
28:15 141:22
**officers**   95:20
**official**   143:18
**oftentimes**   125:23
**oh**   35:10 89:5
109:11 125:3

128:8 133:17
**okay** 6:13,16,17
  6:21 7:5,7,23 9:18
  10:5 13:4 15:19
  19:18 20:5,22
  21:14 22:5,24,25
  24:13 25:19 27:18
  27:24 31:9,10,23
  36:8 52:18 60:12
  71:13,22 81:9
  90:18,22 98:6
  108:5 114:20
  120:1 121:2 124:3
  126:7 131:18
  137:6,13 143:11
  144:11 145:21
**lsee:**1
**older** 47:24
**once** 82:3 89:21
  111:3 119:11
  120:7 150:18
**onerous** 54:9
**ones** 15:24 17:25
  34:15 73:9
**ongoing** 64:9
  141:12
**onset** 88:18
**operational** 34:12
  42:14 93:10
  130:14 149:1,3
**operationalized**
  76:21
**operationally**
  69:13 96:9 97:22
**opinion** 10:23
  42:25 43:3 45:17
  47:18 48:2,4 59:5
  59:15 61:1,9,14
  129:1,4,19,25
  135:12

**opinions** 21:21,24
  22:8,10 23:11,16
  24:9 86:24
**opportunity** 10:15
  28:24 29:3
**opposed** 73:9
  93:16 121:17
  135:19
**opposite** 77:3
**option** 79:11,19
**options** 69:14
**order** 9:22 36:4
  63:7 70:14 89:11
  92:5 114:6 119:23
  126:20 127:4
  150:2 151:22
**ordering** 143:12
**organization** 17:8
  91:23
**organizations**
  82:12
**original** 4:11
  90:24 91:11,24
**originally** 148:17
**osborn** 12:2,4,11
  12:18 13:14,25
  14:14,15,22 15:4,8
  15:19,25 17:10,21
  20:25 29:1,5,5,16
  29:17,20,23 31:14
  31:21 34:15 35:2
  35:10,19 36:10
  37:3,10,20 59:25
  60:5 62:3,15 67:4
  67:5 68:21 73:19
  73:20,22,25 74:1
  75:11 77:24 93:14
  97:16 109:11
  116:22 137:14,15
  137:18 148:17,25
  149:12 150:8,11

151:5,9,11
**outbreak** 17:14
  19:12
**outcome** 119:20
  131:5 133:21
  155:16
**outcomes** 10:21,25
  132:25
**outdoors** 41:12
**outside** 82:20
  126:21,25
**overall** 93:1,3,13
  94:12,17,21 96:1
  136:12 143:25
  145:16
**overlapping** 40:20
**overseeing** 12:7,9
**oversight** 8:13,16
  8:23 9:5
**overwhelming**
  36:15
**ox** 90:12 120:17
  120:25
**oximeter** 89:23
  121:2
**oximetry** 120:18
**oxygen** 84:7 121:3
  136:20

---

**p**

**p** 2:1,1
**p.m.** 152:19
**pace** 53:24
**page** 4:2 5:22
  82:24 118:19
  140:21 141:19
  146:10 147:18,19
  153:5 154:11
**pain** 89:23
**pandemic** 10:3
  15:22 28:6 41:23
  49:9 61:18,21,22

64:1 92:19,23
  125:2 139:8,9,16
  139:17,19,20
  140:1,5,12 142:6
**paragraph** 25:21
  26:16 38:9,12
  41:21,22 42:4,18
  43:16 49:12 55:3
  65:25 86:10,23
  89:20 90:22 96:17
  98:17 104:15
  107:3 112:12
  120:2 122:23
**paragraphs** 25:17
  38:11 54:24
**parameters**
  131:17 133:10
**pardons** 44:6,23
  48:7 51:14,15
**parole** 44:6,23
  48:7 51:14,14
**part** 33:14,22
  34:16 35:25 38:17
  45:21 49:16 51:21
  63:4 73:25 78:10
  79:15 81:19 90:13
  91:24 96:17 98:2
  106:4,17 119:14
**particular** 13:24
  16:19 19:12 47:1
  49:22 69:25 72:10
  82:8 94:4,7 95:10
  99:18 105:8 108:9
  110:17 142:18
  144:21 146:3
**particularly** 57:10
  99:22,24 145:1
**parties** 3:3,8
  155:14
**partners** 128:4

pass   96:19
passage   91:16
passed   148:17,20
passes   122:23
path   73:17
patient   8:19,21
  9:13 10:16,18,20
  33:17,24 40:16
  58:22,24 62:11
  66:16 83:1 89:13
  98:15,16 135:8,24
  136:12,14 146:3
patients   8:22 9:9
  10:24 13:20,21
  14:2 15:14 16:7
  67:3 74:4 83:3
  84:22 117:17,18
  118:1,5 119:1
  126:1 133:16,24
  141:21 142:2
paul   151:25
penal   13:5
penalty   25:1
pennsylvania   2:5
people   10:24
  12:11,18 14:14,16
  14:23 15:8 26:9
  27:4 29:17 31:13
  36:10 45:17 47:18
  63:21 69:10 75:21
  77:9,23 78:20
  87:19 89:18 97:10
  97:11 100:16
  107:19 110:7
  116:5,17 120:3
  126:20 145:1
  151:2,15
percent   36:9,13
  37:15 59:3,6,16
  60:2 67:17

percentage   35:19
  58:10,12 59:22
perfectly   137:1
perform   89:21
period   109:23
  122:5 150:5
perjury   25:2
person   36:24
  45:12 47:7,11
  61:3,13 83:19
  90:8,9 97:6,14
  107:23 110:6
  111:23 112:25
  120:7 121:16
  125:7 132:14,24
  133:18 136:19,21
  137:4,8
person's   132:19
  136:18
personal   25:3
  124:21
personally   140:4
  153:15
perspective   75:22
  77:5 82:25 83:9
  95:2 111:9 123:25
  130:22
persuade   30:8
peter   151:25
phase   149:1,3
philadelphia   2:5
  5:10
phones   106:14,15
  106:19,22
phonetic   51:23
physically   32:23
physician   131:1
pick   6:9 32:7
picture   136:12
piece   112:12
  113:20 130:24

136:15,16 142:24
  147:3
pio   138:24
place   37:11 70:10
  70:13 72:4 81:15
  93:15,16 95:3
  97:19 105:5,9
  113:4 125:14
  140:23 142:8
placed   122:19
places   17:15
plaintiffs   1:5 2:2
  5:11
plan   32:2,16 33:5
  33:8 34:23 35:2,5
  36:1 50:16 65:12
  65:13 67:5,7
  73:19 82:19 90:23
  92:19,23 93:1,3,10
  93:11,13 94:12,17
  94:22 95:9,22
  96:1,1 110:13
  111:13,14,15
  128:15,21 139:9
  139:20 140:5,13
  140:22 141:9
  142:24 147:16
  149:1,3
planet   149:21
planning   127:11
plans   33:6 34:12
  72:4 87:22 93:25
  93:25 94:10
  109:15 113:5
  127:12 139:8,17
  139:19 140:1
please   5:25 6:3,14
  9:4 15:10 20:1,10
  52:8 65:15 67:25
  103:15

point   5:16 17:3
  31:18 37:10 42:3
  58:16 59:10 61:16
  64:16 65:10 69:6
  73:14,23 76:14
  92:2,8 103:3
  134:5 142:10
  143:1,13 147:4
  149:17 151:20
points   104:17
policies   101:6
policy   15:6 99:10
  101:2 126:15,17
  126:19,23
poor   10:21,25
pops   42:15
populated   50:24
population   8:14
  8:19,21,22 10:16
  10:19,20 35:19,20
  39:22 40:3,4,5,7
  40:16,22 41:1
  42:19,20,24 43:6,8
  43:17 49:13,15
  50:5,12 58:10,12
  58:23 59:1 61:5,5
  62:12 98:15,16,22
  113:15
populations   33:17
  33:24
porous   105:13
portion   52:22
pose   100:18
position   8:3,6 9:12
  10:10,13 11:13
  94:24 148:12
positive   13:11
  15:1 30:18 31:14
  32:10 35:3,9,14,21
  36:11 37:3,20,23
  54:25 58:11,14,19

58:20 59:3,6,23
60:2 61:24 66:13
66:16,18,21 67:4
68:20 69:4,25
72:20 73:16 74:12
74:14 75:14,18
76:7,10,12,16
81:11 84:21,25
85:5,18 87:5 90:9
90:24 91:10
100:11,13,21
107:14 109:13
110:6 111:16,17
111:23 112:6,6
116:12,14,23,25
117:1,3,6,16,18,25
118:1,5,6,9,11,21
119:1,2,5,6,11
129:5,6,12,13,19
129:20 130:18,19
133:22 137:15,18
143:15 146:11
147:20
**positives** 36:13
72:25 73:21 77:8
116:20
**positivity** 31:15
**possible** 33:24,25
34:2 48:16
**possibly** 79:11
**potential** 16:20
26:20 45:3,9
49:17 78:21 99:14
102:22
**potentially** 67:12
88:15 100:19
107:19
**powers** 39:11
**ppe** 124:20,21
127:11,17 128:11
128:16

**practical** 92:5
**practice** 15:7
**practices** 42:8
**pre** 54:4
**precision** 31:11
**preconditions**
136:24
**predicts** 131:5
**premarked** 4:7
7:12
**preparation** 24:12
**prepare** 20:16
21:17,20 25:10,12
**prepared** 20:20,23
138:20
**preparedness** 4:9
138:7,16
**prerequisite** 91:1
91:19
**presence** 155:9
**present** 2:15 78:9
119:25
**presentations** 18:5
**presented** 116:8
**presents** 25:24
**pressure** 89:22
**presumably** 54:12
**presume** 141:3
**presuming** 65:16
75:14
**pretty** 17:16,16
73:5 89:9 90:3
92:9 130:7 143:2
**prevent** 26:22
27:10 28:1,17
38:18 98:18
112:15
**prevention** 106:11
**preventive** 41:8
**previous** 52:9

**previously** 91:10
102:2 103:14
**primarily** 85:20
**primary** 24:5 97:7
97:14
**principle** 47:24
**prioritize** 53:17
63:15 112:11
150:2
**prioritizing**
151:19
**priority** 150:17,25
**prison** 42:24 43:7
43:16 49:13,15
50:12
**prisoners** 56:13
**privilege** 52:10
**privileged** 22:19
52:14
**probably** 5:19
9:21 10:1 16:2,15
44:5 55:11 67:12
70:1 105:23
113:16 127:22
135:19
**problem** 14:16
**problems** 5:24
**procedure** 99:23
102:17
**procedures** 41:24
101:9 102:9
**process** 17:3 22:7
22:13 34:7 48:12
95:16 145:13
**producing** 128:5
**product** 128:22
**professional** 82:12
**program** 15:13
147:12
**progress** 148:16

**progresses** 71:25
**prohibited** 100:24
**prolonged** 124:17
**promise** 38:9
**proof** 3:8
**pros** 130:8,14,17
**protect** 72:5 78:22
**protective** 41:19
100:6 103:10
124:21
**protocol** 82:4,16
84:2,6 119:14
**protocols** 41:25
81:10,13 140:15
**proud** 134:24,25
**provide** 14:8
15:13,15 43:4
114:8,8 128:7,10
**provided** 8:14,18
8:21 34:17 39:12
104:22 105:11,14
106:13 113:15
128:9
**provider** 9:16,22
16:20,25 17:7
80:5 86:15 97:8
97:15 99:17 123:6
123:8
**providers** 17:1
41:2 69:21 78:3
80:6 81:6,22
99:13 133:2,14
141:22 142:9
**provides** 13:20
**providing** 9:15
12:5 63:6 65:19
103:5 126:17
**public** 5:2 10:17
34:18 61:17 62:10
97:24,25 153:19
155:2,17,22

[publication - record]                                              Page 21

**publication** 18:19
  18:20 19:10
**publications** 19:13
**publish** 18:22
**published** 18:2,11
  18:16 19:11
  131:22
**pull** 151:24
**pulled** 107:8,12,24
**pulling** 116:7
**pulmonologists**
  81:1,2
**pulse** 89:22,23
  90:12 120:17,18
  120:25 121:2
**purpose** 12:3 16:3
  16:17
**purview** 85:12
  105:23
**push** 84:10 133:15
**put** 24:18 27:13
  46:2,6,9,22 49:23
  50:23 72:4 77:20
  79:5 81:15 82:16
  93:3 94:11 99:11
  100:4 105:5,9
  107:9,10 112:1
  113:3 138:1,3
  142:8
**puts** 46:19 47:7,11
  71:1,15 135:8,24
**putting** 82:18
  125:20

**q**

**qualified** 33:19
  155:4
**qualifiers** 39:4
**quantify** 26:4
**quarantine** 73:1
  75:10 76:4,6
  77:10 90:8 93:2

93:16 95:1,3,9,22
  96:6 100:16,22,23
  107:10,11,20
  111:18 112:1
  116:8 121:20
  122:5,15 124:11
  124:14 146:16,22
**quarantined** 75:23
  108:2 109:18
  122:8
**quarantines** 107:4
  108:7 122:10
**quarantining**
  75:15 107:18
  108:8,18 121:20
  122:2 147:6
**quarter** 31:16
**query** 143:24
**question** 3:6 6:2
  6:14,15,18 12:15
  14:6,18 35:18
  36:21 43:1 52:15
  52:19 56:20,22
  61:10 66:10 79:6
  91:7 95:18 102:6
  103:8 112:2
  114:19 117:13
  119:4 120:22
  129:18 136:4
  137:14 138:15
  141:11 142:16,16
  148:4,20
**questionable**
  133:1
**questions** 6:8
  22:12,21 93:24
  95:12,14 114:11
  138:1,14 142:12
  142:23 149:8
  152:15

**quickly** 33:12,13
  33:24 34:2 54:3
  54:15 91:25 130:7
  135:4
**quite** 79:14 84:15
**quote** 38:19

**r**

**r** 2:1 16:12 139:2
  153:1 155:1
**radgowski** 32:6,8
  32:15,18 33:4
  37:14 146:11,12
  146:17,23 147:12
**raised** 99:14
  114:12
**ranges** 48:3
**rate** 31:15 37:3,6
  67:18 73:21
  120:13,16,22,23
  120:25 121:4
**rationale** 114:3,4
  114:10
**rcoo** 78:2
**reach** 53:13 89:17
**reached** 22:8
  101:4,4
**read** 19:4 26:24
  38:22 42:1 52:21
  52:23 141:23
  144:6
**reading** 3:13
**reads** 143:22
**ready** 83:19
**real** 135:3
**realize** 63:10
**realized** 133:17
  140:11
**realizing** 73:13
  88:14 127:23
**really** 5:15 9:20
  23:9 28:2,8,9

42:11 48:1 49:24
  54:14,14 62:19
  73:11,23 92:16
  100:5 101:6 103:4
  111:4 115:4 119:4
  131:13 132:18
  136:7
**realtime** 136:17
**reason** 5:24 27:1
  29:10 54:8 84:4
  96:11 97:13 99:12
  106:5 142:18
  143:4 151:23
  154:11
**reasonably** 84:20
**reasons** 14:21 15:3
  30:21 44:18 85:10
  87:14 97:12
**reassurance** 103:5
**recall** 9:25 10:2
  11:21 18:24 21:4
  24:6,11,13 29:12
  29:14 31:14,20
  43:24 44:2 46:25
  47:2,15 48:9 49:8
  51:24 56:4 57:4
  57:21 147:8,10,13
  147:17,25 148:3,4
  148:8 149:10,13
  149:17 151:6
**received** 34:14
**receiving** 83:15
**recess** 68:12
**recognized** 140:10
**recollection** 24:8
  36:9 49:14 55:23
**recommend** 78:5
**recommendations**
  146:2
**record** 7:11 20:5
  54:12 60:10 68:15

102:7 122:1 138:3
152:17
**records** 145:22
**recovered** 30:19
35:23
**reduce** 26:22
27:10 28:1,17
38:18 100:6
**reduced** 44:16
155:10
**reduces** 87:3
**reduction** 49:13
49:15
**refer** 27:14
**reference** 38:13
70:24 93:9 144:13
**referenced** 139:17
**referred** 63:5 97:7
**referring** 23:23
40:4 97:23 124:21
**refill** 9:21
**reflect** 144:8
**reflected** 82:9
**reflects** 97:9 101:3
131:6
**refuse** 29:8 35:15
88:23 114:15
**refused** 77:9 89:3
**refusing** 75:20,21
86:1,3
**regard** 72:12
105:7
**regarding** 52:10
**regardless** 136:21
**regards** 9:15 13:6
13:9 62:23
**regional** 78:2
95:13,20
**regions** 69:9
**regular** 86:18

**reinforce** 106:12
**relate** 44:19
**related** 136:4
140:18 155:14
**relation** 43:8
**relatively** 15:2
**release** 45:3,4,9
48:16 49:3,17
50:15 78:21 79:19
143:23
**released** 43:21,22
44:8
**relevance** 40:23
**rely** 22:10 23:10
89:8
**relying** 82:10
**remain** 116:24
121:11
**remember** 9:20
17:15,20,25 19:14
44:13 46:24 48:19
48:20 49:2 55:24
85:22 126:16
128:24 138:18,19
138:21 146:25
147:1,2
**remind** 68:16
**reminder** 103:20
**remote** 1:11 80:6
**reopen** 33:15 63:5
**repeat** 12:14 13:18
35:2 41:16 52:19
114:9 122:12
**replacement** 141:9
**report** 27:22 42:19
42:20 49:13 55:4
88:24 89:7
**reported** 43:16
**reporter** 67:24
138:25 139:3
154:2

**reporting** 36:24
54:25
**represent** 5:10
**represents** 44:14
**request** 49:24
50:21 51:17 63:3
64:8 99:7 143:23
**requested** 44:22
52:22
**requests** 49:20
79:7 104:11 141:4
**require** 22:21 29:5
74:16 91:9,19
125:4
**required** 41:12
**requirement**
50:20 90:25
**requires** 41:18,24
**requiring** 29:4
**reserved** 3:4
**resources** 39:6
63:2 130:13
**respect** 105:10
125:1
**respiration** 89:22
**respiratory**
120:13,16
**respond** 70:22
95:19 142:14,15
**responding** 114:11
**response** 82:19
93:10
**responsibility**
60:24 105:22
**responsible** 40:15
105:15
**rest** 27:7 31:7
**restrict** 75:8
**restricted** 113:14
**result** 55:4 57:3
143:6 146:4

**results** 31:17 54:2
88:8
**resume** 103:19
**retest** 35:6,7,8,22
36:3
**return** 91:2,11,20
**returned** 36:10
**returning** 90:23
**reverse** 102:4
**review** 21:12 24:3
41:24 48:6,11,15
48:23 49:16 51:2
139:8,9 140:5
143:25 144:9,9,22
146:5
**reviewed** 21:9,14
23:21 24:6,21
25:6,9 44:21 52:1
101:21 104:23
140:2,6 145:13,22
**reviewing** 21:19
24:8,12 49:19
96:4 142:6,7,7
144:1
**reviews** 49:3
**revise** 101:2
**right** 5:14 14:24
16:12 17:19 19:3
23:4 24:10,15,25
25:4 29:19 30:25
31:4 36:1,11
38:15 42:4,8,21
43:18 44:25 53:24
55:5,15 56:25
57:5,17 58:8,11,19
60:3,5 67:1,4
68:22 69:19 75:1
79:8,24 80:15
82:9 87:6 91:11
96:20,23 102:10
102:25 103:8

**[right - sent]**

104:18 107:20
108:10 109:23
112:21 113:1
116:25 117:4
123:1 125:17
131:18 133:7
134:9 135:10,11
136:25 137:20
139:12 141:8
142:11 144:6
146:5 151:5,11
152:2
**risk** 10:21,25 13:5
13:8,14 25:25
26:5,8 27:3 33:16
33:23 43:8,22
44:9 45:18,21
46:2,6,10,17,19,23
47:7,11,19,25
49:23 50:13,23
51:9 52:6,6 53:21
54:7,20 67:12
69:16 70:23,24
71:1,13,16 72:5,13
72:19 73:19 74:6
75:4 78:18 79:6
79:20 87:3 99:24
100:18 117:11,18
117:25 119:5,10
119:12,20,25
129:2,4,12,19
130:1,18,23 131:2
131:9 134:4 135:9
135:14,19,24
136:7 137:19
143:25 144:2,14
144:15,16 146:4,7
**risks** 130:6,6
**role** 13:4 28:15
40:14 98:3 114:18
146:6

**roles** 9:6
**room** 68:21 94:25
**roughly** 29:18
30:1 31:13 141:14
**routine** 41:24
89:21
**rpr** 1:18
**rules** 5:19 124:25
**run** 5:20 65:7
**runs** 99:6

**s**

**s** 1:12 2:1,6 4:3,5
5:1 153:2,10
154:7
**sachse** 2:3 4:4 5:6
5:9 7:13,19 9:3
12:16,23 13:2
14:11 15:18 18:1
19:24 20:2,4 22:4
23:3,19 26:3,14
27:17 30:5,11
36:7 37:17 38:7
39:13 41:6,17
43:14 44:3 45:1
45:15 47:16 49:1
50:9 51:6,12
52:20,25 53:19
56:21 57:18 58:4
59:13,21 60:12,14
63:23 65:24 66:11
67:2 68:3,7,11,14
70:21 71:4,11,21
76:2 79:10,16
87:24 88:22 91:5
93:8 95:6 96:16
108:22 112:19
117:23 118:3,16
124:2 129:10,17
129:23 135:1,21
136:3 138:11
139:5,15 143:20

146:19 147:9
152:13,16
**san** 2:8
**sarah** 1:18 52:20
139:4 154:2
**saturation** 84:7
121:3 136:20
**saturday** 90:13
**saving** 133:20
**saw** 68:4
**saying** 14:18 20:19
40:18 68:24 71:23
93:15 94:21
103:13,17 114:8
124:3
**says** 25:1 93:1
104:15 132:13
139:7 141:19
146:10 148:20,24
**scale** 53:9 89:23
**scenario** 47:1
**scenarios** 77:6
127:14
**schedule** 17:17
105:1,8
**score** 144:3,15,19
144:20,22 145:1,2
145:2,8,15,16,18
146:2
**scores** 144:25
145:3,5
**screen** 6:25 7:7,9
19:25 20:7 68:18
138:6,9 143:22
148:13
**screening** 62:11
67:16 122:24
142:12
**scroll** 19:1 20:11
25:16

**se** 37:6
**seal** 155:17
**season** 97:10
143:3
**second** 32:8 146:9
147:19
**secondary** 93:23
139:22
**security** 145:2
**see** 7:8 14:12 17:4
17:6 18:24 19:5
20:7,18 24:25
26:15 32:24 38:12
43:15 50:22 51:7
51:8 69:13 79:4
87:18 88:7 89:10
89:24 109:24
112:23 126:1
133:15 137:10,25
138:5,5,10 139:10
140:20,24 144:4
146:13 147:23
148:11,14,18,24
**seeing** 128:6
136:14 138:18
**seen** 93:9 131:21
137:24 138:17
**segregated** 76:19
**send** 64:4 83:12
84:8,14 86:6
123:1 132:12
**sending** 15:7 84:6
84:12 85:17,18,20
140:16
**sense** 32:13 53:11
74:9 132:4
**sent** 48:24 83:2,21
83:22 85:3,9 86:5
88:24 97:5 134:1
143:23 145:14

separate 33:1
  74:15 76:24 85:15
  109:6,12,13
  116:19
separated 73:2
  75:18 115:19
  116:1,13 130:10
separating 77:1
  116:9,10
separation 73:2
  74:11
series 22:20
serious 99:14
  133:19 137:19
  145:9
services 9:7 139:9
set 78:15 84:11
  90:23 130:7 141:4
  150:1
sets 120:9
setting 26:9 27:5
  101:11,16 107:23
  107:25 122:21
settings 101:10
  115:19
setup 139:23
seven 39:25
share 6:25 7:7
  19:25 68:18
  128:20
shared 101:21
shed 100:17
shedding 100:17
sherman 2:12
shift 80:1,4,4
  90:19 97:1 122:25
  126:4,6
shifting 111:13
shipment 65:8
  140:22 141:16

shortages 127:11
  128:22
shorthand 70:24
  71:17
shortly 127:3
shortness 36:25
show 6:24 37:14
  67:11 137:23
shower 100:18,19
  100:24 101:12,23
  102:9,18,22 103:1
  103:18
showers 99:9,11
  99:20 100:9 101:7
  101:22 102:3,12
  102:13 103:6,11
  103:16,19,24
showing 7:20 20:5
shows 99:19
sic 139:2
sick 83:3 89:9,17
  122:25 123:11
  124:5,12 132:14
side 48:22 77:17
  77:17 114:14
  115:21,22 126:2
  140:14
sides 133:18
signature 155:21
signed 24:25
significant 27:22
  35:19
significantly 81:18
signing 3:14 24:23
signs 118:10
similar 32:2 56:1
  79:2 83:25 109:1
  109:1
similarly 6:1 84:5
simply 30:20 89:6
  114:11

singing 118:18
single 42:15 61:16
  80:4 96:4
sir 75:2
site 80:5 83:11
  84:17 93:13,22
  94:10,23 95:17
  96:13 105:21
  107:1 113:11
  139:22
sites 14:7,8 35:10
  83:8
sitting 17:19 24:7
  44:7 55:8 58:19
  137:1,8
situation 84:24
  108:8 116:24
situations 130:14
  132:22
six 55:4 57:23
  112:20,25
skin 19:8
sleep 114:25
  115:12
sleeping 115:6
slightly 35:17
small 85:13
smith 145:23,23
soap 98:21 99:3,6
social 82:11
  112:12,13,14,21
  113:19,21 114:1
  115:11,15 125:6
socially 113:6
  115:7 125:15
soiled 126:11
solid 87:2 105:13
somebody 39:24
  50:25 51:19,20
  60:8 69:22 70:25
  76:7 83:12,17

84:6,12,14,24 86:2
  89:8,9 108:13
  111:22 114:12
  116:3,7,8 118:22
  119:16 120:4
  121:17 131:8,12
  131:15 132:12
  135:13 142:20
  145:4,9
somebody's 143:5
somers 60:5,15
  83:21
soon 65:2
sooner 53:17
sorry 7:25 9:1
  20:10 35:6 36:19
  41:15 52:18 60:7
  67:24,25 71:6,9
  79:14 90:21 98:6
  117:12,14 124:10
  125:10 137:15
  148:9
sort 37:7 42:3 48:3
  60:22 79:1 82:13
  89:12,13 94:24
  100:2 107:21
  110:6 128:18
  130:2 132:5
  148:12
sound 89:23
sounds 29:19 68:3
  93:24 120:18
space 93:6,20
spaced 113:12
  114:5
speak 28:6,7 44:25
  45:6 73:10 115:2
  115:12 125:23
speaking 10:22
  28:11 94:6

special   117:17
specialist   80:24
  86:14
specialists   80:9
  81:4,5
specialty   81:8
specific   9:15 17:15
  21:5 25:8,17
  31:20 40:21 41:1
  46:25 50:21 51:9
  51:24 66:25 72:4
  73:18 90:5 92:25
  93:5,13,15,25
  94:10,23,25 95:13
  95:18,21,23 96:2,5
  107:1 114:2
  128:24 139:22
  140:19 141:5
  151:6
specifically   11:21
  24:6 43:25 44:13
  46:25 47:15 97:22
  130:21 147:1,2
specificity   140:13
specifics   17:18
  79:21 147:7
specify   31:7 101:6
speed   54:21
spell   138:25
spend   54:19
spent   60:19
spoken   82:21
sponge   100:4
spread   26:22
  27:10 28:1,17
  38:18 87:3 98:19
  99:1 112:15
spurts   88:15
stability   121:7
stable   121:12

staff   16:5,22 32:12
  40:17,24 55:8,13
  55:21 56:2,6,10
  59:23 77:19,25
  79:25 80:3,13,18
  81:2,5 83:11
  86:11,17,18,22
  89:14 90:14 96:19
  96:22,23 97:1,4,14
  97:17 98:4 99:25
  100:7 111:17
  112:6 114:13
  123:10,15,16,19
  124:6,12 125:14
  125:23 126:2,7,24
  128:20 133:12
  140:17,17
staffed   69:19 80:9
staggered   69:8
staggering   69:12
stand   21:23
  112:25
standards   42:7
stands   26:16
start   8:6 13:24
  25:21 27:19 29:21
  48:12 62:25 66:17
  72:1 77:16 102:8
  129:3 137:16
  139:25
started   8:7 9:12
  11:12,18 12:6
  68:17 85:15 141:9
starts   122:25
state   5:3 10:16
  33:21 35:1 40:19
  41:11,18 67:16
  68:25 73:4 150:24
  155:3
state's   4:6 7:12
  23:8 138:4

stated   139:25
statement   69:22
  71:10
states   1:1 40:5,7
statewide   64:5
static   60:9 67:25
statistics   54:25
status   30:17 44:20
  44:21 45:24 61:7
  70:2 136:18
stay   29:5 56:5
  58:6 89:15 115:19
staying   75:11
steady   128:14
stenographically
  155:9
steps   120:2 121:10
  123:9
stipulated   3:3,7,11
  3:13
stipulations   3:1
stockpile   34:17
stop   6:1 68:1
store   112:23
stps   64:8
strategy   130:23
stratification
  119:12 135:6
  136:6
stratify   131:2
  134:4
stratifying   119:8
  119:10 135:7
street   2:4,7,12
strep   97:11
stroke   46:14
stronger   133:11
studies   131:21
study   99:18,18
  101:20

stuff   28:8,10 50:1
  77:20 93:14
  128:14 131:20
  133:9 150:4
style   107:23 108:2
  108:17 154:4
submitting   24:3
subscribed   153:17
subsequently   92:6
  108:4
subset   35:20
subsidiary   93:23
  93:25
substance   22:6
sufficient   65:12
  92:3 150:9
suggest   131:18
suggested   76:25
suggesting   79:8
  103:16
suggestions   90:15
suggests   102:25
suit   155:14,15
suite   2:8
summer   8:7,7,8
  10:7
supplies   98:21
  104:7,12,13 128:7
  128:9 151:1
supply   65:5 92:17
  127:18,24,25
  128:12 151:14,15
support   12:5
  89:12
supposed   112:24
sure   5:21 12:17
  14:10,17 19:2
  23:6,15 41:18
  43:11,15 44:2
  61:10 82:24 83:10
  83:15,18,25 90:7

100:8 102:14,14
103:12,20,23
118:18 120:20
121:10 122:13,14
129:8 143:3
145:12 150:6
151:3,16
**surfaces** 105:13
106:9,10
**surprises** 83:16
**suspected** 141:20
142:1
**suspicious** 64:19
**swab** 30:20,23
31:3,3
**switched** 104:10
**sworn** 5:2 155:6
**symptom** 36:5,6
88:17 91:13 92:14
92:15
**symptomatic** 67:9
67:9 85:19 110:15
111:22 116:21
117:2,7 123:19
150:15
**symptoms** 28:24
36:25 38:5 62:4,5
62:23 63:16 64:18
74:14 76:15 85:24
86:2 88:24 89:3,6
90:8 107:5,8,12,13
107:24 108:3
109:3,8,24 110:19
111:21 112:11
116:1,7,18,19
118:11 120:10
121:16 122:8
133:3 137:3,8
142:14 143:5
150:17,25 151:17
151:19,23 152:1,4

**system** 64:5 73:4
92:7 98:1 134:23
150:24
**systems** 82:22
83:24 90:11
150:18
**systemwide** 65:11
115:15

**t**

**t** 4:5 139:2 153:1
155:1,1
**table** 33:10
**tabletops** 106:18
**tail** 13:17
**take** 22:6 24:18
54:18 61:25 68:6
68:9 76:3,5 84:18
99:19 117:24
120:3,4 121:10
123:9 151:25
**taken** 3:10 5:17
26:21 27:2,9,9,21
27:25 68:12 98:18
115:16 153:3
155:8
**talk** 6:22,24 11:8
16:6 19:20 24:17
28:14,20 30:24
32:21,22 37:6
45:16 47:17 48:11
56:18 58:13,18
79:24 87:2 98:17
100:9 104:2
106:25 108:6
112:13 115:23
116:4 120:2
124:20 133:10
**talked** 28:25 38:13
49:25 56:12 58:18
73:25 74:22 76:22
76:22 99:16

106:16 107:16
109:10 115:18
127:12 128:24
139:23 145:20
**talking** 13:4 30:25
31:8 40:16,24
47:3 48:4 54:9,11
54:16 62:10,11,14
62:17 63:9 66:1
68:17 72:24 77:16
86:12 89:5 90:4
94:6,12,16,22
100:10 105:12
107:18 108:10,14
109:2,20 110:15
118:21 119:3
120:15 124:14
130:23 133:5
134:7 135:5
149:18
**tam** 2:6
**task** 33:21 54:9
149:25
**tasks** 105:15
106:17
**tattoo** 19:7
**taxing** 42:11
**team** 8:24 145:22
146:1
**technical** 5:23
**tell** 9:18 12:24
18:19 23:7 65:7
89:14 113:24,25
133:2 141:25
**telling** 68:19
143:11
**temperature**
89:22 96:19,22,25
97:4,6,12 120:4,6
120:10,17 122:24

**temporary** 78:21
**term** 124:23
**terms** 40:18 63:10
93:4,5 94:10
95:16 104:25,25
105:22 115:18
134:17 149:5
**terrence** 2:11
**terrence.oneill**
2:13
**terry** 7:13 19:24
**terry's** 70:22
**test** 12:11,18 32:8
33:22 53:16 54:2
54:4 59:12,20
61:4,18,19,23 62:6
62:20 63:7,8,19,20
63:24,25 64:8,13
64:14,17,24,25,25
65:1 72:19 76:3,4
76:5 77:9 85:18
86:8 91:1,9,19
98:3,4 100:11
107:15 109:18
111:19 112:3
116:12,15 118:23
120:3 123:3
127:18 140:21
141:6,13 142:25
143:6,9,12,14,15
143:17 149:19,22
150:14,16,17,24
151:1,5,9,14,15,16
151:22,22 152:1,3
**tested** 28:22,25
29:6,13,20 30:6,8
30:14,17 31:13,14
31:20 32:1 35:3,9
35:12,12,13,14,16
35:18,21 36:10
38:6 58:14 59:23

61:6 62:3 67:4
68:20 69:1 72:20
100:13 107:14
109:12,20 111:24
116:25 117:1
123:6 137:17
146:11 147:20
150:8,19
**testified** 5:4 91:8
155:7
**testimony** 52:22
150:7,10 153:3
155:12
**testing** 12:5,7,8
14:22 16:22 28:19
28:21 29:2,4,8,24
30:24,25 31:2,8,8
31:12,18 32:2
33:5,7,9 34:2,24
35:3 37:11,24
53:6,9,11,23 54:21
56:24 59:15 60:1
61:2,12 62:15,19
62:23 63:1,9
64:20 65:12 67:11
67:21 69:8,9
71:25,25 72:2
75:13,20,22 76:13
77:17 86:1,3
87:18 88:2,7 89:3
89:12 91:25 92:4
92:9 97:5,17
98:10 109:16,20
111:14,15,15
116:23 118:12
140:23 141:2
147:12,15 148:1,6
149:11,15,23
150:2,11,20
151:17 152:7

**tests** 54:25 58:19
58:21 65:12 84:14
112:10 121:13
150:9
**thank** 5:12 7:18
8:2 13:23 19:18
19:20 84:23 135:2
137:13 139:3
143:21 152:13
**thanks** 121:23
**thereabouts** 20:21
59:4
**thing** 64:9 67:20
78:25 89:16 92:14
98:5 100:20 119:3
120:25 124:4
136:7 151:13
**things** 5:14 16:6
28:4,7 37:8 42:10
42:14 47:22 76:22
88:8 96:10 98:8
113:3,17 120:15
128:8 140:12
**think** 7:13 16:13
28:5 29:19 31:15
36:8,15 37:10
39:2,9,14 41:13
42:16 44:1 47:24
48:10,18 51:13
53:22 55:10,23
56:3,11 57:9 61:4
61:6 62:7 64:19
68:24 69:7,11,12
69:13 72:10 73:4
74:9,13,19,21,23
75:12 76:25 78:24
83:20 84:19 85:21
86:4 87:22 88:10
88:12 91:22 92:10
92:12,25 93:6,14
98:1 101:9,10

102:7,20 107:15
116:16 118:22,25
119:7,7,21 123:18
124:3 126:10
127:19,21 128:1
128:19,23 129:11
130:7,11,12,14,22
130:24 132:2,4
133:12 134:3,4,7,9
134:13,22 135:6
136:5 137:14
138:23 139:23
143:12 144:21
149:24 150:13,22
151:12
**thinking** 16:20
38:11 53:6,8,15
54:17 62:25 64:21
67:16 83:1 85:12
87:20 115:10
123:20 131:2
**third** 75:17,19
120:11
**thoroughly** 104:16
**thought** 14:21
27:21 53:10 60:7
69:15 71:9,24
72:3,9
**thoughts** 76:24
**thousand** 29:18
**three** 16:16 57:23
76:9,17,18 80:13
80:14,17 117:24
**threshold** 48:8,9
50:2 84:8,9
**throat** 97:11
**tier** 77:2,8,9
**tiers** 73:8 77:1,4
**time** 1:16 3:4 5:13
11:12,18,22 16:21
25:14 33:10 36:6

39:23 54:18,18
57:12 61:16 62:19
64:23 68:6 69:6
69:12 76:14 77:22
83:9 84:24 88:10
88:13,14 91:16
92:3,8 97:1 103:3
109:23 120:11
126:21 127:3
142:11 143:1,13
146:15 147:4,25
149:14,24,25
150:5 151:7,20
**times** 34:1 42:15
106:6 111:2 120:4
120:12 125:21
**today** 21:16,19
24:7 44:7 55:8
69:2
**today's** 25:10
**toe** 114:25
**told** 10:5 30:22
36:8 66:2 76:3
89:2 129:11
**tool** 98:25
**top** 25:1 29:16
47:2 55:12,15
57:4,17 85:2
90:21 105:2
126:16 140:20
**topic** 89:1
**total** 42:19 44:15
56:13 58:10,24,25
**touch** 16:5 104:17
106:19
**touched** 39:14
106:3
**touching** 106:10
**tour** 16:22 17:7
**touring** 16:19,25

trace   110:6 123:10
  124:4
tracing   110:1,3,5
  110:9,13,24 111:1
  111:10 123:14,20
  124:10
track   21:7
tracking   60:22
  132:6
tracks   131:11
tradition   134:6
tragically   55:3
transcript   3:14
  4:11 154:1 155:11
transitioning
  92:10
transmission   43:9
  75:4 99:24 100:6
  102:25 106:7
transmitted   18:21
transmitting
  99:15 134:18
tre   1:4 154:4
treat   8:22 9:9 14:1
  14:15 143:7,15
treated   9:13
treating   75:12,23
treatment   8:14
  55:14 56:2 81:10
treats   13:15
triage   54:4,19
  63:13 81:10 84:22
  134:4
triaging   54:1
  133:24
trial   3:5
tried   30:13 106:12
  116:19
tries   97:2
true   25:2 44:1
  92:12 153:4

155:11
truth   153:16
try   5:15 6:1 27:10
  36:20 42:12 75:9
  76:16 79:18
  112:15 113:4,18
  115:6 116:16,17
  123:9
trying   28:5 34:22
  34:24 42:11,13
  54:19 70:16 73:13
  73:17 75:8 76:24
  77:14,20 100:6
  110:24 118:14
  132:8 134:12
  149:20 150:23
turn   35:11 65:25
  131:24 134:8
turning   54:23
  87:25
twice   137:10
two   16:16 32:20
  32:20 33:1 41:9
  70:12,18 85:22
  86:4 87:18 93:24
  120:9 139:4
  148:14
type   15:15 62:18
  74:5 109:4 110:12
  124:13 140:19
types   77:6 95:4
  128:9 142:23
typewriting
  155:10
typically   97:6
  107:8

uh   6:9,9
ultimately   69:1
  110:23
umbrella   11:3
  93:12 94:21
  139:21
uncontrolled
  135:20
underlying   46:1
  70:25 71:15 135:8
  135:13,23
understand   6:2,4
  6:11,13 14:10,17
  22:7 43:1,12
  61:10 92:13 100:8
  103:23 117:12
  118:4,7,12,14
  122:14 145:13
  151:3
understanding
  41:8 59:11 103:9
  140:10,11
understands   41:23
understood   6:19
  33:3 42:18 146:9
uniform   92:19,22
unique   76:8
  101:17
unit   51:21 104:20
  105:9 108:1
  110:17,20 113:14
  114:6 115:1
  125:25 143:23
united   1:1 40:5,7
units   73:7 105:6
  107:4 108:7 111:9
updated   39:18
  40:3
updates   39:21
upper   137:11

upwards   58:22
use   7:14 15:4 36:4
  39:24 63:20 65:4
  69:18 73:18 81:21
  82:4,6 84:5 93:15
  95:1 101:23
  102:13 103:6,11
  103:25 106:15,22
  134:12
uses   102:16,18
  103:7
usually   131:11

| v |
|---|

v   1:6 154:4
values   119:15
  131:7,10 132:1
  136:8 137:10
variations   73:11
variety   30:21
various   77:23
  120:2
vendor   64:2 65:2
  141:4,5
vendors   128:7
ventilator   56:2
ventilators   58:1
verbally   6:8
version   19:19
  81:16,18
versus   105:13
  110:16 127:15
video   5:24
videoconferenci...
  1:11
viral   30:25 31:2,8
  86:8 91:1,9
  118:23
virally   100:17,17
virology   18:9
virus   28:6 38:3
  98:19

| u |
|---|

u   16:11 139:2
  153:1
uconn   148:17,21
  148:22

**viruses** 18:9,12
**visit** 12:1,3 16:1,3
  16:14,17 17:10,11
  17:11
**visited** 11:11,15,20
  11:22 15:19,21
  16:8 17:12
**visitors** 113:9
  115:18
**visits** 17:20
**vitae** 4:8
**vitals** 120:9
**vulnerable** 10:16
  10:18,20 33:17,23

**w**

**w** 16:12
**waiting** 65:5 88:6
**waived** 3:10,12,15
**walker** 15:25 16:9
  16:14,18 17:12,21
  33:1 93:17
**walls** 87:2
**want** 5:12 6:24
  17:4 19:20 22:5,6
  23:9 25:15,16
  30:20 33:13 34:2
  35:14 60:13 61:19
  61:19 65:25 73:15
  74:15 75:7 76:11
  83:1,10,18,25
  88:24 89:6,7 90:6
  90:7,10 98:4,8
  103:14 106:18
  109:11 118:17
  119:20 120:19
  124:19 128:11
  131:2 132:12
  135:3 136:7
  145:12
**wanted** 10:15
  21:21 29:24 64:14

**64**:16,17,25 82:1
  82:23 84:2 137:23
  137:24 143:3,13
**wanting** 13:11
  15:4 17:2 49:21
**warden** 77:25 94:8
  95:15 96:15 107:2
  115:10
**wardens** 77:19
**watched** 134:20
**way** 15:5 21:8
  26:7 29:21 36:20
  43:15 54:14 89:14
  92:7 100:2 106:11
  106:21 113:5
  122:24
**ways** 115:10
**we've** 64:9 83:21
  149:20
**wear** 114:4,16,21
  125:5,24 126:14
  126:18
**wearing** 41:19
  115:19 126:20
**week** 11:24 12:4
  15:20 20:17,18,20
  20:21 24:20 31:22
  31:24,24 32:5
  34:16 37:15,19
  60:1 65:2,8,20,21
  69:11 88:13 99:4
  101:2,25 102:4,19
  112:10 126:9
  127:5 152:9
**weeks** 16:2,15,16
  16:16 53:4 57:11
  66:3
**weigh** 94:21
  136:25
**weighing** 136:12

**went** 14:22 21:2
  30:13 51:8 55:14
  55:22 56:6 57:2
  57:19 99:12
  142:18
**whatsoever**
  127:15
**wide** 93:11
**will.sachse** 2:5
**willard** 147:20
  148:2
**withdraw** 79:17
**witness** 4:2 12:14
  12:22 14:5 15:11
  17:24 20:5 22:3
  22:25 26:2,13
  27:12 30:4,10
  35:25 37:5 38:1
  39:2 41:5,15
  43:11,24 44:11
  45:6 47:14 48:18
  50:18 52:18,24
  53:3 56:16 57:16
  58:3 59:9,18
  62:17 65:16 66:9
  66:24 69:18 71:9
  71:20 76:1 78:24
  79:14 87:8 88:5
  91:4 92:22 94:16
  94:20 95:25
  108:20 112:18
  117:21 123:18
  129:8 130:21
  135:17 136:2
  139:2,14 142:5
  146:16 155:17
**wondering** 43:2
**words** 52:11
**work** 10:15,17
  17:2 28:3 34:22
  77:21 89:11,15

**119**:13,15 132:5
  134:24
**worked** 10:9 51:19
  84:20
**working** 64:2
  86:21 98:2 141:10
**works** 7:17
**world** 5:20 40:15
**worrisome** 136:21
**worse** 131:25
**worsen** 119:17
**worsened** 132:21
**worsening** 90:10
  120:21 131:13
  133:3,3 136:25
  137:5
**worst** 134:8
**wow** 133:23
**write** 41:22 89:20
**writing** 77:20
**written** 49:18
  77:12 81:13 94:1
  128:15,18
**wrong** 138:12

**x**

**x** 4:1,5

**y**

**yeah** 7:17 15:11
  20:21 23:21 48:18
  56:16,17 59:18
  61:6 68:7,11 85:6
  87:8 93:12 97:25
  115:17 117:14
  130:7 144:12
  149:4 151:6 152:9
**yesterday** 60:16
**yo** 65:18
**york** 131:24 150:3

**[zoom - zoom]**                                                    Page 30

| z |
|---|
| **zoom**   5:20 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.